# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 17-213 (CRC)** |
| | : | |
| | : | |
| **MUSTAFA MUHAMMAD,** | : | <u>Under Seal</u> |
| **MUFTAH AL-IMAM** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

Pursuant to Local Criminal Rule 49(e)(1), please note that the United States of America, by and through undersigned counsel, today filed under seal a motion entitled "Motion for Miscellaneous Relief." This document is not available for public viewing.

A copy of the motion was served by e-mail on counsel for the defendant: Matthew Peed, Esquire.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472 845

By:

_____/s/_____
MICHAEL C. DILORENZO
(MD Bar #: 931214 0189)
JULIEANNE HIMELSTEIN
OPHER SHWEIKI
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov