UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 17-213 (CRC) |
| | : | |
| Mustafa Muhammad Muftah Al-Imam, | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

Based on the parties' jointly proposed schedule, and the entire record in this matter, the Court hereby sets the following schedule for pre-trial proceedings:

**Death Penalty**

    Status Hearing – Death Penalty Inquiry    December 14, 2018

**Pre-Trial Motions**

    Dispositive Motions (e.g. Motions to Dismiss)

- Motions     January 4, 2019
- Responses     January 23, 2019
- Replies     February 4, 2019
- Hearing (one day)     February 15, 2019

    Evidentiary Motions (e.g., Motion to Suppress, 404(b), etc.)

- Defendant's CIPA § 5 Notice     November 30, 2018
- Government's CIPA § 6 Filing     January 16, 2019

- Defendant's Response to  January 23, 2019
  Government's CIPA § 6 Filing

- CIPA Hearing (Motions) January 30, 2019

- Motions February 15, 2019

- Responses March 1, 2019

- Replies March 8, 2019

- Hearing (two days) March 18-22, 2019

**CIPA Litigation**

| | |
|---|---|
| Defendant's CIPA § 5 Notice | March 2019 |
| Government's CIPA § 6 Filing | March 2019 |
| Defendant's Response to Government's CIPA § 6 Filing | March 2019 |

**Trial/Pre-Trial Matters[1]**

| | |
|---|---|
| Expert Notices | February 28, 2019 |
| Counter Expert Notices | March 29, 2019 |
| Proposed Juror Questionnaire, Voir Dire and Jury Instructions | March 29, 2019 |
| Motions in Limine | March 15, 2019 |
| Response to Motions in Limine | March 25, 2019 |
| Replies to Motions in Limine | April 4, 2019 |

---

[1] Dates for trial and pre-trial matters assume that the United States will elect not to seek the death penalty.

| | |
|---|---|
| Pre-Trial Conference | April 15, 2019 |
| Jury Selection and Trial | April 29, 2019 |

_____
CHRISTOPHER R. COOPER
United States District Court Judge

Date: <u>November 1, 2018</u>