UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 17-213 (CRC) |
| | : | |
| **MUSTAFA MUHAMMAD MUFTAH AL-IMAM,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the currently-scheduled motions hearing set for March 19-20, 2019, to March 20-21, 2019. Undersigned counsel has spoken with defense counsel and the defense does not oppose this request. At the motions hearing, the government will call a number of witnesses who will need to travel to the District of Columbia for the hearing. The one-day continuance proposed by the government will allow an additional business day for the witnesses to travel to this jurisdiction and to prepare for the motions hearing.

Further, pursuant to 18 U.S.C. § 3161, and consistent with this Court's previous Order excluding time under the Speedy Trial Act until the commencement of the motions hearing, the government would move to exclude the additional day of time to the rescheduled hearing date.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By: /s/
Michael C. DiLorenzo
MD Bar No. 931214 0189
John Cummings
DC Bar No. 986573
Karen Seifert
New York Bar Number 4742342
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov
John.Cummings@usdoj.gov
Karen.Seifert@usdoj.gov