

FBI-PHOTO-000124

Attachment 1-001

FBI-PHOTO-000126

5
6
7
8
9
11
12

2
3
MADE IN
4
CHINA
5
6
7
8
9

FBI-PHOTO-000132                                                   Attachment 1-009