اشعار بالحقوق

نحن موظفي إنفاذ القانون الأمريكي. لقد تم القبض عليك لانتهاكات قانون الولايات المتحدة الجنائي المتعلقة بالاعتداء على البعثة الأميركية في بنغازي، ليبيا، في 11 سبتمبر 2012. لأنك تحت الاعتقال، يوفر لك قانون الولايات المتحدة حقوق معينة في تعاملاتك معنا.

قبل أن نطرح عليك أي أسئلة، نريد أن نتأكد من أنك تفهم الحقوق الخاصة بك.

يحق لك التزام الصمت.

إذا قررت التحدث معنا اليوم، عليك أن تعرف أن أي شيء ستقوله يمكن استخدامه ضدك في محكمة الولايات المتحدة.

لديك الحق في التحدث إلى محام للمشورة قبل أن نطرح عليك أي سؤال.

لديك الحق في أن يكون معك محام أثناء الاستجواب.

إذا كنت غير قادر على تحمل عبء توكيل محام، سيعين لك واحدا قبل البدء بالاستجواب، إذا كنت ترغب بذلك.

قبل أن تقرر ما إذا كنت تريد التحدث معنا اليوم، نريد أيضا أن نشرح لك، نظرا لكونك اعتقلت بتهم جنائية في الولايات المتحدة، سنقدمك للمحكمة في الولايات المتحدة دون أي تأخير غير مبرر. لدى وصولك إلى المحكمة، القاضي سيعلمك بالتهم الموجهة إليك؛ وسيعطيك الفرصة لتوكل على حسابك محام تختاره انت، أو، إذا كنت غير قادرا على تعيين محامي لتمثيلك، سيتم تعيين محام لتمثيلك؛ وتحديد ما إذا كان يمكن إطلاق سراحك بكفالة ريثما يتم توجيه الاتهام و/أو المضي بمحاكمة القضية ضدك.

هل لديك أية أسئلة حول ما شرحته للتو لك ؟

<u>الاقرار بالتنازل عن الحقوق ،حق تعيين محام وحق التزام الصمت</u>

أنا على استعداد للإدلاء ببيان، والإجابة على الأسئلة _____

أنا لا أريد محاميا في هذا الوقت _____

انا أفهم حقوقي و اتخذت قراري عن معرفة وبشكل طوعي _____

لم يقدم لي اية وعود ولم أهدد ، ولم يستخدم ضدي اي ضغط أو إكراه من أي نوع _____

الاسم : _____
التوقيع : _____
توقيع المترجم : _____
اسم الشاهد : _____
يشهد التوقيع : _____
التاريخ/الوقت : 10/30/17  10:55
2017

FBI-302_00021(MA)

## ADVICE OF RIGHTS

We are American law-enforcement agents. You have been arrested for violations of United States criminal law related to the attack on the American mission in Benghazi, Libya, on September 11, 2012. Because you are under arrest, United States law provides you with certain rights in your dealings with us.

Before we ask you any questions, we want to make sure you understand your rights.

You have the right to remain silent.

If you decide to speak with us today, you should know that anything you say can be used against you in a United States court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

Before you decide whether you want to speak to us today, we also want to explain to you that, because you have been arrested on United States criminal charges, we are bringing you without unnecessary delay to a courtroom in the United States. When you arrive in court, a judge will advise you of the charges against you; give you an opportunity to hire an attorney of your choice, or, if you cannot afford to hire your own attorney, appoint an attorney to represent you; and determine whether you should be released on bail pending indictment and/or trial of the case against you.

Do you have any questions about what I have just explained to you?

### Acknowledgement of Rights Waiver of Rights to an Attorney and to Remain Silent

I am willing to make a statement and answer questions.___
I do not want a lawyer at this time.___
I understand my rights and my decision is a knowing and voluntary one.___
No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.___

    Name:_____

    Signature:_____

    Translator Signature:_____

    Witness Name:_____

    Witness Signature:_____

    Date/Time:_____

FBI-302_00022(MA)