**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.      )<br>)<br>MUSTAFA AL-IMAM,      )<br>)<br>Defendant.      ) | Crim. No. 17-cr-213 (CRC) |

**DEFENDANT'S SUPPLEMENTAL NOTICE PURSUANT TO CIPA § 5**

Pursuant to Section 5 of the Classified Information Procedures Act (CIPA), Defendant Mustafa Al-Imam provides notice that he intends to use classified document USAO-TS-000224 and the information contained therein during the suppression hearing and at trial.

March 12, 2019

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON BROOK & PEED
1455 Pennsylvania Ave. N.W., Suite 400
Washington, DC 20004
(202) 621-1828 (tel)
(202) 204-6320 (fax)

*Attorney for Defendant Mustafa Al-Imam*