**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **MUSTAFA MUHAMMAD MUFTA AL-IMAM**, <br><br> Defendant. | Case No. 17-cr-213 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [51] Defendant's Motion to Dismiss Counts One Through Seventeen is DENIED.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: March 14, 2019