# **EXHIBIT D**

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, _Mohamed Ben Ayal_, with

the understanding that I am subject to criminal penalty under the

laws of _Libya, Tunisia_ for an intentionally false declaration,

declare that I am:

employed by/associated with _Libyana Telecommunications_

in the position of _CEO – Chief Executive Officer_

and by reason of my position am authorized and qualified to make

this declaration.

I further declare that the documents attached hereto are

original records or true copies of records which:

> 1.  were made at or near the time of the occurrence of
>     the matters set forth therein, by (or from
>     information transmitted by) a person with
>     knowledge of those matters;
>
> 2.  were kept in the course of regularly conducted
>     business activity;
>
> 3.  were made by the said business activity as a
>     regular practice; and,
>
> 4.  if not original records, are duplicates of
>     original records.

The originals or duplicates of these records are maintained

in the country of _Libya_.

Date of execution:   _27 January 2017_

Place of execution:   _Tunis, Tunisia_

Signature:

<div dir="rtl">

<u>شهادة التوثيق لسجلات الأعمال</u>

أنا الموقع أدناه، _____، أشهد على أنني على عِلم تعرُّضي للعقوبة الجنائية وفق قوانين

LIBYA , TUNISIA

إذا قمت متعمداً بتقديم بيانات كاذبة.

وأشهد أنني:

أعمل في / مرتبط مع:  _____  LIBYANA Telecommunications

CEO

وأن المُسمى الوظيفي لدي هو:  Chief Exestive Officer  ومن خلال مركزي الوظيفي فإنني لدي الصلاحية

ومؤهل لتقديم هذا الإقرار.

وأشهد كذلك على أن المستندات المرفقة طيه هي السجلات الأصلية أو أنها نسخة طبق الأصل من السجل الأصلي

وأن هذه المستندات:

1. قد تم إعدادها ــ في وقت معاصر أو مقارب لوقت حدوث الوقائع المذكورة هنا، بمعرفة (أو من خلال معلومات مُقدمة من) شخص له دراية بهذه المواضيع.

2. تم الاحتفاظ بهذه السجلات وفق أساليب الأعمال الاعتيادية.

3. تم إعدادها كجزء من أنشطة الأعمال المذكورة على أساس أنها أساليب عمل اعتيادية متبعة و

4. وإن لم تكن هذه السجلات أصلية، فإنها صورة مطابقة للسجلات الأصلية.

تم الاحتفاظ بالسجلات الأصلية أو الصور المطابقة لأصل تلك السجلات الأصلية في دولة:  _____  Libya

تاريخ التوثيق:  27 January 2017

مكان التوثيق:  Tunis , Tunisia

التوقيع:  _____

</div>



**ASET INTERNATIONAL SERVICES CORPORATION**
2009 N. 14th Street ◆ Suite 100 ◆ Arlington, VA ◆ 22201
Phone: (703) 516-9266 ◆ Fax: (703) 516-9269

## CERTIFICATE OF TRANSLATION
شهادة ترجمة

|  |  |
|---|---|
| I, <u>Emad Hussein</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. All archival seals, stamps, and certifications have been translated here.<br><br>English Title: <u>Salama LOR Iraq</u><br><br>    I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.<br><br>Executed this 5th day of April 2011. | انا، عماد حسين، أشهد على أنني مؤهل لترجمة هذه الوثيقة وعلى أن هذه الترجمة هي صحيحة ودقيقة وفق قدراتي الترجمية.  وتمت ترجمة كافة الأختام والشعارات والشهادات.<br><br><u>العنوان بالعربية: طلب مُساعدة بخصوص التحقيقات بشأن سلامة و الموجه إلى العراق.</u><br><br>وأشهد على أن الترجمة المرفقة صحيحة ودقيقة وفق قانون الحنث باليمين الأمريكي رقم 28، قانون الولايات المتحدة، قسم 1746.<br><br>حرر في يوم 5 أفريل / نيسان من عام 2011 م |

Signature
التوقيع