# **<u>EXHIBIT E</u>**

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, __Mohamed Ben Ayad__, with the understanding that I am subject to criminal penalty under the laws of __Libya__ for an intentionally false declaration, declare that I am:

employed by/associated with __Libyana Telecommunications__

in the position of __CEO - Chief Executive Officer__

and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto are original records or true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. were kept in the course of regularly conducted business activity;

3. were made by the said business activity as a regular practice; and,

4. if not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the country of __Libya__

Date of execution: __18/7/2017__
Place of execution: __Tripoli__
Signature: _____

<div dir="rtl">

<u>شهادة التوثيق لسجلات الأعمال</u>

أن الموقع أدناه، __Mohamed Ben Ayad__، أشهد على أنني على علم تعرضي لعقوبة الجنائية وفق قوانين

__Libya__

إذا قمت متعمداً بتقديم بيانات كاذبة.

وأشهد أنني:

أعمل في / مرتبط مع: __Libyana Telecommunications__

وأن المسمى الوظيفي لدي هو: __Chief Executive Officer__ (CEO) ومن خلال مركزي الوظيفي فإنني لدي الصلاحية

وما هل لتقديم هذا الإقرار.

وأشهد كذلك على أن المستندات المرفقة طيه هي السجلات الأصلية أو أنها نسخة طبق الأصل من السجل الأصلي.

وأن هذه المستندات:

1. قد تم إعدادها - في وقت معاصر أو مقارب لوقت حدوث الوقائع المذكورة هنا، بمعرفة (أو من خلال معلومات مقدمة من) شخص له دراية بهذه المواضيع.

2. تم الاحتفاظ بهذه السجلات وفق أساليب الأعمال الاعتيادية.

3. تم إعدادها كجزء من أنشطة الأعمال المذكورة على أساس أنها أساليب عمل اعتيادية متبعة و

4. وإن لم تكن هذه السجلات أصلية، فإنها صورة مطابقة للسجلات الأصلية.

تم الاحتفاظ بالمستندات الأصلية أو الصور المطابقة لأصل تلك السجلات الأصلية في دولة: __Libya__

تاريخ التوثيق: __18/7/2017__

مكان التوثيق: __Tripoli__

التوقيع:

</div>

CERT_005



**ASET INTERNATIONAL SERVICES CORPORATION**
2009 N 14th Street ♦ Suite 100 ♦ Arlington, VA ♦ 22201
Phone: (703) 516-9266 ♦ Fax: (703) 516-9269

## CERTIFICATE OF TRANSLATION
شهادة ترجمة

| | |
|---|---|
| I, Emad Hussein, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. All archival seals, stamps, and certifications have been translated here. | انا، عماد حسين، أشهد على أنني مؤهل لترجمة هذه الوثيقة وعلى أن هذه الترجمة هي صحيحة ودقيقة وفق قدراتي الترجمية. ونمت ترجمة كافة الأختام والشعارات والشهادات. |
| English Title: Salama LOR Iraq | العنوان بالعربية: طلب مساعدة بخصوص التحقيقات بشأن سلامة والموجه إلى العراق |
| I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.<br><br>Executed this 5th day of April 2011. | وأشهد على أن الترجمة المرفقة صحيحة ودقيقة رفق قانون الحنث باليمين الأمريكي رقم 28، قانون الولايات المتحدة، قسم 1746.<br><br>حرر في يوم 5 أفريل / نيسان من عام 2011 م |
| _Signature_ Emad Hussein<br>Signature<br>التوقيع | |