# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        **Plaintiff**

        v.                                                                          Criminal Case No. 17-CR-213 (CRC)

**MUSTAFA MUHAMMAD MUFTAH AL-IMAM**

        **Defendant**

## GOVERNMENT'S MOTION EXHIBITS

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1 | Notes of Arabic phrases | 3/19/2019 | 3/19/2019 | SA Goad |
| 2 | Photo 84 – eyes, ears, cuffs | 3/19/2019 | 3/19/2019 | SA Goad |
| 3 | Diagram Vessel 1 | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 4 | Photo Pod exterior | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 5 | Photo Pod Interior with posted rules | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 6 | Photo Close-up rules | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 7 | Photo Close-up rules and Article III | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 8 | Photo Close-up Article III | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 9 | Photo Interview room | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 10 | Photo Defendant before changing | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 11 | Photo Abrasions Right. side of face | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 12 | Photo Abrasions Nose | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 13 | Photo Abrasion Right. shoulder | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 14 | Photo Abrasion Left Shoulder | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 15 | Photo Bruise Bicep | 3/19/2019 | 3/19/2019 | SA Kolarcik |
| 16 | Photo Bruise Bicep | 3/19/2019 | 3/19/2019 | SA Kolarcik |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 17 | Blank Medical form | 3/19/2019 | 3/19/2019 | Doctor |
| 18 | Intake form | 3/19/2019 | 3/19/2019 | Doctor |
| 19 | Report regarding sea sickness 10/30 0232z | 3/19/2019 | 3/19/2019 | Doctor |
| 20 | Scheduled exam 10/30/17 1000 Z | 3/19/2019 | 3/19/2019 | Doctor |
| 21 | Scheduled exam 10/30/17 1932 Z | 3/19/2019 | 3/19/2019 | Doctor |
| 22 | Scheduled exam 10/31/17 0700 Z | 3/19/2019 | 3/19/2019 | Doctor |
| 23 | Scheduled exam 10/31/17 1930 Z | 3/19/2019 | 3/19/2019 | Doctor |
| 24 | Scheme of Maneuver | 3/19/2019 | 3/19/2019 | ------ |
| 25 | Article III | 3/19/2019 | 3/19/2019 | ------ |
| 26 | Guard Log | 3/19/2019 | 3/19/2019 | ------ |
| 27 | Injury report (wrists) | 3/19/2019 | 3/19/2019 | ------ |
| 28 | Report re blood | 3/19/2019 | 3/19/2019 | ------ |
| 29 | Advice of Rights 10/30/17 0140Z (English and Arabic) | 3/19/2019 | 3/19/2019 | Samuel Babisha |
| 30 | Advice of Rights 10/30/17 1055Z (English and Arabic) | 3/19/2019 | 3/19/2019 | Samuel Babisha |
| 31 | Article III Advice of Rights in Arabic | 3/19/2019 | 3/19/2019 | Samuel Babisha |
| 32 | Redacted CV | 3/19/2019 | 3/19/2019 | Doctor |
| 33 | SA Kolarcik Photo log | 3/19/2019 |  | SA Kolarcik |