UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.: 17-213 (CRC)** |
| : | |
| **MUSTAFA MUHAMMAD MUFTAH** : | |
| **AL-IMAM,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SEALED FILING

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 22], the United States of America, by and through undersigned counsel, hereby gives notice that on March 15, 2018, it filed with the Court, through the Classified Information Security Officer, four pleadings titled:

1. "Government's *Ex Parte, In Camera,* Under Seal Motion for a Protective Order Pursuant to CIPA § 4 and FED. R. CRIM. P. 16 (d)(1);"

2. "Government's *Ex Parte, In Camera,* Under Seal Motion for a Protective Order Pursuant to CIPA § 4 and FED. R. CRIM. P. 16 (d)(1);"

3. "Government's Motion Pursuant to CIPA Section 6 Seeking a Protective Order Pursuant to CIPA Section 3" filed under seal;

4. "Government's Motion Pursuant to CIPA Section 6 Seeking a Protective Order Pursuant to CIPA Section 3" filed under seal.

These documents are not available for public viewing.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
Michael C. DiLorenzo
MD Bar No. 931214 0189
John Cummings
DC Bar No. 986573
Karen Seifert
New York Bar Number 4742342
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov
John.Cummings@usdoj.gov
Karen.Seifert@usdoj.gov