UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 17-CR-213 (CRC) |
| | : | |
| **MUSTAFA MUHAMMAD MUFTAH AL-IMAM,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides notice to the Court of the attached correspondence that the government provided to the defense on March 18, 2019.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By: _____/s/_____
Michael C. DiLorenzo
MD Bar No. 931214 0189
John Cummings
DC Bar No. 986573
Karen Seifert
New York Bar Number 4742342
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov
John.Cummings@usdoj.gov
Karen.Seifert@usdoj.gov