

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 18, 2019

BY EMAIL

Matthew Peed, Esq.
Clinton Brook & Peed
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

      Re:    <u>United States v. Mustafa Al-Imam</u>, Cr. No. 17-213(CRC)

Dear Counsel:

     In anticipation of tomorrow's evidentiary hearing, we wanted to provide you with three documents we have recently received, and additional information that we have gathered during preparation for the hearing.

     Attached please find: 1) an English version of the Geneva Convention Article III protections that were translated for the defendant; 2) a clearer copy of the Article III warnings in Arabic – these warnings are visible in the photographs that were previously provided to you (FBI-PHOTO-0060-61); and 3) templates that the physician on the naval vessel used during his examinations of the defendant.

     With respect to item 3, the physician reports that during his examination of the defendant, he would note responses on the template, then immediately after the examination was completed he would generate a final report based on the template. The physician did not retain the templates that he had marked during the examinations. The physician also identified two errors in his reports. On both his report of 10/30/17 at 1932z and 10/31/2017 at 1930z, the defendant reported that he was "sad," but the physician failed to note that on the "PSYCH" section of the report, although he did note the information in the self-reported history at the beginning of each of those reports.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

With respect to the declassified agent notes marked as FBI-302-000004-000005, these notes were jointly created by FBI agents Goad and Kath, both of whom the government expects to call at the evidentiary hearing.

Also, please note that the photographs labeled as FBI-PHOTO-000109-000165 were taken by members of the Department of Defense, and were later provided to the FBI.

The government has also completed its *Giglio* review of all of the witnesses it intends to call during the evidentiary hearing, and there is no information to disclose.

Finally, and unrelated to the hearing testimony, attached also please find information that you had previously asked the government to provide to you for the sole purpose of assisting your medical expert. The government is providing this information to you for that limited purpose only. The information is highly-sensitive and subject to the Court's protective order. The information in this form is not a statement of the government, and the government reserves its right to oppose the admission of this information at this or any future proceeding.

As always, please let us know if you have any questions.

        Sincerely,

        JESSIE K. LIU
        United States Attorney

        _____/s/_____
By:   Michael DiLorenzo
       John Cummings
       Karen Seifert
       Assistant United States Attorneys

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL