**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No. 17-cr-213 (CRC) |
| MUSTAFA AL-IMAM, | |
| *Defendant*. | |

**NOTICE OF CONSENT TO THE GOVERNMENT'S MOTIONS
CONCERNING WITNESSES TESTIFYING BY PSEUDONYMS**

Defendant Mustafa Al-Imam respectfully provides notice to the Court that pursuant to an agreement with the government, the defense does not oppose the government's motions to permit witnesses to testify by pseudonym, upon the representation by the government that it will not oppose requests by defense witnesses with security concerns to testify by pseudonym, after their real names and identifying information have been provided to the government.

| | |
|---|---|
| March 25, 2019 | Respectfully submitted, |
| | /s/ Matthew J. Peed<br>Matthew J. Peed (D.C. Bar No. 503328)<br>CLINTON & PEED<br>777 Sixth St. N.W., 11th Floor<br>Washington, DC 20001<br>(202) 621-1828 (tel)<br>(202) 204-6320 (fax)<br><br>*Counsel for Defendant Mustafa Al-Imam* |

1