**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No. 17-cr-213 (CRC) |
| MUSTAFA AL-IMAM, | |
| *Defendant*. | |

**CONSENT MOTION TO CONTINUE THE TRIAL DATE**

Defendant Mustafa Al-Imam, through undersigned counsel, respectfully submits this motion for a one-week continuance of the trial date, from April 29, 2019 to May 6, 2019. The government consents to this motion.[1] In support of this motion, Defendant Al-Imam states as follows:

1. On November 1, 2018, the Court approved a scheduling order submitted by the parties. The schedule submitted by the parties was intentionally aggressive due the defendant's long period of confinement under special administrative procedures (SAMs) and delays in obtaining security clearances for court-appointed counsel.

2. In December 31, 2018, defense counsel's law firm ceased its relationship with the partner and associate who had been assisting defense counsel on the case. This change in relationship required other attorneys in counsel's small firm to get up to speed on the case, a process which is still ongoing.

3. In late February 2019, the government disclosed information in discovery concerning a potential 404(b) witness. Although the defense believes the witness's testimony should be excluded from trial, the allegations raise numerous questions that require additional

---

[1] The government requested to include a statement that while it does not object to the requested continuance, it requests that the court maintain its 4-day week schedule to accommodate preparation of the government's numerous overseas witnesses.

investigation, including interviewing individuals in Libya. Although the defense would prefer to request several months to complete its investigation into this new evidence, any additional time permitted by the Court's schedule would help counter the prejudice of the government's late disclosure.

4. In March 2019, the government disclosed information in discovery for the first time that is material and helpful to the defense. The defense is preparing a motion to compel the source of the information, and will need to investigate the information, particularly if the above-referenced 404(b) testimony is admitted.

5. Given the complexity of pretrial logistics in this case and the aggressive schedule set by the parties, an additional week would greatly assist the truth-seeking function of the trial, by increasing the time for the above-referenced investigations and for the other attorneys for the defense to continue catching up to the government, which has the unusual advantage of having essentially tried this case once already.

6. A one-week delay would not interrupt the Court's other trial schedules, inconvenience any witnesses who have made travel plans, or require the Court to sit on Fridays.

WHEREFORE, for the foregoing reasons, Defendant Al-Imam respectfully requests a continuance of the trial of one-week, from April 29, 2019 to May 6, 2019.

March 26, 2019                               Respectfully submitted,

                                             /s/ Matthew J. Peed
                                             Matthew J. Peed (D.C. Bar 503328)
                                             Timothy R. Clinton (D.C. Bar 497901)
                                             CLINTON & PEED
                                             777 Sixth St. N.W., 11th Floor
                                             Washington, DC 20001
                                             (202) 621-1828 (tel)
                                             (202) 204-6320 (fax)

                                             *Counsel for Defendant Mustafa Al-Imam*