# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 17-213 (CRC)** |
| | : | |
| **MUSTAFA MUHAMMAD MUFTAH** | : | |
| **AL-IMAM,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby files the attached joint proposed juror questionnaire. Unless otherwise noted,

the United States and the defense have agreed to these questions. In a separate filing, the defense

will suggest additional questions that the government has reviewed, and to which the government

objects.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
Michael C. DiLorenzo
MD Bar No. 931214 0189
John Cummings
DC Bar No. 986573
Karen Seifert
New York Bar Number 4742342
Assistant United States Attorneys
National Security Section
United States Attorney's Office

1

555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov
John.Cummings@usdoj.gov
Karen.Seifert@usdoj.gov