**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No. 17-cr-213 (CRC) |
| MUSTAFA AL-IMAM, | |
| *Defendant*. | |

## NOTICE OF FILING

Defendant Mustafa Al-Imam, by and through his attorney, hereby files the attached list of proposed additional questions to be included on the juror questionnaire, to which the government objects.

March 29, 2019

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar 503328)
Timothy R. Clinton (D.C. Bar 497901)
CLINTON & PEED
777 Sixth St. N.W., 11th Floor
Washington, DC 20001
(202) 621-1828 (tel)
(202) 204-6320 (fax)

*Counsel for Defendant Mustafa Al-Imam*