## ADDITIONAL DEFENSE QUESTIONS

## BACKGROUND INFORMATION

17.     Have you ever lived or traveled outside of the United States?  If so, please state which countries you have lived or traveled to and the year and duration of your residence or travel.

_____

_____

_____

## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

31.     Do you have any friends or family members with strongly-held political or religious beliefs that are different than your own? Yes_____ No_____

32.     Do you have any friends or family members who have a disability, or do you have experiences working or volunteering with people with disabilities? Yes_____ No_____

If yes, please explain:

_____

_____

_____

## CONTACT, KNOWLEDGE & EXPERIENCE WITH ISLAM
## AND THE MUSLIM FAITH

46.     Do you believe there should be any special immigration or travel restrictions on Muslims or people from Muslim-majority countries? Yes_____ No_____ No opinion _____

54. Do you have any views or experiences regarding Muslims or the Islamic faith that would affect your ability to be an impartial juror in this case? Yes _____ No _____ If yes, please explain:

_____

_____

_____

## KNOWLEDGE & EXPERIENCE WITH TERRORIST ACTS AND U.S. POLICY

52. Do you believe the United States Government acts fairly or unfairly towards countries with predominantly Muslim populations?

(Check one) Always fairly ___ Often fairly ___ Often unfairly ___ Always unfairly ____   No opinion _____

## MEDIA EXPOSURE

56.     Have you ever watched a movie, documentary, or news program, or read any book or article, dealing with the topic of a false or mistaken identifications by crime victims?

Yes____ No____ If yes, please explain:

_____

_____

_____

## CRIMINAL JUSTICE SYSTEM & LEGAL PRINCIPLES

98.     Do you believe that if the government goes through the trouble of bringing someone to trial, he or she is probably guilty? Yes _____ No _____ No opinion _____

99.     Do you believe that it is better to risk letting a guilty person go free than to wrongly convict an innocent person? Yes _____ No _____ No opinion _____

100.    Do you believe that non-citizens accused of crimes in U.S. courts should be afforded the same constitutional rights as U.S. citizens? Yes _____ No _____ No opinion ____

101.    Do you believe that any special rules should apply in criminal cases involving defendants accused of terrorism?  Yes _____ No _____ If yes, please explain:

_____

_____

_____