# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Criminal No.: 17-CR-213 (CRC) |
| : | |
| **MUSTAFA MUHAMMAD MUFTAH** : | |
| **AL-IMAM,** : | |
| : | |
| **Defendant.** : | |

## JOINT REQUEST TO EXTEND RESPONSE TIME AND AMEND SCHEDULING ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Mustafa Al-Imam, through his counsel, jointly request an extension of time from Thursday, April 4, 2019, until Monday, April 8, 2019, in which to file replies on the following Motions *in Limine*:

- ECF No. 78 – United States Motion *in Limine* to Introduce Phone Records

- ECF No. 79 – Defendant's Motion for Hearing Regarding Admissibility of Co-conspirator Statements

- ECF No. 80 – Defendant's Motion *in Limine* to Prohibit Use of Certain Language and Evidence at Trial

Both parties are actively preparing for trial in this matter and have timely complied with deadlines set in the Court's November 1, 2018, scheduling order. The press of business in this case is such that both parties anticipate a need for two additional business days in which to file their reply briefs on the pending Motions *in Limine*. There is no hearing date set for these Motions, and thus the parties do not anticipate that this two-day delay will adversely impact the Court's schedule.

        Respectfully submitted,

        JESSIE K. LIU
        UNITED STATES ATTORNEY
        D.C. Bar Number 472845

By: _____/s/_____

    Matthew J. Peed (D.C. Bar No. 503328)
    CLINTON BROOK & PEED
    1455 Pennsylvania Ave. N.W., Suite 400
    Washington, DC 20004
    (202) 621-1828 (tel)
    (202) 204-6320 (fax)

*Attorney for Mustafa Al-Imam*

By: _____/s/_____

    JOHN CUMMINGS
    D.C. Bar No. 986573
    KAREN P. W. SEIFERT
    N.Y. Bar No. 4742342
    Assistant United States Attorneys
    National Security Section
    United States Attorney's Office
    555 4th Street N.W.
    Washington, D.C. 20530
    (202) 252-7271
    John.Cummings@usdoj.gov
    Karen.Seifert@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 17-CR-213 (CRC)** |
| | : | |
| **MUSTAFA MUHAMMAD MUFTAH AL-IMAM,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

Before the Court is the parties' join motion to continue the deadline for replies on Motions *in Limine,* original set as April 4, 2019 (*see* November 1, 2018 scheduling order, ECF No. 46). Given the parties' representations, and for good cause shown, it is ORDERED that the deadline for replies on the parties' Motions *in Limine* is continued until April 8, 2019.

DATED:

CRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE