*FILED UNDER SEAL WITH CLASSIFIED INFORMATION SECURITY OFFICER*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 17-213 (CRC) |
| v. | : |
| | : UNDER SEAL |
| MUSTAFA AL-IMAM, | : |
| | : |
| Defendant | : |

**DEFENDANT'S SUPLEMENTAL NOTICE PURSUANT TO CIPA § 5[1]**