*FILED UNDER SEAL WITH CLASSIFIED INFORMATION SECURITY OFFICER*

Filed with the Classified Information Security Officer
CISO ЩРіtе (г
Date 4/5/2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 17-213 (CRC) |
| MUSTAFA AL-IMAM, | : UNDER SEAL |
| Defendant | : |

MOTION TO COMPEL