# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **MUSTAFA MUHAMMAD MUFTA AL-IMAM**, <br><br> Defendant. | Case No. 17-cr-213 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [57] Defendant's Motion to Suppress Statements is DENIED.

**SO ORDERED**.

CHRISTOPHER R. COOPER  
United States District Judge

Date:   April 8, 2019