# **EXHIBIT F**

Case 1:17-cr-00213-CRC Document 115-1 Filed 04/08/19 Page 2 of 5



OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/06/2017

(U//FOUO) On 30 October 2017, MUSTAFA MUHAMMAD MUFTAH AL SHYKH AL IMAM was
interviewed on a United States Navy ship by Federal Bureau of
Investigation (FBI) Special Agent (SA) Ryan Larkin and Task Force Officer
(TFO) Anthony Marcano. FBI Language Specialist (LS) Samuel Babisha was
also present during the interview, and provided English and Arabic
translations.

(U//FOUO) The interview was initiated at approximately 2048Z hours. AL
IMAM was brought into the interview room by two United States (US)
military guards. AL IMAM was blindfolded, had hearing protection on and
was restrained by handcuffs behind his back. The handcuffs, hearing
protection and blindfold were removed from AL IMAM and he was seated in a
chair.

(U//FOUO) The interviewing Agents inquired with AL IMAM whether he had
food, drink, use of the restroom, and an opportunity to pray. AL IMAM
advised that he had an opportunity to pray, was eating and sleeping well
and felt fine physically.

(U//FOUO) AL IMAM appeared to be coherent, well rested, and in good
physical health.

(U//FOUO) After being advised of the identities of the interviewing Agents
and the nature of the interview, AL IMAM provided the following
information:

(U//FOUO) AL IMAM's full name is MUSTAFA MUHAMMAD MUFTAH AL-SHYKH but he
also goes by AL IMAM. AL IMAM was born on                    in Benghazi,
Libya. AL IMAM currently lived in the Salmani area of Benghazi at house
number                    . AL IMAM's parents live there as well.

(U//FOUO) AL IMAM has two cellular telephones with the following numbers:
         (0270) and          (5935). AL IMAM stated he has been using
the 0270 cellular phone for approximately 15 years.

**UNCLASSIFIED//FOUO**

Investigation on    10/30/2017    at

File #                                                    Date drafted    11/04/2017

by    Ryan Larkin, Anthony Marcano

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) AL IMAM Interview #3 , On 10/30/2017 , Page 2 of 4

(U//FOUO) AL IMAM stated he used the following email address:

(U//FOUO) AL IMAM has two Facebook accounts with screen names written in Arabic writing. The first Facebook account was translated into ▇ ▇ AL IMAM used ▇ to register the account with Facebook. AL IMAM stated he used this account primarily to look at birds. The second Facebook account was translated ▇ AL IMAM used ▇ to talk to other Libyan revolutionaries at the Facebook news page known as ▇ AL IMAM stated ▇ means pencil in Arabic.

(U//FOUO) AL IMAM stated he also had a Viber account associated with the 0270 phone number which he primarily used to contact his wife's parents who live in Misrata. AL IMAM stated he used the Viber account about two weeks ago to talk to his cousins.

(U//FOUO) AL IMAM provided the following details about the events that occurred on 11 September 2012:

(U//FOUO) AL IMAM did not remember what time it was, but stated it may have been around 5:00 PM when they left to go to the United States (US) Mission in Benghazi, Libya. AL IMAM stated they travelled in two different cars. ABU KHATALLAH (KHATALLAH) was in the car in front. AL IMAM did not remember if anyone was in the car with KHATALLAH. ASHRAF AL FARZANI (AL FARZANI) was in the second car with AL IMAM. AL FAZANI was carrying an AK-47 assault rifle in the car with him. KHATALLAH stopped the car and picked someone up who he believed was WISAM BEN HAMID (BEN HAMID). AL IMAM then stated he believed BEN HAMID was already at the US Mission when they arrived there and got there on his own.

(U//FOUO) AL IMAM stated that when they arrived at the US Mission in Benghazi, KHATALLAH, SALAH AL-AMARI and AL IMAM entered one of the main buildings inside the US Mission together which appeared to be offices. In order to get to that building AL IMAM stated they had to go through a pathway and a long hallway. While they were looking around inside the offices of the US Mission, KHATALLAH gave AL IMAM an order to take a phone that appeared to belong to whoever worked inside the Mission. AL IMAM also took a map of Libya off the wall inside one of the offices inside the Mission. AL IMAM stated no one directed him to take that map off of the wall.

