**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**     : | |
| : | |
| v.     : | **Criminal No.: 17-213 (CRC)** |
| : | |
| **MUSTAFA MUHAMMAD MUFTAH**     : | |
| **AL-IMAM,**     : | |
| : | |
| **Defendant.**     : | |

### NOTICE OF SEALED FILING

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 22], the United States of America, by and through undersigned counsel, hereby gives notice that on March 15, 2018, it filed under seal with the Court, through the Classified Information Security Officer, a pleading titled "Government's Motion Pursuant to CIPA Section 6 Seeking a Protective Order Pursuant to CIPA Section 3." This document is not available for public viewing.

1

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
Michael C. DiLorenzo
MD Bar No. 931214 0189
John Cummings
DC Bar No. 986573
Karen Seifert
NY Bar No. 4742342
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7271
Michael.Dilorenzo@usdoj.gov
John.Cummings@usdoj.gov
Karen.Seifert@usdoj.gov