# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.: 17-CR-213 (CRC)** |
| : | |
| **MUSTAFA MUHAMMAD MUFTAH** : | |
| **AL-IMAM,** : | |
| : | |
| **Defendant.** : | |

## ORDER FOR RESPONSES TO CLASSIFIED
## INFORMATION PROCEDURES ACT (CIPA) FILINGS

The parties shall adhere the following schedule regarding Defendant's [108] CIPA § 5 Notice and [109] Motion to Compel:

| | |
|---|---|
| April 18, 2019 | Government's CIPA § 5 and Motion to Compel Responses (preliminary) |
| April 23, 2019 | Defendant's CIPA § 5 Reply & Motion to Compel Reply |
| April 29, 2019 | Government's CIPA § 6(a) Motions, any other related pretrial motions |
| May 2, 2019 | Defendant's CIPA § 6(a) Response |
| May 3, 2019 | CIPA § 6 Hearing (if necessary) |

_____

CHRISTOPHER R. COOPER

United States District Judge

Date: April 15, 2019