**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 17-213 (CRC)** |
| | : | |
| **MUSTAFA MUHAMMAD MUFTAH AL-IMAM,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSSED MOTION TO CONTINUE
FILING OF CIPA SECTION 5 & MOTION TO COMPEL RESPONSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the deadline to file the government's responses to Defendant's Classified Information Procedures Act (CIPA) § 5 notice (Doc. No. 108) and Motion to Compel (Doc. No. 109), by one day. Pursuant to the Court's scheduling order (Docket No. 123), the government's response is due on April 18, 2019. Undersigned counsel have been diligently working to respond to both filings, which necessitate consultation with various intelligence community agencies. Due to the array of documents referenced in the filings, and the press of business in this case with previously-scheduled pretrial witness conferences, the government was unable to file its classified responses with the Court's Classified Information Security Officer before the close of business on April 18. Undersigned counsel anticipate the filings will be made by mid-day on April 19, 2019. Defendant does not object to the government's request.

        Respectfully submitted,

        JESSIE K. LIU
        UNITED STATES ATTORNEY
        D.C. Bar Number 472845

By:     /s/
        JOHN CUMMINGS
        D.C. Bar No. 986573
        KAREN P. W. SEIFERT
        N.Y. Bar No. 4742342
        JOLIE F. ZIMMERMAN
        D.C. Bar No. 465110
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office
        555 4th Street N.W.
        Washington, D.C. 20530
        (202) 252-7271
        John.Cummings@usdoj.gov
        Karen.Seifert@usdoj.gov
        Jolie.Zimmerman@usdoj.gov