UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 17-CR-213 (CRC) |
| | : | |
| MUSTAFA MUHAMMAD MUFTAH | : | |
| AL-IMAM, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Motion for an *In Camera* Classified Hearing

Pursuant to Section 6(a) of the Classified Information Procedures Act (CIPA) and Notice of

Classified Information at Issue Pursuant to CIPA § 6(b), and any response thereto, and the entire

record in this case, it is this hereby ORDERED that:

The government's motion is GRANTED.

This Court shall hold an *in camera* hearing pursuant to § 6(a) of CIPA, 18 U.S.C. App. 3,

on May 3, 2019, at 10:30 a.m., and the transcripts of the hearing shall be sealed pursuant to § 6(d)

of CIPA.

By May 2, 2019, Defendant must identify the relevance and admissibility of each item of

classified information he reasonably expects to disclose at trial.

At the § 6(a) hearing, this Court shall determine the use, relevance, and admissibility of each

item of classified information that Defendant reasonable expects to disclose at trial. 18 U.S.C. App.

3 § 6(a).

Because the government has a valid interest in protecting classified information from

1

disclosure to the public at trial, the government's classified information privilege applies with equal force at the § 6(a) hearings. Accordingly, the Court will apply the "relevant and helpful" standard first articulated in *United States v. Yunis*, 867 F.2d 617, 623 (D.C. Cir. 1989), to any item of classified information Defendant reasonably expects to disclose at trial. Only items that are relevant and at least helpful to the defense will be deemed admissible. *See United States v. Smith*, 780 F.2d 1102, 1107-08 (4th Cir. 1985); *United States v. Rosen*, 557 F.3d 192, 195 n.4 (4th Cir. 2009).

5/3/19
Date

THE HONORABLE CHRISTOPHER R. COOPER
U.S. DISTRICT COURT JUDGE

CC:

John Cummings
Karen P.W. Seifert
Jolie F. Zimmerman
United States Attorney's Office for the District of Columbia

Matthew J. Peed, Esq.
Counsel for defendant