Filed with the Classified
Information Security Officer
CISO _____
Date 5/2/2019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 17-213 (CRC) |
| v. : | |
| : | **FILED *IN CAMERA* AND UNDER SEAL** |
| MUSTAFA AL-IMAM, : | **WITH CLASSIFIED INFORMATION** |
| : | **SECURITY OFFICER OR DESIGNEE** |
| Defendant : | |

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S CIPA § 6(a) MOTION