UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 17-CR-213 (CRC) |
| | : |
| MUSTAFA MUHAMMAD MUFTAH AL-IMAM, | : FILED *IN CAMERA*, *EX PARTE*, AND UNDER : SEAL WITH THE CLASSIFIED : INFORMATION SECURITY OFFICER OR |
| Defendant. | : DESIGNEE |

**DECLARATION(S) IN SUPPORT OF GOVERNMENT'S MOTION FOR AN *IN CAMERA* CLASSIFIED HEARING PURSUANT TO § 6(a) OF THE CLASSIFIED INFORMATION PROCEDURES ACT (CIPA) AND NOTICE OF CLASSIFIED INFORMATION AT ISSUE PURSUANT TO CIPA § 6(b), AS WELL AS ANY SUBSTITUTIONS OF CLASSIFIED MATERIAL PURSUANT TO CIPA § 6(c)**