US v. Al Imam, 17-cr-213                                                 Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 1 | Ambassador Christopher Stevens | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 2 | Sean Smith | 5/8/19 | Pre-admitted | 5/8/09 | SA Scott Wickland | | |
| 3 | Tyrone Woods | 5/8/19 | Pre-admitted | 5/9/19 | SA Scott Wickland | | |
| 4 | Glen Doherty | 5/8/19 | Pre-admitted | 5/9/19 | SA Scott Wickland | | |
| 5 | David Ubben | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 5A | David Ubben | 5/22/19 | SA David Ubben | 5/22/19 | SA David Ubben | | |
| 6 | Mark Geist | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 6A | Mark Geist | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 7B | Mark Geist Injuries Photos | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 7J | Mark Geist Injuries Photos | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 100 | Benghazi, Libya Aerial Photo – City View | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **101** | U.S. Special Mission - Aerial Photo | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| **102** | U.S. Special Mission/Annex - Aerial Photo | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| **103** | U.S. Special Mission/17 February Camp – Aerial Photo | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **104** | 17 February Camp/Joint Security Room – Aerial Photo | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **106-1** | U.S. Special Mission – Exterior Photos – Aerial View of Compound  [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| **106-3** | Mission Photo C1 Gate | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **106-4** | Mission Photo C-1 QRF | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **106-6** | U.S. Special Mission – Exterior Photos – Aerial View of Compound  [Pre-Attack] | 5/14/19 | Pre-admitted | | | | |
| **106-7** | Mission Photo C3 Drive | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **107-17** | U.S. Special Mission – Exterior Photos – Inside Compound  [Pre-Attack] | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **107-18** | U.S. Special Mission – Exterior Photos – Inside Compound  [Pre-Attack] | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 108-4 | U.S. Special Mission – Interior Photos Villa C   [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-5 | U.S. Special Mission – Interior Photos Villa C   [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-6 | U.S. Special Mission – Interior Photos Villa C   [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-8 | U.S. Special Mission- Interior Photos- Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-16 | U.S. Special Mission- Interior Photos- Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-19 | U.S. Special Mission- Interior Photos- Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-23 | U.S. Special Mission- Interior Photos Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-26 | U.S. Special Mission- Interior Photos Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-33 | U.S. Special Mission- Interior Photos Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 108-43 | U.S. Special Mission- Interior Photos Villa C [Pre-Attack] | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 109-1 | U.S. Special Mission – Exterior Photos [Pre-Attack] | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |

US v. Al Imam, 17-cr-213                                                    Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 109-2 | U.S. Special Mission – Exterior Photos [Pre-Attack] | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| 114-2 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-4 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-6 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-13 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-16 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-49 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-51 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-64 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-67 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 114-118 | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **114-128** | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **114-130** | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **114-132** | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **114-133** | Evidence Response Team U.S. Special Mission – Exterior Photos – Villa B/Office [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **115-1** | Evidence Response Team U.S. Special Mission – Exterior Photos – South Road [Post-Attack] | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| **116-8** | Evidence Response Team U.S. Special Mission – Interior Photos - Villa C/ Room A [Post-Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **117-9** | Villa C/ Room B | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **117-10** | Villa C/ Room B | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **117-50** | Villa C/ Room B | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **117-51** | Villa C/ Room B | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **121-1** | Villa C/ Room F | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|------|-------------|-----------|-----------|-----------|----------|-----------|--------|
| **121-2** | Villa C/ Room F | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **121-3** | Villa C/ Room F | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **121-4** | Villa C/ Room F | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **121-5** | Villa C/ Room F | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **125-1** | Villa C/ Room J | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **125-3** | Villa C/ Room J | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **125-4** | Villa C/ Room J | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| **126-2** | Villa C/ Room K | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **126-3** | Villa C/ Room K | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **127-5** | Villa C/ Room L | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **129-2** | Villa C/ Room  N | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

