UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      Plaintiff

    v.                                        Criminal Case No. 17-CR-213 (CRC)

MUSTAFA MUHAMMAD MUFTAH AL-IMAM

      Defendant

## ADMITTED EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 13 | Benghazi Coordinates | 6/3/2019 | 6/3/2019 | Trevor Hewick |
| 22 | Photo Identification | 5/14/2019 | 5/14/2019 | Bilal Al-Ubydi |
| 30 | Video Clip | 5/9/2019 | 5/9/2019 | SA Alec Henderson |
| 36 | Photo Identification | 5/14/2019 | 5/14/2019 | Bilal Al-Ubydi |
| 37 | Photo Identification | 5/14/2019 | 5/14/2019 | Bilal Al-Ubydi |
| 40 | Benghazi Map Marked-Up and Signed by Bilal Al-Ubaydi | 5/14/2019 | 5/14/2019 | Bilal Al-Ubydi |
| 47 | Metadata Exam Report of Govt. Ex. 1100 | 5/16/2019 | 5/16/2019 | Jamie Jackson |
| 52 | Screenshot of Rewards for Justice FAQs Website | 5/22/2019 | 5/22/2019 | Jeffrey Buck |
| 1001 | Map of Benghazi (Physical Map) | 5/22/2019 | 5/22/2019 | David Ubben |
| 61 | Highlighted Version of Govt. Ex. 1100 | 5/29/2019 | 5/29/2019 | Jessica Krueger |
| 66 (1-6) | Annex MGRS and GPS Exhibits | 5/30/2019 | 5/30/2019 | Catherine Wright |
| 67 (1-5) | Store Photos (Al-Imam's Workplace) | 5/30/2019 | 5/30/2019 | "Ahmed Ali" |
| 74 | Stipulations – Bilal Al-Ubaydi | 6/3/2019 | 6/3/2019 | _____ |
| 75 | Stipulations – Ali Al Majrisi | 6/3/2019 | 6/3/2019 | _____ |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 76 | Stipulation – Al Majrisi | 6/3/2019 | 6/3/2019 | _____ |
| 77 | Stipulations - Majrisi | 6/3/2019 | 6/3/2019 | _____ |
| 78 | Stipulation – Bargathi Incident | 6/3/2019 | 6/3/2019 | _____ |
| 79 | Stipulation – Gaddafi | 6/3/2019 | 6/3/2019 | _____ |
| 80 | Stipulations – Mission Attack | 6/3/2019 | 6/3/2019 | _____ |
| 81 | Stipulations – Ansar Al Sharia | 6/3/2019 | 6/3/2019 | _____ |
| 82 | Stipulation – Statement | 6/3/2019 | 6/3/2019 | _____ |
| 83 | Stipulation – Mustafa Al-Imam | 6/3/2019 | 6/3/2019 | _____ |