CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN - 5 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
)
vs. )      Civil/Criminal No.: 17-CR-213 (CRC)
)
MUSTAFA MUHAMMAD MUFTAH AL-IMAM )
)

## NOTE FROM JURY

~~ANNNNNNNN~~ Does the time an individual joins a conspiracy matter? That is, if an individual joined a conspiracy on January 1 at 10 AM, could that individual be responsible for events associated with the conspiracy that took place at 8 AM on January 1?

Date: 6/5/19

Time: 2:56 pm

FOREPERSON