**FILED**

**JUN - 6 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA

v.

MUSTAFA MUHAMMAD MUFTAH
AL-IMAM,

Defendant.

Case No. 17-cr-213 (CRC)

---

## RESPONSE TO JURY NOTE OF JUNE 6, 2019 AT 9:41 AM

1. You should use the ordinary and common meanings of these words. The Court can provide a dictionary if the jury would like one.

2. Yes, the same definition on page 30 of the jury instructions applies.

3. Yes, the government must show that the defendant acted both willfully and maliciously.


Date: June 6, 2019