CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA



**FILED**
JUN 11 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

MUSTAFA MUHAMMAD MUFTAH AL-IMAM

Civil/Criminal No.: 17-CR-213 (CRC)

### NOTE FROM JURY

After several days of thoughtful deliberation, we have not been able to reach unanimous agreement on any of the counts. We are not optimistic with further deliberation that we will reach consensus on any count.

Date: 6/11/19

Time: 1:35 pm

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA



**FILED**
JUN 1 1 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 17-CR-213 (CRC)
)
MUSTAFA MUHAMMAD MUFTAH AL-IMAM )
)

### NOTE FROM JURY

~~[scribbled out]~~

Pages 15 and 16 of the jury instructions list the objects and purposes of the conspiracy. Can the jury find a conspiracy if the defendant agreed to one or more but not all of the listed objects and purposes?

Date: 6/11/19

Time: 3:11

FOREPERSON

CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 1 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 17-CR-213 (CRC)
)
MUSTAFA MUHAMMAD MUFTAH AL-IMAM )
)

### NOTE FROM JURY

In Count 16, item 3 (pg. 31) of instructions, must "maliciously", using the definition on page 30, include "serious risk of death or serious bodily injury" or may it be defined only as "reckless and wanton", and a gross deviation from a reasonable standard of care."?

Date: 6/11/19
Time: 3:18pm

✓ FOREPERSON