(U//FOUO) AL IMAM stated that he did steal the phone and the map from the US mission, but did not want to be known as a thief. As AL IMAM left the

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U//FOUO) AL IMAM Interview #3                    , On  10/30/2017 , Page  3 of 4

US Mission he handed the phone and the map to KHALID AL SAGISLEY
(SAGISLEY). AL IMAM stated he never saw that map or phone again after
passing them to SAGISLEY. AL IMAM stated SAGISLEY was a member of
KHATALLAH's fighting group UBAYDAH BIN JARRAH BRIGADE (UBJ). AL IMAM
stated SAGISLEY owned a large farm in Benghazi and KHATALLA rented part of
the farm from SAGISLEY to raise chickens. AL IMAM stated SAGISLEY and
KHATTALAH have been friends for a long time.

(U//FOUO) AL IMAM stated that ASHRAF AL FAZANI (ASHRAF) stayed outside of
the US Mission compound with an AK-47 in a security posture while AL IMAM
and KHATALLAH were inside the mission. AL IMAM did not believe KHATALLAH
had a gun on him at that time.

(U//FOUO) While AL IMAM was at the US Mission a boy (UNSUB 1) used his
phone to take a picture of AL IMAM as well as other members of UBJ and
ANSAR AL-SHARIA (AAS). AL IMAM and a few other men attacked UNSUB 1 and
took his phone. AL IMAM stated he also took part in the attack and pushed
UNSUB 1. AL IMAM stated that KHATALLAH gave an order to ABDEL SALAAM AL
BASHASHI to grab UNSUB 1, put him in the car and bring him to an AAS camp
in Benghazi. Al IMAM stated that AL BASHASHI was a member of AAS.

(U//FOUO) AL IMAM stated he was only at the US Mission for 30 minutes then
he left and went to the AAS camp. AL IMAM saw KHATALLAH at the AAS camp as
well when he arrived. KHATALLAH was talking to UNSUB 1.

(U//FOUO) AL IMAM stated he only stayed at the AAS camp for approximately
30 minutes and that he left around evening prayer time. AL IMAM heard the
evening call to prayer as he was leaving the camp. AL IMAM travelled to
his residence from the AAS camp. AL IMAM stated he did not talk to
KHATTALAH again that night after he left the AAS Camp. AL IMAM stated no
one else had possession of his phone the day of the attack on the US
Mission.

(U//FOUO) At approximately 2145Z hours, an interview break was taken
because AL IMAM stated he needed to use the bathroom. AL IMAM was
blindfolded, provided ear protection and restrained by handcuffs behind
his back, and taken out of the interview room by three US military guards.

(U//FOUO) At approximately 2200Z hours, AL IMAM was brought back into the
interview room by three US military guards. AL IMAM was blindfolded,
provided hearing protection and restrained by handcuffs behind his back.
The handcuffs, hearing protection and blindfold were removed from AL IMAM
and he was seated in a chair. AL IMAM was asked by the interviewers if he

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 05-08-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) AL IMAM Interview #3 _____ , On 10/30/2017 , Page 4 of 4

was feeling okay and if he needed anything. AL IMAM stated he was feeling
okay and did not need anything else. Al IMAM then provided the following
information:

(U//FOUO) AL IMAM stated KHATALLAH was the leader of UBJ and was seen as a
commander and leader by many AAS militia fighters as well. AL IMAM stated
that even though KHATALLAH was not a member of AAS he gained the respect
of their men and they would obey his orders. AL IMAM stated KHATALLAH even
had the respect and connections within the Libyan military. AL IMAM stated
that the Libyan military captured an AAS fighter in the past and when
KHATALLAH found out he called a member of the Libyan military and told
them to release the AAS fighter. The military released the fighter shortly
after. AL IMAM did not know if this story was actually true or not.

(U//FOUO) AL IMAM asked the interviewers if they could provide him with
coffee, rice, olives or chicken.

(U//FOUO) At approximately 2217Z hours, the interview ended. AL IMAM was
blindfolded, provided hearing protection, restrained by handcuffs behind
his back, and taken out of the interview room by three US military guards.