US v. Al Imam, 17-cr-213                                   Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **129-3** | Villa C/ Room  N | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **130-1** | Villa C/ Room  O | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **130-2** | Villa C/ Room  O | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **130-3** | Villa C/ Room  O | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **130-4** | Villa C/ Room  O | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **133-1** | Villa C/ Room  R | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **133-8** | Villa C/ Room  R | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **134-5** | Villa C/ Room  S | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| **138-2** | Villa C/ Safe Room | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **138-3** | Villa C/ Safe Room | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **139-15** | Villa B | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 139-32 | Villa B | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-5 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-9 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-11 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-102 | QRF | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| 140-114 | QRF | 5/15/19 | Pre-admitted | 5/15/19 | SA Chad Campanell | | |
| 140-115 | QRF | 5/15/19 | Pre-admitted | 5/15/19 | SA Chad Campanell | | |
| 140-116 | QRF | 5/15/19 | Pre-admitted | 5/15/19 | SA Chad Campanell | | |
| 140-121 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-129 | QRF | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| 140-141 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 140-144 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-145 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 140-146 | QRF | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 141 | Aerial Photo Annex | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 141-1 | Aerial Photo Annex | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 142 | Aerial Photo | 5/14/19 | Pre-admitted | | | | |
| 142-1 | Annex - Aerial Photo (1) - Racetrack | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 142-2 | Tiegen Path from Annex Past Mission Prior to Attack | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 142-3 | Tiegen Path from Annex to Mission After Attack Begins | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 143A | Annex Roof of Building 3 | 5/20/19 | Pre-admitted | | | | |
| 143-19 | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

US v. Al Imam, 17-cr-213
Case 1:17-cr-00213-CRC   Document 189   Filed 06/05/19   Page 10 of 37
Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **143-24** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-25** | Evidence Response Team Annex – Exterior Photos – Roof of Building 3 | 5/22/19 | SA David Ubben | 5/22/19 | SA David Ubben | | |
| **143-27** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-31** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-34** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-35** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-36** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-44** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-54** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-55** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-58** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **143-59** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-76** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-77** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-78** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-79** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-80** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-82** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-83** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-85** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **143-86** | Evidence Response Team Annex – Exterior Photos – Roof of Building 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 144-6 | Evidence Response Team Annex – Exterior Photos – Annex Courtyard [Post Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 144-7 | Evidence Response Team Annex – Exterior Photos – Annex Courtyard [Post Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 144-10 | Evidence Response Team Annex – Exterior Photos – Annex Courtyard [Post Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 144-11 | Evidence Response Team Annex – Exterior Photos – Annex Courtyard [Post Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 144-12 | Evidence Response Team Annex – Exterior Photos – Annex Courtyard [Post Attack] | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 144-28 | Evidence Response Team Annex – Exterior Photos – Annex Courtyard [Post Attack] | 5/14/19 | Pre-admitted | 5/14/19 | Jonathan Tiegen | | |
| 188-1 | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-2 | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **188-3** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-4** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-5** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-6** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-7** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-8** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-9** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-10** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-11** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-12** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-13** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |

US v. Al Imam, 17-cr-213                                                       Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **188-14** | Photo ID: Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-15** | Photo ID: Bilal Al-Ubaydi | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| **188-18** | Photo ID | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| **188-19** | Photo ID | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| **188-15B** | Photo ID: Ali Majrisi | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| **188-18B** | Photo ID: Ali Majrisi | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| **188-1C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-2C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-3C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-4C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-5C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **188-6C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-7C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-8C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-9C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-10C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-11C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-12C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-13C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-14C** | Photo ID | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-19C** | Photo ID by Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| **188-1C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **188-2C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-3C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-4C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-5C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-6C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-7C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-8C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-9C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-10C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-11C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-12C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **188-13C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-14C1** | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **188-1C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-5C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-6C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-7C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-8C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-11C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-12C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-14C2** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-15B1** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |

US v. Al Imam, 17-cr-213                                                                Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|------|-------------|------------|-----------|-----------|----------|-----------|-------|
| **188-18B1** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-191** | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-V1** | Mission Video Clips C1 Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-V2** | Mission Video Clips C1 Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-V3** | Mission Video Clips C1 Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-V4** | Mission Video Clips C1 Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-V5** | Mission Video Clips C1 Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-V5B** | Mission Video Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| **188-V5C** | Mission Video Clips | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-V5D** | Mission Video Clips | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **188-V6** | Mission Video Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 188-V6A | Mission Video Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V7A | Mission Video Clips C3 Drive | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V7B | Mission Video Clips C3 Drive | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V8 | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V9 | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V10 | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V11A | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V11B | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V12A | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V12B | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 188-V12C | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 188-V18A | Mission Clips | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| 188-V18B | Mission Clips | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| 188-V19 | Mission Clips | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| 189 | Photo | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 189C | Photo Identification | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 189-C1 | Signed IDs by Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| 189-C2 | Signed IDs by Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| 189-VA | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 189-VB | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 189-VC | Mission Clips B Gate | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 190-1 | Photo of House Burning Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |

Case 1:17-cr-00213-CRC   Document 189   Filed 06/05/19   Page 21 of 37

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **190-2** | Photo of House Burning Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **190-3** | Photo of House Burning Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **190-4** | Photo of House Burning Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | 5/14/19 | Bilal Al-Ubaydi | | |
| **191-1** | Autopsy Photos Ambassador Christopher Stevens | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **191-2** | Autopsy Photos Ambassador Christopher Stevens | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **191-3** | Autopsy Photos Ambassador Christopher Stevens | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **192-1** | Autopsy Photos Sean Smith | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **192-2** | Autopsy Photos Sean Smith | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **192-3** | Autopsy Photos Sean Smith | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **192-4** | Autopsy Photos Sean Smith | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| **193-1** | Autopsy Photos Tyrone Woods | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 193-2 | Autopsy Photos Tyrone Woods | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 193-3 | Autopsy Photos Tyrone Woods | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 193-4 | Autopsy Photos Tyrone Woods | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 194-1 | Autopsy Photos Glen Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 194-2 | Autopsy Photos Glen Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 194-3 | Autopsy Photos Glen Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 194-4 | Autopsy Photos Glen Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 194-5 | Autopsy Photos Glen Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 194-6 | Autopsy Photos Glen Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 195 | Mortar | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| 200 | Interactive Map of World/Africa/Libya/Benghazi | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 200-4 | Map of City of Benghazi | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 202-1 | Diagrams – Office – U.S. Special Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| 204-1 | Diagrams – Villa C - U.S. Special Mission | 5/8/19 | Pre-admitted | 5/8/19 | SA Scott Wickland | | |
| 204-2A | Diagrams – Villa C – With Letter Association U.S. Special Mission | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 204-3 | Diagram | 5/8/19 | SA Scott Wickland | 5/8/19 | SA Scott Wickland | | |
| 223 | Photo of Model of Villa B | 5/22/19 | SA Renaldo Burt | 5/22/19 | SA Renaldo Burt | | |
| 226 | Map of Benghazi, Libya | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 230-1 | Demonstrative Mortar Photos and X-ray | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| 230-2 | Demonstrative Mortar Photos and X-ray | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| 231-1 | Demonstrative RPG-7 Photos and X-ray | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| 231-2 | Demonstrative RPG-7 Photos and X-ray | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |

US v. Al Imam, 17-cr-213                                                                Government's Exhibit List

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **234** | Summary Charts of Exhibit 1100A | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | | |
| **250** | Dushka | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| **252** | RPG Profile | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| **253** | RPG Firing | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| **254** | AK47 | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| **300** | U.S. Special Mission – Surveillance Footage | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **300A** | U.S. Special Mission Surveillance Footage Still – Camera 1-B Gate | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **300-C** | Stills of Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **300-D** | Stills of Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **300-E** | Stills of Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| **300-F** | Stills of Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 300-G | Stills of Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| 300-H | Stills of Mission | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| 301-2B | U.S. Special Mission Surveillance Footage - 12 C1 Drive | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-4 | U.S. Special Mission Surveillance Footage - 9 C3 Drive | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-5 | U.S. Special Mission Surveillance Footage - 8 C1 Gate | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-8 | U.S. Special Mission Surveillance Footage - 2 Ext TOC | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-9 | U.S. Special Mission Surveillance Footage - 1B Gate/9C3 Drive/4 Hi East | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-10 | U.S. Special Mission Surveillance Footage - 1B Gate/9C3 Drive/4 Hi East | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-11 | U.S. Special Mission Surveillance Footage - 1B Gate/9C3 Drive/4 Hi East | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-12 | U.S. Special Mission Surveillance Footage - 1B Gate/9C3 Drive/4 Hi East | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-14 | U.S. Special Mission Surveillance Footage - 12C1 Drive/1B Gate/9 C3 Drive/6 Office | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 301-15 | U.S. Special Mission Surveillance Footage - 12C1 Drive/1B Gate/9 C3 Drive/6 Office | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-16 | U.S. Special Mission Surveillance Footage - 12C1 Drive/1B Gate/9 C3 Drive/6 Office | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-17 | U.S. Special Mission Surveillance Footage - 12C1 Drive/1B Gate/9 C3 Drive/6 Office | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-18 | U.S. Special Mission Surveillance Footage - 12C1 Drive/1B Gate/9 C3 Drive/6 Office | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-20 | U.S. Special Mission Surveillance Footage - 1B Gate | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-21B | U.S. Special Mission Surveillance Footage - 12 C1 Drive | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-23 | U.S. Special Mission Surveillance Footage | 5/23/19 | SA Renaldo Burt | 5/23/19 | SA Renaldo Burt | | |
| 301-27B | U.S. Special Mission Surveillance Footage - 9 C3 Drive | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| 301-28 | U.S. Special Mission Surveillance Footage | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 301-29 | U.S. Special Mission Surveillance Footage | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 301-31 | U.S. Special Mission Surveillance Footage - 1B Gate | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **301-33** | U.S. Special Mission Surveillance Footage - 10 C3 Gate | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| **301-35** | U.S. Special Mission Surveillance Footage - 4 Hi East | 5/9/19 | SA Alec Henderson | 5/9/19 | SA Alec Henderson | | |
| **301-37** | U.S. Special Mission Surveillance Footage | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| **301-40** | U.S. Special Mission Surveillance Footage | 5/23/19 | SA Renaldo Burt | 5/23/19 | SA Renaldo Burt | | |
| **301-41** | U.S. Special Mission Surveillance - 1B Gate | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **301-48** | U.S. Special Mission Surveillance Footage | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| **301-60** | U.S. Special Mission Surveillance Footage – Clip 22 | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| **301-64** | U.S. Special Mission Surveillance Footage - C3 Gate Clip | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| **304-1** | ISR Footage-US Special Mission | 5/21/19 | Sgt William Brigham | 5/21/19 | Sgt William Brigham | | |
| **304-1A** | ISR Footage -US Special Mission | 5/21/19 | Sgt William Brigham | 5/21/19 | Sgt William Brigham | | |
| **304-1B** | ISR Footage-US Special Mission | 5/21/19 | Sgt William Brigham | 5/21/19 | Sgt William Brigham | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 304-2 | ISR Footage-Annex | 5/21/19 | Sgt William Brigham | 5/21/19 | Sgt William Brigham | | |
| 304-5 | ISR Footage | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| 305A | Mission Video Stills | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 305-1 | Annex Compilation Footage - Clip 1 | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 305-2 | Annex Compilation Footage - Clip 2 | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| 305-3 | Annex Compilation Footage - Clip 3 | 5/15/19 | Jonathan Tiegen | 5/15/19 | Jonathan Tiegen | | |
| 305-4 | Annex Compilation Footage - Clip 4-6 | 5/15/19 | Jonathan Tiegen | 5/15/19 | Jonathan Tiegen | | |
| 305-5 | Annex Video Clip | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 305-7 | Annex Video Clip | 5/20/19 | Pre-admitted | 5/20/19 | Mark Geist | | |
| 305-10 | Annex Compilation Footage Clip 10 | 5/15/19 | Jonathan Tiegen | 5/15/19 | Jonathan Tiegen | | |
| 305-11 | Mortar Strike Wall View | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 305-12 | Mortar Strike Side Yard View | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| 305-14 | Mortar Strike Combination View | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | |
| 305-15 | Sheep Farm View | 5/20/19 | Pre-admitted | | | | |
| 494 | Bilal Al-Ubaydi Expense Report | 5/28/19 | SA Justin O'Donnell | 5/28/19 | SA Justin O'Donnell | | |
| 504-98 | React Quick Reference Guide – Attack Reaction Plan | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 504-111 | Quick Reference Card – Grid Coordinates | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 574 | Autopsy Report Stevens | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 575 | Autopsy Report Smith | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 576 | Autopsy Report Woods | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 576-1 | X-ray Woods | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 577 | Autopsy Report Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 577-2 | CT Scan Doherty | 5/15/19 | Dr. Edward Mazuchowski | 5/15/19 | Dr. Edward Mazuchowski | | |
| 586 | Subscribers Records | 5/28/19 | Transcript Mohammed Amir | 5/28/19 | Transcript Mohammed Amir | | |
| 586-E | Subscribers Records | 5/28/19 | Transcript Mohammed Amir | 5/28/19 | Transcript Mohammed Amir | | |
| 588 | Phone List | 5/20/19 | Ali Al-Majrisi | | | | Read, not admitted |
| 589 | U.S. Department of State - Rewards for Justice Program Receipt of Reward Payment Agreement Majrisi | 5/22/19 | Jeffrey Buck | 5/22/19 | Jeffrey Buck | | |
| 590 | DOD Rewards Program Reward Approval  Majrisi | 5/21/19 | Lt. Jason Cullinane | 5/21/19 | Lt. Jason Cullinane | | |
| 591 | Ali Majrisi Expense Report | 5/28/19 | SA Justin O'Donnell | 5/28/19 | SA Justin O'Donnell | | |
| 602 | ERT [Evidence Recovery Log] Location 2 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 603 | ERT [Evidence Recovery Log] Location 1 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 603-13 | Diagram | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 604 | ERT [Evidence Recovery Log] Locations 3/4 | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| 658 | Phone Numbers | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 700 | Chad D. Campanell CV | 5/15/19 | SA Chad Campanell | | | | ID Only |
| 701 | Chad D. Campanell Arson Report | 5/15/19 | SA Chad Campanell | | | | ID Only |
| 701-1 | Fire Location Map | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| 701-2 | Fire Times and Locations Chart | 5/15/19 | SA Chad Campanell | 5/15/19 | SA Chad Campanell | | |
| 711 | Dr. Mazachowski CV | 5/15/19 | Dr. Edward Mazuchowski | | | | ID Only |
| 713 | Knapp Timeline | 5/16/19 | SA Edward Knapp | | | | |
| 800 | United States Special Mission Model | 5/8/19 | SA Scott Wickland | 5/8/19 | SA Scott Wickland | | |
| 800-41 | Picture of Physical Model Overhead View | 5/9/19 | Pre-admitted | 5/9/19 | SA Alec Henderson | | |
| 802 | RPG Remnant | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **803** | RPG Remnant | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **804** | Flag | 5/13/19 | SA Michael Byrnes | 5/13/19 | SA Michael Byrnes | | |
| **843** | Khatallah Phone | 6/3/19 | SA Ryan Larkin | 6/3/19 | SA Ryan Larkin | | |
| **844** | Khatallah Phone | 6/3/19 | SA Ryan Larkin | 6/3/19 | SA Ryan Larkin | | |
| **845** | Khatallah Phone | 6/3/19 | SA Ryan Larkin | 6/3/19 | SA Ryan Larkin | | |
| **901** | Stipulation Regarding the Lease of the United States Special Mission in Benghazi, Libya | 5/29/19 | Via Stipulation | 5/29/19 | Via Stipulation | | |
| **903** | Stipulation Regarding U.S. Ambassadors qualifying as internationally protected persons | 5/29/19 | Via Stipulation | 5/29/19 | Via Stipulation | | |
| **905** | Stipulation Regarding Mohammed Ben Ayad | 5/29/19 | Via Stipulation | 5/29/19 | Via Stipulation | | |
| **906** | Stipulation Regarding Cellular Phone and SIM Cards | 5/28/19 | Via Stipulation | 5/28/19 | Via Stipulation | | |
| **907** | Stipulation Regarding Mohammed Amir | 5/28/19 | Via Stipulation | 5/28/19 | Via Stipulation | | |
| **1001** | Blue and Grey Code Map Benghazi, Libya Physical Exhibit | 5/22/19 | SA David Ubben | 5/22/19 | SA David Ubben | X | Defense 1001 |

Case 1:17-cr-00213-CRC   Document 189   Filed 06/05/19   Page 33 of 37

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **1100** | Abu Khatallah Call Data Records 8.1.12-10.21.12 | 5/16/19 | Jamie Jackson | 5/16/19 | Jamie Jackson | | |
| **1100A** | Abu Khatallah Call Data Records | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | | |
| **1100B** | Call Logs 9/11/12 5:32pm to 9/12/12 2:35am | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | | |
| **1100C** | Calls Between 218926390532 and 218925315935 | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | X | |
| **1100-2** | Certification | 5/16/19 | Jamie Jackson | 5/16/19 | Jamie Jackson | X | Conditional |
| **1207** | Note | 5/23/19 | Pre-admitted | 5/23/19 | SA Brandon Goad | | |
| **1208** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Brandon Goad | | |
| **1209** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| **1210** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1211** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1212** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|------|-------------|------------|-----------|-----------|----------|-----------|-------|
| **1213** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1214** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1215** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1216** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1217** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1218** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1219** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1220** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1221** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1222** | Photo from Capture | 5/23/19 | Pre-admitted | 5/23/19 | SA Joshua Kolarcik | | |
| **1223** | Medical Record - Intake | 5/23/19 | Pre-admitted | 5/23/19 | SA Brandon Goad | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 1224 | Medical Record - Intake | 5/23/19 | Pre-admitted | 5/23/19 | Dr. John Taylor | | |
| 1225 | Chronological Record of Medical Care | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| 1226 | Medical Record - Periodic Reevaluation | 5/23/19 | Pre-admitted | 5/23/19 | Dr. John Taylor | | |
| 1227 | Medical Record - Periodic Reevaluation | 5/23/19 | Pre-admitted | 5/28/19 | Dr. John Taylor | | |
| 1228 | Medical Record - Periodic Reevaluation | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| 1229 | Medical Record - Periodic Reevaluation | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| 1230 | Scheme of Maneuver | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| 1231 | Common Article 3 Geneva Convention - Overview | 5/23/19 | Pre-admitted | 5/28/19 | Major Sarah Adams | | |
| 1232 | Daily Staff Journal or Duty Officer's Log | 5/23/19 | Pre-admitted | 5/28/19 | Major Sarah Adams | | |
| 1233 | Army Memorandum: ATSF Incident Documentation | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| 1234 | Army Memorandum: ATSF Incident Documentation | 5/23/19 | Pre-admitted | 5/23/19 | | | |

Case 1:17-cr-00213-CRC   Document 189   Filed 06/05/19   Page 36 of 37

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| 1237 | Arabic Form - Geneva Convention | 5/23/19 | Pre-admitted | 5/23/19 | | | |
| 1238 | Maj. J T, DO CV | 5/23/19 | Pre-admitted | 5/23/19 | Dr. John Taylor | | |
| 1241 | Names Chart to Assist Jurors | 5/13/19 | Bilal Al-Ubaydi | 5/13/19 | Bilal Al-Ubaydi | | |
| 1241A | Updated Names Chart to Assist Jurors | 5/20/19 | Ali Al-Majrisi | 5/20/19 | Ali Al-Majrisi | | |
| 1241B | Updated Names Chart to Assist Jurors | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | | |
| 1244 | GRS Names List | 5/14/19 | Jonathan Tiegen | 5/14/19 | Jonathan Tiegen | | |
| 1247 | List of Weapons | 5/16/19 | SA Edward Knapp | 5/16/19 | SA Edward Knapp | | Demonstrative |
| 1248 | Stipulation | 5/16/19 | | 5/16/19 | | | Joint Exhibit 1 |
| 1249 | Metadata Report | 5/16/19 | Jamie Jackson | 5/16/19 | Jamie Jackson | | Defense 47 |
| 1250 | Al-Imam Phone Contacts (English translation) | 5/21/19 | Ali Al-Majrisi | 5/21/19 | Ali Al-Majrisi | | |
| 1250A | Al-Imam Phone Report (Arabic) | 5/28/19 | Pre-admitted | 5/28/19 | Via Stipulation | | |

| NO. | DESCRIPTION | INTRO DATE | INTRO. BY | REC'D DATE | REC'D BY | OBJECTION | MISC. |
|---|---|---|---|---|---|---|---|
| **1250H** | 1250 with Highlights | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | | |
| **1251** | ISR CD | 5/21/19 | Sgt William Brigham | 5/21/19 | Sgt William Brigham | | |
| **1252** | Statute: 22 U.S.C. § 2708 | 5/22/19 | Jeffrey Buck | 5/22/19 | Jeffrey Buck | X | |
| **1253** | Map of Libya | 5/23/19 | Pre-admitted | 5/23/19 | SA Brandon Goad | | |
| **1254** | Abu Khatallah Phone Report (English translation) | 5/28/19 | Pre-admitted | 5/28/19 | SA Jessica Krueger | | |
| **1254A** | Abu Khatallah Phone Report (Arabic) | 5/28/19 | Pre-admitted | 5/28/19 | SA Jessica Krueger | | |
| **1254H** | 1254 with Highlights | 5/28/19 | SA Jessica Krueger | 5/28/19 | SA Jessica Krueger | | |
| **1255** | Al-Imam Photo | 5/28/19 | Major Sarah Adams | 5/28/19 | Major Sarah Adams | | |
| **1258** | Advice of Rights | 5/29/19 | Task Force Officer Marcano | 5/29/19 | Task Force Officer Marcano | | |