UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          .
                                   .
            Plaintiff,             .    Criminal Action No.
                                   .    1:17-cr-00213-CRC-1
      v.                           .    Washington, D.C.
                                   .    Thursday, May 23, 2019
MUSTAFA MUHAMMAD MUFTAH AL-IMAM,   .    2:01 p.m.
                                   .
            Defendant.             .
. . . . . . . . . . . . . . . . . .

          TRANSCRIPT OF JURY TRIAL ~ AFTERNOON SESSION
       BEFORE THE HONORABLE CHRISTOPHER R. COOPER
             UNITED STATES DISTRICT JUDGE

<u>APPEARANCES</u>:

For the Government:          JOHN M. CUMMINGS, ESQ.
                             KAREN P. SEIFERT, ESQ.
                             U.S. Attorney's Office
                             555 Fourth Street NW
                             Washington, DC 20530
                             (202) 252-7566

For the Defendant:           MATTHEW J. PEED, ESQ.
                             TIMOTHY R. CLINTON, ESQ.
                             Clinton & Peed
                             777 6th Street NW
                             11th Floor
                             Washington, DC 20001
                             (202) 621-1828

Interpreters:                AZIZ ERAZZIQI
                             GHADDA ATTIEH

Court Reporter:              BRYAN A. WAYNE, RPR, CRR
                             U.S. Courthouse, Room 4704-A
                             333 Constitution Avenue NW
                             Washington, DC 20001
                             (202) 354-3186

Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

C O N T E N T S

TESTIMONY

ROY EDWARDS:   Direct Examination...........................2726
              Cross-Examination............................2779
              Redirect Examination.........................2797

1                    P R O C E E D I N G S

2           MS. SEIFERT:  Could we raise a couple of things at

3      the bench?

4           (Bench conference.)

5           MS. SEIFERT:  Your Honor, I have reviewed the

6      witness's prior transcript with him and with Agency counsel,

7      and there are a couple issues I just want to raise with the

8      Court.  In the prior proceeding they talked about an amount of

9      money that was given over for some of their operations.  It's my

10     understanding that that is actually still a classified fact.  I

11     do not intend to elicit that.  I just don't think it's relevant,

12     so I would ask that it not be elicited, unless counsel has some

13     other relevance that they want to --

14          MR. CLINTON:  The only issue would be the fact that he

15     had money available and whether it was offered and whether any

16     money was accepted, but the amounts are not --

17          MS. SEIFERT:  It's just the amount that's an issue.

18     So that's fine.

19          MR. CLINTON:  Okay.

20          MS. SEIFERT:  And the second thing is, I anticipate

21     based on my conversations with the witness that he will testify

22     that he knows the identity of the person he met with at the

23     airport.  He talked to someone on the phone, and he does not

24     know that person's identity, or he did not know it at the time.

25          Subsequently, through intelligence gathering and hearsay,

1    he learned that -- he surmised who it could have been, but,

2    again, I would object to questions for this witness about the

3    identities of individuals that he only knows through hearsay

4    or through classified research that he did after the fact.

5        And it's not just this -- it's not just this militia.

6    He knows a lot of information about a lot of people in Libya,

7    and unless he met with them in the case, I just think it's not

8    -- I have instructed him he should only be testifying about what

9    he saw and heard on that day.

10        MR. CLINTON:  So what he testified to at the last

11   trial was that he spoke to Wissam Bin Hamid, and that the

12   commander on the ground that he was speaking to from Libya

13   Shield 1 was doing everything with the permission, and with

14   Wissam Bin Hamid too it was done on the phone.  Now, obviously,

15   if he only learned that fact later --

16        MS. SEIFERT:  That's the case.

17        MR. CLINTON:  -- it would be hearsay.  But if he knew

18   the existence of Wissam Bin Hamid, if he knew that Wissam Bin

19   Hamid was the leader of Libya Shield beforehand -- because the

20   issue, the fact question here --

21        THE COURT:  He testified at the last trial that he

22   met someone at the airport, and he knew that to be Wissam --

23        MS. SEIFERT:  No.

24        MR. CLINTON:  No.

25        THE COURT:  He learned that later but --

```
 1              MS. SEIFERT:  I can explain.

 2              MR. CLINTON:  Just the -- my reading of the testimony

 3    was he met a sort of lieutenant essentially of Libya Shield --

 4    he didn't mention that person's name, the person on the ground

 5    in his testimony.  That lieutenant that basically talked to my

 6    boss, and that person, he testified at the trial, the person

 7    that was on the phone was Wissam Bin Hamid.  Now, if he --

 8              THE COURT:  How did he know that at the time?

 9              MS. SEIFERT:  He didn't.  That's what I'm trying to

10    say.

11              MR. CLINTON:  Well, you can --

12              MS. SEIFERT:  Can I finish?  I knew this issue would

13    come up.  And so I talked about it with him.  And he said, at

14    the time he didn't know who that person was; he just knew the

15    guy he was talking to on the ground was from Libya Shield and

16    that was his boss.  Later, through his own --

17              THE COURT:  And that's what he testified to last time?

18              MR. CLINTON:  No.

19              MS. SEIFERT:  Last time he wasn't asked on direct

20    about who he was talking to on the phone.  On cross he was

21    asked, do you know who it was?  And yes, later, he learned, but

22    he didn't know it at the time.

23              THE COURT:  Was there an objection?

24              MS. SEIFERT:  There wasn't an objection, but I don't

25    think the fact that hearsay was admitted a journalist's report,
```

the fact that no one objected to the report doesn't mean it's
not hearsay.

MR. CLINTON:  If I may, Your Honor.  Obviously he's
making decisions on the ground about who to trust.  He
ultimately trusted this militia to lead him.  If he knew that
Libya Shield generally was trustworthy, if he knew that Wissam
Bin Hamid was the leader of Libya Shield at the time, then the
fact that he was told he was speaking to Wissam Bin Hamid is
relevant to his actions.  It's the same thing with all the
testimony about people receiving phone calls and making
conclusions about what it was.

MS. SEIFERT:  Well, he didn't know that at the time,
though.  That's the proffer I'm trying to make to prevent this
issue from coming up.

THE COURT:  If you ask him about someone whose
identity he did not know at the time, and he learned after the
fact through hearsay, you can't --

MR. CLINTON:  May I just ask the foundational
question:  Did you know who the leader of Libya Shield was?
Because he's told he's speaking to the leader of Libya Shield.

MS. SEIFERT:  I will obviously lay that foundation in
direct, but I am telling the Court based on my numerous
conversations about this issue -- and if he testifies
inconsistently, so be it, but his testimony I anticipate will
be that at the time he did not know the name of that person,

and it was only subsequent, and frankly, through a classified

means that he cannot reveal, that he learned that person's

identity.

     MR. PEED:  Well, we're a little bit sandbagged if

we have a transcript on the public record where he identifies,

without any saying it's through hearsay, he identifies a name,

the fact that it's classified -- it's on the public record.

     MR. CLINTON:  And we built that defense around this

person's identity --

     THE COURT:  Hold on.  Hold on, guys.  Is the fact

that -- Wissam Bin Hamid's leadership of Libya Shield, is that

a fact in evidence?

     MS. SEIFERT:  Yes.  He testified to it.  So that's

why I don't know this is even an issue.

     THE COURT:  So you already know that.  You can get out

that he's talking to someone at Libya Shield, that person called

his boss, you can put two and two together in your closing.

     MR. CLINTON:  It's just that leadership is often

confusing and complicated.  So if the Government's not going to

dispute that he was the boss of Libya Shield 1, then we can get

around this issue.  We don't need him to necessarily testify to

that.

     MR. PEED:  He spoke to this person's boss.  And it was

represented to him that he was speaking to the leader of Libya

Shield.

1          MS. SEIFERT:  No, that's not what was represented.

2     The person he was talking to on the ground said, talk to my

3     boss.  And he determined from talking to the boss that the bass

4     seemed to have control.  And then later, through a classified

5     means that I cannot describe, he determined for himself who the

6     phone call had been from.  That's literally all I can say

7     without giving the Court more information.  But I think the

8     Court can surmise how he may have figured this out.  So it's

9     both that and through talking with people back at his station

10    who had more information.  So again, I don't want to tug on this

11    because the problem is he only knows it through hearsay, so it's

12    not admissible, and the other way he knows it is through

13    classified.

14          THE COURT:  Let's stick to what he knew at the

15    airport.

16          MR. CLINTON:  May I inquire if he had any -- because,

17    for example, these trucks all have the insignia, for example --

18          THE COURT:  You can ask him what trucks he saw, what

19    shield they had on, what their logo was, what was his

20    understanding at the time.  You can go through all that.

21          MR. CLINTON:  Okay.  Thank you, Your Honor.

22          MS. SEIFERT:  Thanks.

23          THE COURT:  Guys, so much for alerting the jury to the

24    classified nature of the hearing with no people in the audience.

25    It's much more crowded now than --

```
 1              MS. SEIFERT:  We're helping, Your Honor.

 2              MR. PEED:  One thing for the record, Your Honor.

 3     I think we should make, from our perspective, make the argument,

 4     we believe there's a lot of hearsay from the government's fact

 5     witnesses about militias on the ground, the ideologies of

 6     militias, to the man --

 7              THE COURT:  Counsel, you objected to some of those

 8     questions, and I overruled them --

 9              MR. PEED:  And I'm just making my record.  I think

10     the hearsay testimony that has already been elicited and allowed

11     over objection opens the door to having basic identifications of

12     the militias they're working with even if they learned that

13     through talking to people.

14              MS. SEIFERT:  This person was not even in --

15              MR. PEED:  He's made his ruling; I'm making my record.

16              MS. SEIFERT:  -- in Benghazi --

17              MR. CUMMINGS:  We laid a foundation every time for

18     personal knowledge.

19              MS. SEIFERT:  I just want to be clear, this agent was

20     in Tripoli.  He wasn't in Benghazi.  He wasn't dealing with the

21     local mission with the agents in Benghazi, so he's even farther

22     removed.  I am going to stick with, because that is my charge,

23     only what he saw and heard that night.

24              THE COURT:  Very well.

25              MR. PEED:  Thank you, Your Honor.
```

1          (End of bench conference.)

2          (Jury in at 2:13 p.m.)

3               THE COURT:  Welcome back, ladies and gentlemen.  Hope

4     you had a nice lunch.  Ms. Seifert.

5               MS. SEIFERT:  Thank you, Your Honor.  The government

6     calls Roy Edwards.

7          ROY EDWARDS, WITNESS FOR THE GOVERNMENT, SWORN

8                    DIRECT EXAMINATION

9     BY MS. SEIFERT:

10    Q.   Good afternoon, Mr. Edwards.  Could you please introduce

11    yourself to the ladies and gentlemen?

12    A.   I'm Roy Edwards.  I -- I was the Central Intelligence

13    Agency's country TL for GRS.

14    Q.   And what's a country TL?

15    A.   I'm responsible for the security for all agency personnel

16    within a country, and all GRS forces fall under me.

17    Q.   Did you hold that position, that being the country TL for

18    Libya, on September 11th and 12th of 2012?

19    A.   I did.

20    Q.   Now, Mr. Edwards, prior to your experiences on September

21    11th, 2012, that you're going to testify about today, in

22    general, do you have some security-related experience working

23    for the United States government?

24    A.   I do.

25    Q.   Approximately, in general, how many years have you been

1   doing that security-related experience?

2   A.   In totality for the USG, close to 18, 20.

3   Q.   Now, over the course of your experiences with the U.S.

4   government, have you provided both military and civilian

5   security at different places around the world?

6   A.   Yes.

7   Q.   Are you continuing to operate in a security role?

8   A.   Yes.

9   Q.   Now, because of your job, are you testifying today under

10   your true name, or is "Roy Edwards" a pseudonym?

11   A.   It's a pseudonym.

12   Q.   Given your background, I'd like to just confine your

13   questions to the days of September 11 and 12 of 2012 and what

14   you saw and heard when you were in Benghazi and Tripoli during

15   those time periods.  Okay?

16   A.   Okay.

17   Q.   On September 11, 2012, in the evening hours, did you become

18   aware of an attack at the United States Special Mission in

19   Benghazi?

20   A.   I did.  Right before ten o'clock I received a phone call

21   from the regional security officer, or the RSO as we call him,

22   from the State Department.  He is basically my counterpart in

23   the State Department side of things.  And he advised me that the

24   Annex -- or -- yes, the Embassy Annex in Benghazi was under

25   attack and that I needed to send my QRF to help support his

1    security forces.

2    Q.   Now, let me ask you a couple of questions.  The facility

3    that was under attack, was that what is known as the United

4    States Special Mission, or was that the CIA Annex in Benghazi?

5    A.   Special Mission.

6    Q.   Did you know at the time that you got this call what

7    American personnel were located at the United States Special

8    Mission?

9    A.   I was aware of Chris Stevens had flown to Benghazi prior to

10   that and was in Benghazi at the time.

11   Q.   And who was -- who was Mr. Chris Stevens?

12   A.   U.S. ambassador to Libya.

13   Q.   Did you personally know him?

14   A.   I did.  He was the charge d'affaires under Gaddafi, and

15   then later he was appointed the U.S. ambassador to Libya after

16   the fall of Gaddafi.

17   Q.   And in your position, was he someone you worked with?

18   A.   I had weekly meetings with him.

19   Q.   Now, when you learned that the U.S. Special Mission

20   was under attack, you said you were going to assemble a QRF.

21   What does that mean?

22   A.   We had a team of GRS in Benghazi that had been directly

23   supporting Ambassador Stevens while he was there as a QRF.

24   The RSO wanted me to push that QRF in support of him at the

25   Special Mission.

1    Q.   Okay.  That's a lot of three-letter words, so let's break

2    it down.

3    A.   Sorry.  Sorry.

4    Q.   That's okay.  And if you could just move a little closer to

5    the mic so we can make sure our court reporter can hear you very

6    well.

7    A.   So I received a phone call.  I was sitting on the toilet at

8    around 9:50 at night.  It was a long day.  I had been up since

9    five o'clock.  I received the phone call from the RSO.  He was

10   in a panicked state saying that the Mission was under attack --

11   Q.   And I believe you said that individual, the RSO, he's like

12   your counterpart at the State Department.

13   A.   He is.  He is the highest ranking law enforcement official

14   in the country.

15   Q.   And I don't want to make you repeat yourself, but I just

16   want to make sure we're aware of these terms.  So he had asked

17   you to assemble your QRF.  And what does QRF stand for?

18   A.   Quick reaction force.  He was aware of my team in Benghazi,

19   and we were the only U.S. forces that could support or help in

20   that situation.

21   Q.   And was he expecting that you would provide additional

22   support from Tripoli?

23   A.   If needs be, but we hadn't come to that conclusion yet.

24   He just wanted me to call my people on the ground and move

25   them towards the Special Mission.

Q.   And did you call your people on the ground in Tripoli?

A.   I immediately recalled my team members to the team room,
I walked downstairs and I located the Central Intelligence
Agency boss of the country.  I made him aware of the situation.
We had two DOD, Defense Department operators attached to us.
I also made them aware of the situation.

Q.   And after you took those steps, you talked to your CIA
supervisor and you also talked to the DOD individuals and
assembled your team -- and this is all happening in Tripoli?

A.   It's all happening in Tripoli.

Q.   Did you call any of the GRS individuals who were located
in Benghazi?

A.   As we were having this quick, five-minute commander's
conference between the boss of the country, the DOD Operator
No. 1 and 2, and myself, he advised me that there was a Predator
drone about 45 minutes away from the incident in question, or
that they could push that drone overhead so we could get eyes
on, but they needed me to call the Benghazi team and have them
turn on their infrared strobes so we could positively identify
friendly forces on the ground.  I then --

Q.   Before we move on, so you said you had a couple of DOD
individuals with you.  Those are, as you said, Department of
Defense individuals.

A.   Active duty military, yes.

Q.   They were active duty at the time.  And those DOD

1    individuals, you called them Operator 1 and 2.  Is there a

2    reason you're not using their true names?

3    A.    Yeah.  They're Special Forces guys.  Won't use their names.

4    Q.    That's fine.  We'll just call them DOD Operator 1 and 2

5    today.  And you said someone told you there was ISR available.

6    Who told you that?

7    A.    DOD Operator No. 1 advised me that there was a Predator

8    drone or ISR flying over an area about 45 minutes away.  I don't

9    want to say the area, I guess.

10   Q.    That's fine.

11   A.    And that they could move that drone to get real-time

12   information, real-time eyes on the situation.

13   Q.    And did you ask DOD Operator No. 1 to actually take those

14   steps?

15   A.    He volunteered those steps.

16   Q.    Okay.

17   A.    I then walked outside and made a phone call to the...

18   Q.    The Annex?

19   A.    The Annex in Benghazi, and talked on the phone to some

20   security personnel there and had them relay via radio to my

21   counterpart, the GRS TL in Benghazi, to turn their strobes on.

22   I heard the conversation from his radio reply from the phone,

23   so I heard my counterpart reply.

24   Q.    Now, your GRS agents who were located in Benghazi, who did

25   they report to in general?  Did they have a leader in Benghazi?

1    A.    Yes.   There is a team lead in Benghazi.

2    Q.    And is that the individual that you were having this

3    message -- this order to turn on the strobes relayed to?

4    A.    No, because he was in a fight.   So I called the Annex and

5    had the Annex relay via radio, and I heard the conversation

6    because I was on the phone.   I could hear my request to turn

7    on the IR strobes, and I heard my counterpart's reply over the

8    radio.

9    Q.    Now, when you say the IR strobes, why was that important

10   to the overall mission that was going on?

11   A.    It's like a non-visible to the naked eye blinking strobe

12   that you can see through night vision and the Predator drone

13   could identify friendly forces.

14   Q.    Because they have this blinking light on their uniform?

15   A.    Correct.

16   Q.    Now, you said earlier that your regional security officer,

17   the State Department counterpart, wanted you to engage your team

18   in Benghazi.   By the time you called over to Benghazi, did it

19   appear that the -- or from the response, that that team had

20   already --

21   A.    They had already launched.

22   Q.    Now, did you at some point decide that you were going to

23   bring your own team from Tripoli to Benghazi?

24   A.    Yes.   We received word that there was walking wounded and

25   one KIA at this point.   So the boss of the country asked me what

1   support did I need, I said I needed a ride.  He advised that,

2   through Alexander, that they had a contact at the airport and

3   there would be an aircraft waiting in around 45 minutes.

4   Q.   You said the boss of the country.  Is that the CIA

5   supervisor --

6   A.   The CIA boss --

7   Q.   -- you were referring to?

8   A.   -- of the country, yes.

9   Q.   And if you could just make sure I can finish my question

10   before you start your answer.

11   A.   Sorry.  Sorry.

12   Q.   Our court reporter, he can only take down one of us at a

13   time.  So when you were assembling a team to go to Benghazi,

14   who did you bring with you, just in general?

15   A.   I had already recalled the team in entirety back to the

16   team room.  My calculus was that this was potentially a

17   country-wide attack so I had to come up with a team and a number

18   so I could leave a sufficient amount of people to defend our

19   position.  I picked the team based on specialties, and I also

20   asked DOD Operator 1 or 2 if they were going to be participating

21   in this operation.  And they said yes.

22   Q.   So when you say you needed to pick your team, you wanted to

23   make sure that when you guys left, when your team left to go to

24   Benghazi, there were still people left in Tripoli?

25   A.   So --

1    Q.   Just in general.

2    A.   Yes.  Yes.

3    Q.   That's the idea, to not leave anyone back by themselves?

4    A.   Yes.  Had to leave sufficient forces to protect our

5    location.

6    Q.   And your team, just in general, in Tripoli your team, do

7    you have GRS agents who are there with you in Tripoli?

8    A.   Yes.

9    Q.   Did some of those GRS agents end up coming with you to go

10   to Benghazi?

11   A.   Yes.  I picked the team based on certain specialties, like

12   Glen Doherty was my medic so therefore he would go because he

13   provides medical support.  I picked other officers based on

14   specialties for communications, weapons, and such.

15   Q.   And let's talk about Mr. Doherty.  I'd like shown to the

16   jury what is Government's Exhibit No. 4, please.

17        Do you recognize the individual displayed on the screen?

18   A.   I do.

19   Q.   And who is this?

20   A.   It's Glen.  Bub.

21   Q.   And is Bub his nickname or what --

22   A.   We all go by call signs.

23   Q.   And so Bub is Mr. Doherty's call sign?

24   A.   Correct.

25   Q.   How did you know Glen Doherty?

A.   I had done several rotations with Glen.  Glen was always

the medic because he was a Navy SEAL and an 18 delta Special

Forces trained medic.

Q.   What is an 18 delta Special Forces medic?

A.   It's a lengthy course taught at Fort Bragg to joint special

operations command individuals.  It's a medical training course.

It's very robust.  They're responsible for anything from dental

to trauma to include veterinarian support in the field.

Q.   Now, Bub, or Glen Doherty, among the people that you had

with you in Tripoli to take to Benghazi, was he one of the most

medically qualified?

A.   He was the medic, the team medic.  There's a base level of

training, but his training is far beyond ours.

Q.   You also mentioned you brought someone named Alexander.

Who was that?

A.   When we were assembling the team, we had a interpreter

assigned to our -- the CIA position in Tripoli.  That

interpreter, I assessed that he was not up for what we were

going to do, so there was an Arabic speaker that was a former

army warrant officer that we picked because he was a high-level

Arabic speaker, and so we picked him instead of our line

interpreter.

Q.   And that was Alexander Charles?

A.   Yes.

Q.   And in addition to Mr. Charles, did any of your other

1    individuals going with you speak Arabic?

2    A.   Yes.  DOD Operator No. 2 was a high-level Arabic speaker.

3    Q.   I'm sorry.  Which one did you say?

4    A.   DOD Operator No. 2.

5    Q.   Number 2.  And between -- except for DOD Operator No. 2

6    and Alexander Charles, did anyone else speak Arabic?

7    A.   I'm a zero-plus.

8    Q.   What does that mean?

9    A.   I can hello, goodbye, how are you.

10   Q.   So you're not conversational?

11   A.   No.

12   Q.   Now, you mentioned that your team was going to fly to

13   Benghazi.

14   A.   Yes.  The boss of the country advised us that there.

15   Was an aircraft going to be waiting for us at Mitiga Airfield.

16   We assembled at our position and drove to Mitiga Airfield.  But

17   before leaving, we came up with some courses of actions per

18   our -- the boss of the country's directives of what we were

19   supposed to do when we got there.

20   Q.   Now, you said Mitiga Airport.  Is that in Benghazi?

21   A.   No.  It's in Tripoli.  There's two main airports:

22   Tripoli International Airport, and then Mitiga.  Mitiga is

23   an old U.S. air base.

24   Q.   When you arrived at Mitiga Airport, what type of aircraft

25   was waiting for you?

1    A.    It was like a G500 kind of rock star, rapper kind of jet.

2    Q.    And your whole team went on this jet?

3    A.    Yes.

4    Q.    Okay.  Were there crew on the plane as well?

5    A.    There was a crew.  They were ethnically Egyptian.

6    There was one flight attendant.

7    Q.    Who paid for the aircraft?

8    A.    We did.

9    Q.    By "we," you mean --

10   A.    Me.

11   Q.    You did.

12   A.    Yeah.

13   Q.    Now, how long did it take you to get from -- do you

14   recall the approximate time that you left Tripoli for Benghazi?

15   A.    The timeline's a little fuzzy at this point, but I do

16   believe it was around eleven o'clock.  We left to drive to

17   Mitiga, 45-minute drive time, barring militia checkpoints, got

18   on the aircraft circa midnight, arrived around maybe 1:00 in

19   the morning.

20   Q.    It was about an hour flight between Tripoli and Benghazi?

21   A.    It was 50 minutes.  That plane moves pretty quickly.  We

22   were initially looking at potentially driving, and that would

23   have been 36 hours.

24   Q.    So the plane was the better choice?

25   A.    Yes.  It was the only choice.

Q.   Now, when you arrived in Benghazi, who did you anticipate
would be meeting you at the airport?

A.   I was informed that the Libyan ministry of defense forces
were to meet us plane-side at the airfield with a number of
Hilux Toyota -- they're like Tacoma pickup trucks with mounted
weapons in the back.  They're called Hiluxes.

Q.   Do you recall when you landed at the airport in Benghazi
looking out and seeing who was there?

A.   After they served us cappuccinos on the way, we looked
out the window when we landed, and there were no gun trucks.
There was nobody on the tarmac.

Q.   So fair to say when you arrived there, you had no ride?

A.   We had no ride.

Q.   When you arrived in Benghazi, what was your mission at
that time?

A.   Our course of action, No. 1, was to move to the position
we believed the U.S. ambassador was located, and recover the
ambassador.

Q.   Where was that?

A.   It's a hospital off of Fourth Ring in Benghazi, Third or
Fourth Ring.

Q.   And what was your second course of action?

A.   The second course of action was to move to the Annex,
secure all nonessential personnel, bring them back to the
aircraft, send them back to Tripoli, move back to the Annex and

continue the search for the ambassador.  But at that point,

when we got off the plane, our main mission was to recover

the U.S. ambassador.

Q.   And at that point, what was your belief about what the

condition of the ambassador was?

A.   We considered him to be the national asset because he's

the representative of the United States.  We believed him to

still be -- we were receiving reports from my boss of the

country that he was potentially still alive and at the hospital.

Q.   Now, when you arrived in Benghazi and were discerning your

mission, were you aware whether or not there had been any

further attacks on any U.S. facilities?

A.   I made a phone call to the Benghazi GRS TL, and he advised

me that they had repelled two assaults at that point, so two

attacks.

Q.   And where were those assaults?

A.   He didn't -- the conversation was, they hit us twice,

we're all good, keep doing what you're doing.

Q.   Did you know at the time where your team lead was located?

A.   Yes.  Well, I had a general idea on a map, but I had never

been there.

Q.   And did you know the name of the facility he was at?

By that, I mean was he at the U.S. Special Mission, or was he

at the Annex?

A.   At that point, we were aware that one KIA, one killed, and

1    some walking wounded had been recovered at the Special Mission

2    and returned to the Annex.

3    Q.   And these attacks that your team lead were telling you

4    about, did you know whether those were taking place at the Annex

5    or somewhere else?

6    A.   At our facility, the Annex.

7    Q.   Now, when you got off the plane and you had no ride, what

8    happened next?

9    A.   Militia guys started to show up and mill about, different

10   militia guys.  No discernible patches or groups.  At some point,

11   the bus that picks up people from the terminal drove across the

12   tarmac.  We're in full kit, all our gear's on the ground, guns

13   out, we're not hiding.  Helmets.  The bus drives across the

14   tarmac and a customs agent gets out and asks us for our

15   passports.

16   Q.   Now, the customs agent, did he appear to be someone

17   official?

18   A.   He had an old-school Russian, Gaddafi-era customs uniform

19   on.  And the militia actually parted the way for this little guy

20   to come through and ask us for our passports.  It was kind of a

21   surreal moment.

22   Q.   Did you give him your passport?

23   A.   We said we are not giving you our passports.

24   Q.   And you said you were in full kit.  Just for the ladies

25   and gentlemen --

A.    Rifles slung across the chest, helmets on, exposed mags,
pistols out.

Q.    Fair to say anyone could see you were armed?

A.    Yes, we were armed.

Q.    Now, the militias who you said had arrived, you said they
were different militias.  How could you tell who was there?

A.    Just experience on the ground, just how militias act.
Some seemed to be together, some not.  They were just kind of
milling about.  We were the biggest show in town other than what
was going on -- sorry.  So the militias were starting to gather
around us.

Q.    Now, the individuals who were gathering at the airport,
the militias, did those individuals appear to you to be armed?

A.    Yeah.  They were definitely armed.  Standard militia AK.

Q.    And by that you mean an AK-47?

A.    AK-47s or FN rifles from Belgium.  Just typical Africa
standard militia gear.

Q.    Did any of the militias that were at the airport at this
time appear to have any signs on their trucks saying who they
were with?

A.    This initial group, no, but later a vehicle pulled up and
an individual got out and he seemed to have a lot of *wasta* or
clout with the militia, and he came up and started to engage
us in conversation.

Q.    Now, this individual who pulled up who had, you said it

1    was *wasta*?

2    A.    *Wasta*, clout.  Yeah.  Arabic word.

3    Q.    Did he introduce -- did he come over and speak with you?

4    A.    He did.

5    Q.    Did he tell you his name?

6    A.    Yes.  We went through the standard Arabic greetings of

7    hello, how are you, how are your family, and after the two

8    minutes of that was ended, he started to berate us for being

9    there, that it wasn't safe.  He kept calling us Marines.

10   Q.    During your introduction with him, you said there was

11   like a -- this is a typical Arabic greeting you have done in

12   your experience?

13   A.    Yes.  No matter how angry they are, you still have to do

14   the standard greeting process.

15   Q.    Handshakes and whatnot?

16   A.    Handshakes, kind of a slight hug.

17   Q.    When you met that individual, did he tell you what his

18   name was?

19   A.    He did.

20   Q.    What was his name?

21   A.    Fati Al-Abedi.

22   Q.    Just for our jury and the court reporter, I'm going to

23   spell.  Is it F-A-T-I for the first name?  Fati?

24   A.    Yes.

25   Q.    And the last name, A-L A-B-E-D-I?  Is that right?

1    A.    You didn't say there was going to be spelling.

2    Q.    I'm sorry.

3    A.    As close as -- in my zero-plus Arabic, yes.

4    Q.    Now, Fati Al-Abedi, when he introduced himself to you on

5    the tarmac at the airport in Benghazi, had you met him before?

6    A.    Never met him before.

7    Q.    And you said that after this initial introduction he

8    started berating you.  What types of things were being said

9    to you?

10   A.    It's not safe, we're responsible for the security of

11   the area, you need to get on your plane and go back to Tripoli.

12   You Marines should not be here.

13   Q.    And the word "Marines," did Mr. Al-Abedi specifically use

14   that word?

15   A.    That was thrown around quite a bit.

16   Q.    Now, did Mr. Fati Al-Abedi tell you what militia he was

17   from?

18   A.    He did not, but Mr. Alexander, who was an Arabic speaker,

19   identified him as Dar Libya 1.

20   Q.    And how, if you know, did Mr. Alexander identify Fati

21   Al-Abedi as being with Dar al Libya 1?

22   A.    Typical katibas or militias have this sticker that they

23   have, I guess at the local print shop or their local Kinkos or

24   whatever, and they stick it on the hoods of their vehicles to

25   identify, self-identify.

1    Q.    So Mr. Fati Al-Abedi's vehicle had that sticker?

2    A.    Yes.

3    Q.    And your translator, Alexander Charles, told you that's

4    what it said?

5    A.    Dar Libya 1.  And Fati Al-Abedi seemed to be the one

6    with -- even though it appeared to me the other guys possibly

7    weren't Dar Libya 1, he had all the clout.  He was in charge.

8    Q.    So fair to say that other people respected him, or appeared

9    to respect him?

10   A.    He was in charge of that situation.  There was no doubt

11   about it.

12   Q.    Now, at some point, did Mr. Fati Al-Abedi ask you to speak

13   with someone else?

14   A.    He handed me a phone, and in broken English said, "This

15   is my boss.  Talk to my boss."  I don't know why he picked me,

16   because there were two other people speaking Arabic there from

17   our side, but he handed me the phone.

18   Q.    When you got on the phone, the person on the other end,

19   what language were they speaking with you?

20   A.    Arabic and broken English.

21   Q.    Did they introduce themselves?

22   A.    No.

23   Q.    Did Fati tell you the name of his boss?

24   A.    No.

25   Q.    What did the boss say to you?

1   A.   He berated me.  Same rhetoric.  You Marines shouldn't be

2   here.  It's not safe.  There's fighting in the cities.  Get

3   back on your plane.  Go back to Tripoli.

4   Q.   So similar things to what Mr. Fati Al-Abedi had said?

5   A.   Yes.

6   Q.   Now, at some point did you ask for assistance from either

7   Fati Al-Abedi or this individual on the phone?

8   A.   The individual, Fati's boss, I asked for assistance to go

9   to the hospital.

10  Q.   How did he respond?

11  A.   He said in English, I will never let you go to the

12  hospital.

13  Q.   Did you tell him why you wanted to go to the hospital?

14  A.   I believe I said something to the effect we needed to

15  recover our people or help our people.  I didn't say anything

16  about the ambassador.

17  Q.   And after the boss on the phone said that's not going to

18  happen, or words to that effect --

19  A.   The conversation ended.  I continued to try to coordinate.

20  We thought about stealing the bus that the customs guy, the big

21  bus that drives out to the place, we thought about commandeering

22  that and driving that to the hospital.  We knew, if we were

23  going to the hospital, it was going to be a hasty assault, like

24  a recovery, or we were going to go to rescue the ambassador and

25  we had information that there was a militia there around the

1    hospital that was not friendly to us.  So we knew we were going

2    to get in a fight.

3    Q.   So the bus option --

4    A.   The bus option was not the best.

5    Q.   Was this like a school bus or an airport bus?

6    A.   It's like an airport bus like the big windows that the guy

7    drives out to the aircraft and everybody gets off the plane and

8    gets on the bus --

9    Q.   So fair to say not the best vehicle for a hasty maneuver?

10   A.   No.

11   Q.   So after the bus option was turned down, if you will, what

12   was your way out?

13   A.   Well, we, through DOD Operator No. 1, we pushed the drone

14   over to our position to get eyes on us to watch, to do overwatch

15   on us.  Several conversations with Fati Al-Abedi's boss on and

16   off, several conversations with the CIA boss in the country back

17   in Tripoli trying to leverage support from the Libyan ministry

18   of defense guys.  We attempted to call the Libyan ministry of

19   defense, the Libyan army that was supposed to help us.  Their

20   phones were conveniently turned off, so we were running into a

21   lot of dead ends.

22   Q.   Now, let me ask you, this period of time, how long have you

23   been standing on the tarmac doing all this negotiating?

24   A.   We were wheels down about one o'clock in the morning, and

25   we were there quite a long time, two or three hours, trying

1    to -- I was in constant contact with the GRS TL and the CIA boss

2    of the country, receiving information from both sides.  And our

3    mission was still recovery of the ambassador.

4    Q.   Now, at some point, did your mission change?

5    A.   I received a phone call from the boss of the country, the

6    CIA boss of the country, and he advised me very cryptically, he

7    said the person you're looking for is most likely dead.  Go to

8    COA No. 2, which was maneuver to the Annex, get all nonessential

9    personnel, come back to the airfield, put them on the plane,

10   send the plane to Tripoli, drive back to the Annex, and continue

11   the search for the ambassador.

12   Q.   Now, you called -- you had a term that you called that

13   plan.  What was that?

14   A.   A COA?

15   Q.   A COA.  Yeah.  What's that?

16   A.   A course of action.

17   Q.   A course of action.  Okay.  So you learned this information

18   that the initial course of action was --

19   A.   Was the rescue of the national asset, which was the U.S.

20   ambassador.

21   Q.   And that was no longer your No. 1 course of action and you

22   went to plan B, essentially?

23   A.   The boss changed my tasking.

24   Q.   So when you had your new course of action, which was to

25   go to the Annex, the CIA Annex, how did you get there?

A.   At this point, we had been talking to Fati for a long time.
I walked over to Fati and said, hey, I want to talk to the boss
again.  He handed me the phone and I said, I wanted to go to the
chief of the Annex's house.  I used the chief of the Annex's
name.  He was like, okay.  And then shortly after, two other
vehicles pulled up.

Q.   Now, you're not using the chief of the Annex's name today,
but at the time, when you were on the phone with the boss, did
you --

A.   I used his name, yeah.

Q.   Let me just ask you, did you use his first name, his last
name --

A.   First name.  The local players all knew him by Mr. and his
first name.

Q.   Did you use "Mr. First Name"?

A.   Yep.

Q.   And how did you refer to the Annex when you were on the
phone?

A.   His house.

Q.   So just so the record's clear, so you said I want to go
to Mr. So-and-so's house?

A.   Correct.

Q.   The boss that you were on the phone with --

A.   The boss, not the CIA boss of the country but the CIA boss
of Benghazi.

1    Q.    So Fati's boss, who you were on the phone with, when you

2    were on the phone with him before you changed your plan and you

3    wanted to go to the hospital, what was his attitude like?

4    A.    It was gruff.  It was the same rhetoric, you Marines need

5    to go home, I will never let you do this.  No.  Get on your

6    plane.  The minute I said I changed my mind and I no longer

7    wanted to go to the hospital, he was like, okay.  I handed the

8    phone to Fati, they talked, and shortly after two other

9    vehicles, maybe three, I don't quite remember, pulled up

10   directly, pretty quick, maybe 15 minutes, maybe 10.  It's been

11   seven years.

12   Q.    Did his demeanor change at all after you --

13   A.    Absolutely.  We were all buddies at that point.

14   Q.    Now, when these other vehicles, these two or three other

15   vehicles pulled up, how did you assemble to go to the CIA Annex?

16   A.    Nobody from my team, to include DOD Operator 1 or 2, had

17   been to the Annex.  We had one GPS with the MGRS, or geo cords,

18   that was one of my guys.  He loaded in that vehicle with myself,

19   DOD Operator 1 and 2, Fati Al-Abedi, and a driver.  It was a

20   Land Cruiser, a very nice militia Land Cruiser, so, therefore,

21   that also still is the reason why Fati had so much *wasta*.

22   Regular militia guys don't drive Land Cruisers.

23   Q.    And again, *wasta* you said is clout?

24   A.    Yeah.  He was the man.

25   Q.    Now, you used the term "MGRS coordinates."

1    A.    Yeah.

2    Q.    What does that mean?

3    A.    It's a 10-digit code.  Well, it can be up to four, but the

4    more digits you have, the closer it gets to a location, within

5    feet.  Basically, it's the same thing your Garmin uses, but they

6    just don't put it in that format.  It's a 10-digit format to get

7    you somewhere.  Instead of "Starbucks," it's 10 numbers.

8    Q.    And the first vehicle that was leaving, was that the

9    vehicle that you were in?

10   A.    Correct.

11   Q.    And was that also the vehicle that the Garmin or whatever

12   this device is you're using was in?

13   A.    Yeah.  It was just a hand-held hiking GPS, commercially

14   available off the shelf.

15   Q.    Now, the people you were with, the militia vehicles

16   associated with Fati Al-Abedi, did they know where they were

17   going?

18   A.    We were directing to the driver and Fati the directions to

19   go.  We didn't even have maps in this GPS.  We just had a

20   cardinal direction with an azimuth or a direction arrow with

21   distance.  So 10 miles that way.  So we were navigating our way

22   through the city.  And we had a paper map with us, old school,

23   and we had done a -- in between cappuccinos on the plane we had

24   done a map study of the city in route.

25   Q.    When you say you don't have maps, you mean the device you

1    were using wasn't showing you where you were on the map?

2    A.   There were no maps on the device.  It's just an arrow and

3    a direction and distance.  So 10 miles, four miles, whatever,

4    and you have to just pick -- and it's pick your adventure with

5    the streets.

6    Q.   Now, as you're giving these -- first of all, what time did

7    you leave?

8    A.   It had to be around 4:00 in the morning, maybe 3:50,

9    sometime around there.  We had been there a while.

10    Q.   So in total you'd been on the tarmac for about three hours?

11    A.   Long time.

12    Q.   And how long did it take to get from the airport to the CIA

13    Annex using this turn-by-turn direction?

14    A.   We're pretty good navigators so we gave pretty good

15    directions, but in route we got stopped by a different militia,

16    a checkpoint, and this militia obviously did not like the

17    militia we were riding in with the Dar Libya 1 guys, and they

18    held us up at gunpoint.

19        The Dar Libya 1 militia jumped out with their guns, and

20    there was kind of a Mexican standoff; and myself, DOD Operator

21    No. 1 and 2, jumped out to deconflict.  DOD Operator No. 2 has

22    blond hair, blue eyes, speaks Arabic.  Once he jumped out and

23    started speaking Arabic, that kind of threw the whole -- the

24    other militia was like, where did this American speaking Arabic

25    come from, totally diffused the whole situation and they let us

1    pass.

2    Q.   So you got through that checkpoint?

3    A.   Yeah.

4    Q.   Did you eventually make it to the CIA Annex?

5    A.   We did.  Whatever the driving time was, I don't quite

6    remember.  When we got there, we still were a few hundred meters

7    off.  I had to get on the phone, and we stopped or slow crawled,

8    kind of parked, tried to get the lay of the land; and I called

9    the GRS TL in Benghazi and talked to him on the phone, and he

10   ran out on the street a couple hundred meters down, took a knee.

11   I saw him, with all his kit on, and directed the rest of the way

12   in.

13   Q.   And if I could have played for the jury 304-5, please.

14        (Video played.)

15        So we're -- on the film it says three o'clock and 17

16   seconds.  Have you seen ISR video before?

17   A.   Too much, yes.

18   Q.   Okay.  And are you familiar with the video that we're about

19   to watch?  I mean, you've seen ISR video from this event before?

20   A.   I have probably seen this, but I don't recall seeing this

21   ever.

22   Q.   So I'm going to play for you a few minutes and then ask you

23   some questions.

24        (Video played.)

25        We paused at 3:04:26.  Mr. Edwards, does the video depict

1    the militia that was your convoy on the morning of September 12,

2    2012?

3    A.   Yes.

4    Q.   I know you said it was hard to estimate time, but around

5    what time or at least what hour do you recall arriving at the

6    Annex compound?

7    A.   I thought it was around four o'clock in the morning.

8    Q.   And are you familiar with Zulu time?

9    A.   Yes.

10   Q.   And do you recall, from your own memory, the difference

11   between Zulu time and Libyan time?

12   A.   I think it's N plus 2 or 4 hours.

13   Q.   Now, when you were arriving at the Annex, was the sun out

14   or was it dark out?

15   A.   It was dark out.

16   Q.   And the vehicles that were with your group on Government's

17   304-5, those are all the vehicles that are from this militia

18   group that's accompanying you.

19   A.   Well, it obviously had grown somewhere in route, but we

20   were in the first three vehicles.

21   Q.   Now, when you arrived at the Annex, you said that your team

22   leader had to come out and kind of show you where the facility

23   is?

24   A.   Yeah.

25   Q.   And did we see that on the video, going to the other

1    location?  Or stopping before at the other location?

2    A.   Yeah.  I couldn't tell if that was the point that I saw it,

3    but that's what happened.  He came out on the street.  I gave

4    him a hug, we moved inside the front gate.

5    Q.   Now, when you arrived at the Annex, who did you see first

6    when you went inside?

7    A.   Walked through the front gate.  We took Fati Al-Abedi with

8    us because he was the only one that helped us get here.  As we

9    were walking through, from one of the positions on the roof,

10   Tanto yelled down, thanks for saving me, my call sign.  I told

11   him to f' off and continued to walk, and I walked into the main

12   building to introduce Fati Al-Abedi to the CIA senior personnel.

13   Q.   Now, you mentioned that Glen Doherty, or the individual you

14   used the call sign Bub for, was with you.  Do you know what

15   happened to Mr. Doherty when you arrived at the Annex?

16   A.   As we were walking in, I told Glen to check on wounded,

17   and that's what he did.

18   Q.   Was that the last time you saw Mr. Doherty?

19   A.   It was.

20   Q.   Okay.  Now, you went into one of the buildings at the

21   Annex.  Do you recall which of the buildings you went into?

22   A.   The main building.

23   Q.   And if I could have --

24   A.   Everybody was -- everybody who was a nonshooter was now

25   co-located in this building.

1   Q.   And when you were inside the building, who were you meeting

2   with, just in general?

3   A.   The CIA senior intelligence person, Mister, that we were

4   going to meet.  After him and Fati went through the standard two

5   minutes of Arabic greeting, I told the chief ██████████ that he

6   was to assemble a list of nonessentials, we were going to move

7   them to the airport to be extracted.

8   Q.   So you said that was your next plan, was to move people

9   away from the Annex; U.S. personnel out of the Annex?

10  A.   Yeah.

11  Q.   Now, what do you mean when you say nonessential personnel?

12  A.   Nonshooters and non-people who could assist in the search.

13  Nonsecurity personnel and nonintelligence types.

14  Q.   Okay.  Now, while you were discussing the plan when you

15  were inside the main building at the CIA Annex, what, if

16  anything, happened that called your attention?

17  A.   Couple minutes passed by.  I moved to the front of

18  the building.  We were attempting to try to start assembling

19  vehicles, and we were waiting on the list of nonessentials

20  to leave; and at some point, very shortly after arriving, I

21  started to hear belt-fed machine gun fire.

22  Q.   Could you tell if that was coming -- if that was on

23  your facility that that was coming from, or was it incoming?

24  A.   It was both.  So there was incoming and outgoing.  I walked

25  out front to get situational awareness of the direction of fire.

1    It was coming from the general direction of Zombie Land, which

2    was on the back side of the building I was standing in, and

3    shortly after that, there was a impact some distance away.

4    I assessed it to be maybe a rocket strike.

5    Q.    And then what did you hear?

6    A.    There was a gap in time, and then there was an impact

7    that was closer.

8    Q.    And then what did you hear after that?

9    A.    Shortly after that, there were three rapid successions

10   impact on the top of the building I was standing in front of.

11   So top down, dust and tiles falling.  I thought the building

12   would possibly collapse, and I assessed them at that point as

13   being indirect fire weapons.

14   Q.    Why was that, based --

15   A.    Because they were coming straight down, and they don't

16   have an air force.

17   Q.    Now, when you were -- where were you standing when you

18   felt the impact hitting the building you were in?

19   A.    Initially, when it was the machine gun fire, I walked

20   outside to get situational awareness.  As the impacts were

21   hitting the building, I kind of stayed in between the foyer

22   of the front door, kind of one foot in, one foot out, because

23   I thought the building might collapse.  I didn't want to be

24   inside the building when it collapsed.

25   Q.    Did you know at that time whether there were individuals

1    from your team on top of the building you were standing in?

2    A.   I was aware that it was a fighting position for our

3    defense.

4    Q.   And you mentioned that there had been -- you had heard

5    belt-fed machine gun fire, and that was before the explosions.

6    After the explosions, did you hear any fire-fighting going on?

7    A.   It kind of -- it died out pretty quickly.

8    Q.   Now, the group that brought you there, the militia group,

9    did you see at all what happened to them?

10   A.   So the only one we let inside the compound was Fati.

11   The rest of them we kept outside.  Fati was on the phone during

12   the attack, and we made him get off the phone because I felt

13   possibly he was calling in the strikes.

14   Q.   Just in terms of his group, the rest of them, did they

15   remain outside?

16   A.   They never came inside.  He was the only militia member

17   we brought inside.

18   Q.   And if I could have shown again to the jury Exhibit 304-5,

19   please.  If you could fast-forward to 3:15.  This is 3:15:42.

20   10 seconds.  You can play it here.

21        (Video played.)

22        Mr. Edwards, did you see the cars that were assembled,

23   the ones that are at 3:15:53, now leaving the area?

24   A.   Mm-hmm.

25   Q.   Were those the same militia folks that had come with you?

1   A.   Yes.

2   Q.   Let me take that down, please.

3        Now, after the building you were in was being hit and the

4   strikes stopped, what did you do next?

5   A.   I called Glen on the radio, told him to get his med kit

6   and meet me on the roof because we definitely had a -- due to

7   the impacts and the level of concussion, that we definitely had

8   a mass casualty situation on the roof.

9   Q.   And did Glen respond?

10  A.   There was one issue, that my radios could talk to my team

11  and the Benghazi TL's radios could talk to his team, but we

12  couldn't talk to each other.  So we both called our respective

13  groups.  Glen did not respond and neither did anyone who was

14  stationed on the roof.

15  Q.   So what did you do?

16  A.   Myself, DOD Operator 1 and 2...

17       (Pause.)

18       The GRS TL from Benghazi, we maneuvered around to the back

19  of the building to climb up the ladder to get to the roof.

20  Q.   And on your way to the back of the building, did you see

21  anyone that you recognized?

22  A.   Passed Geist, and he was pretty bloody.

23  Q.   And did you see anyone assist Mr. Geist?

24  A.   One of my guys.

25  Q.   Now, when you got to the back of the building, how did

you, if any, did you get up to the top of the building, on top
of the building?

A.   I was the fourth one up.  DOD Operator 1 and 2's first,
Benghazi TL, and I had the med kit.  I was the fourth up.  It
was pretty slippery because of Mark's -- bled down the ladder
the whole way down.  Got to the top of the roof.  Once I
ascended to the left, Dave Ubben was in the corner.  He was
visibly screaming.  DOD Operator 1 and 2 and the Benghazi GRS
TL moved to him.  I moved to the first person I could see under
night vision to assess him.

Q.   And the individual you assessed, what position was he in?

A.   I was checking him.  He was pretty bad -- he was pretty
bad.  The mortars did something weird to the radios where it --
all the radios would blink like they didn't have a charge, so
you could see everybody.

     (Pause.)

     Let me get my shit together.

     (Pause.)

     I was checking this guy, and I didn't know who it was.
DOD Operator No. 2 came over and said --

          THE COURT:  Why don't we take five.

          THE WITNESS:  No, I'm good.  I'm good.

          THE COURT:  You sure?

          THE WITNESS:  Yeah.  We don't stop.

     Bub's dead, move to the other 18 delta, move to the other

1    medic.  I knew we were in a pretty bad way at that point that

2    both medics were potentially KIA.

3    BY MS. SEIFERT:

4    Q.   So the first individual that you saw, that was Glen Doherty?

5    A.   Correct.

6    Q.   When you went to the next person, who was that?

7    A.   That was Ty, the other medic.

8    Q.   And is that Tyrone Woods?

9    A.   Yes.  Ty was still alive at that point.  He had some chest

10   rise.  That's the first time I saw Tig on the roof.  Me and Tig

11   had a quick conversation about -- we attempted to pick him up

12   under his armpits, and Tig dropped him.  You know, Tig had been

13   fighting all night.  And said no problem, brother, I got him.

14   And I dragged him to where the ladder was and he expired.

15        I'm good now.  We're through that part.

16   Q.   Okay.  After you saw Mr. Tyrone Woods and confirmed that

17   he had expired, what did you do next?

18   A.   They were gone, so there was nothing we could do.  They

19   were -- you know, we had to move on to the guys who were still

20   alive.  Dave was in a bad way.  Mark had gotten himself off the

21   roof.  Dave was bleeding out pretty bad.  He had multiple

22   tourniquets on all of his extremities.  He's a big guy, he's a

23   big Samoan guy so getting him off the roof was going to be a

24   problem.  We had a quick conversation between DOD operators 1

25   and 2 and the GRS TL from Benghazi how we were going to get him

off the roof.  And we really had no idea, because we didn't have

any ropes to lower him, and we realized that the mortar team

that had hit the roof could potentially continue to hit that

roof; and the bulk of our fighting force was on this roof, so we

were kind of in a hurry.  We were exposed.

DOD Operator 2 said I know how we'll get him off the roof,

I've done this before, I just need a strap.  The GRS TL from

Benghazi is a 170-pound fast guy.  He went down the ladder, went

to the gym, cut a strap and was back in about 27 seconds.

We sat Dave up and we had DOD Operator No. 2 sit in between

him.  We tied a strap around Dave and the DOD Operator No. 2.

Myself and DOD Operator No. 1 grabbed Dave by the arm to let

DOD Operator No. 2 get underneath him and we picked him up.

DOD Operator 2 had to walk to the ladder.

The ledge was pretty high, probably higher than this,

and it was a locally made ladder so it was just welds and metal.

He had to get up, face -- turn his back towards Zombie Land

where we were taking the machine gun fire.  Dave was screaming

quite a bit.  We were yelling at Dave nicely to stop giving our

position away.

While DOD Operator No. 2 was backing up, the ladder went

through Dave -- what was left of Dave's leg, so his leg was just

hanging.  And I had to grab Dave's leg and do like a 90-degree

maneuver, and then he passed out and stopped screaming.  We got

Dave off the roof.  I ran over and got the belt-fed weapon that

1    Ty was using.  Checked it.  It was, strangely enough,

2    functioning.  The rifle that Geist had looked like papier-mache.

3    We threw the remaining of our weapons that were on the roof off

4    the roof and got off the roof as fast as possible.

5    Q.   Now, why were you throwing the weapons off the roof?

6    What were you worried about?

7    A.   More mortars.  At this point, we were diminished in

8    fighting force, and a large portion of that fighting force

9    is on the roof that just got attacked.

10   Q.   You described how you got Dave Ubben off the roof, and

11   I just want to clarify.  So is one of the DOD operators

12   essentially like piggy-backing him off?

13   A.   Yeah, basically.

14   Q.   But that strap --

15   A.   Strap's holding him, and we're kind of just balancing him.

16   Q.   So did you watch, when -- was it DOD Operator No. 1?

17   A.   No. 2.

18   Q.   Excuse me -- is climbing down the ladder --

19   A.   I was already off, checking the guns, getting gear.

20   Q.   And did you subsequently see Dave Ubben when you came down

21   off the top of the building?

22   A.   So I was the last one off the roof.  We conferred around

23   front.  One of my guys, we had a -- I wasn't sure how much

24   fighting force we had left, so I individually ran around to each

25   fighting position to get an assessment of who was still in the

1   fight.  I came back and gave that count to DOD Operator No. 1.

2   One of my guys that I took with me who was not a medic

3   volunteered to work on the guys.

4   Q.   Now, the team that's assembled outside, you and DOD

5   operator number -- was it 1 and 2 at this point?

6   A.   Mm-hmm.  And the GRS TL.

7   Q.   And the GRS TL.

8   A.   There was no -- it was always a joint decision matrix

9   between the four of us.

10  Q.   What decision were you making as a group at that point

11  about what to do at the CIA Annex?

12  A.   Because I was in constant contact with the boss of the

13  country, I knew the response time of the United States military

14  in hours, and I made the assessment that I didn't want to have a

15  *Blackhawk Down* type of situation where we get strung out through

16  the city if we get hit because we didn't have enough shooters

17  left for protectees, for nonshooters.  My assessment was that

18  Geist and Ubben will die, but we'd hard-point here.

19  Q.   You said we needed to what?

20  A.   To stay right here and Alamo up, wait for the final assault

21  for the good guys.

22  Q.   So your decision was you wanted to remain at the Annex?

23  A.   We didn't have a lot of shooters left.  I mean, we barely

24  had enough people to put a shooter in with a group of

25  nonshooters.  So we're talking one shooter per car, a number

1    of people getting out of the city.  We were in a bad way.

2    Q.    And what about your team?  Together with them, did they

3    suggest -- or together with you, did they come up with another

4    plan?

5    A.    I think -- well, I know it was, DOD Operator No. 2 said,

6    my call sign, said we don't have hand grenades, we can't hold

7    the roofs, we need to make a run for it.  I looked at the GRS TL

8    for Benghazi, and I was like, Roger that, we're getting the hell

9    out of here.  And I went and told the senior intel boss ███████

10   █████ that we were leaving.  So we were going to start the

11   destruction plan.

12   Q.    Now, that's the CIA supervisor for Benghazi that you've

13   been referring to?

14   A.    Correct.

15   Q.    Who, if any, did you ask for help in order to get out of

16   the CIA Annex?

17   A.    Fati was still there, and my first assessment was he was

18   the one calling in the mortars, but after he was told nicely

19   to get off the phone, I realized he was scared.  And we asked,

20   being we, DOD Operator No. 2 speaking Arabic, DOD Operator No. 1

21   asked as we were in this school circle, are you willing to help

22   us and can you muster a force to come help us.

23   Q.    Just to be clear, when you're asking Fati Al-Abedi for

24   help, who's translating for you?

25   A.    DOD Operator No. 2 was translating, DOD Operator No. 1 was

1    asking the question, and I was standing next to him.

2    Q.   Did Mr. Fati Al-Abedi agree to help you?

3    A.   He got on the phone and he -- yes.  Yes.  Short term, yes.

4    And he got on the phone and made some phone calls, and we

5    weren't sure we -- because we still had the drone above, we

6    asked the drone to look for a potential force, good or bad,

7    coming in our direction, to give us warning.

8    Q.   Now, at some point later did a group of militia members

9    show up at the CIA Annex?

10   A.   Yeah.  At some point we received word that it was coming

11   from Germany, from the plane, from the Predator, and then I

12   heard a group of vehicles pull up to the front gate.  So myself,

13   one of my guys, DOD Operator No. 1 and 2, Alexander, and then we

14   had Tanto on the building to the right as I was walking to the

15   gate, and then the other guys over here on overwatch, and then I

16   opened the gate.

17   Q.   When you opened the gate at the CIA Annex, what did you see

18   outside?

19   A.   A 15-year-old kid on an anti-aircraft gun in the back of a

20   truck pointing it right at us.

21   Q.   And then what happened?

22   A.   I looked at his eyes, and it was one of those -- but he,

23   his eyes were really big.  And he was scared.  He wasn't

24   aggressive.  So we yelled at him to point the gun in a different

25   direction.

1    Q.    And did he?

2    A.    Yes.  Alexander gave him some orders in Arabic to push

3    out and -- because none of them were actually trying to set up

4    a security perimeter.  They were all just more worried, typical

5    militia stuff, worried about the front gate.  So we pushed them

6    out to actually putting blocking forces around us.

7    Q.    Now, while the militia is outside, did your team inside the

8    Annex assemble itself to evacuate?

9    A.    The militia tried to flood in, but we didn't let them.

10   We kind of closed the doors and then we started the assembling

11   of vehicles.  DOD operators 1 and 2 conferred with myself and my

12   counterpart, and advised us they would go get the guys off the

13   roof as a favor.

14       Me and Alexander held the front gates so the militia

15   couldn't come in, and they burned parts of the main house to

16   make sure we didn't leave anything behind.  And I don't know

17   the time period.  We loaded up in vehicles.  Spread load

18   security personnel as much as we could.

19       I had one guy acting as a medic for Dave and Geist who

20   were swirling the drain.  They had lost quite a bit of blood at

21   that point.  And after a period of time, we moved to the airport

22   under the protection of Dar Libya 1.

23   Q.    Now, you said that you assembled into the vehicles.

24   Were those all vehicles that were at the Annex at that time?

25   A.    Yeah.  It was a mixed group of Hiluxes or whatever type

1    of vehicles they had.

2    Q.   But those were the U.S. government's vehicles.

3    A.   Yes.  Yes.

4    Q.   Okay.

5    A.   Well, some might have been the landlord's.

6    Q.   Okay.  Whatever you had --

7    A.   I'm sure we stole his vehicles --

8    Q.   -- on the Annex, essentially, is what was used.

9    A.   Yeah.

10   Q.   And you mentioned that DOD Operator 1 and 2, you asked

11   them to get the guys.  Who were you referring to as the guys?

12   A.   Ty and Bub.

13   Q.   So when you left the Annex, did you have the bodies of

14   Tyrone Woods, Glen Doherty and also Sean Smith with you?

15   A.   We did, from previously.  Yeah.

16   Q.   You had all those three individuals with you?

17   A.   No one's going to get left behind, but we weren't

18   necessarily worried about the KIA.  I mean, the guys were gone.

19   Q.   Now, when you left out of the Annex with the militia

20   accompanying you, approximately how long did it take you to

21   get to the airport?

22   A.   Forty-five minutes.  It was quite the experience.  There

23   were multiple technical vehicles with antiaircraft guns, and it

24   was anarchy all the way to the airport.

25   Q.   When you say it was anarchy, did anyone attempt to attack

1    your convey on the way?

2    A.   No.  It's just no one's a professionally trained soldier.

3    These were all militia guys.  It was kind of just a free-for-all

4    of vehicles.

5    Q.   But you got to the airport?

6    A.   Without incident, other than the chaos of that.  Yes.

7    Without incident.

8    Q.   When you left the CIA Annex at that time, were there any

9    American personnel left at the Annex?

10   A.   No.  We had a headcount.

11   Q.   When you arrived at the airport in Benghazi, what plane was

12   there?

13   A.   So before we left the airport, we told the G5 and its crew

14   to remain on site.  They did.  I went and talked to the pilot

15   and he gave me a number of passengers.  I said I would stick to

16   that number of passengers, and I probably went over it quite a

17   bit, and we packed the plane as much as possible with

18   nonessentials and the wounded.  And he was refusing to fly at

19   that point.

20   Q.   Why was that?

21   A.   Because I broke the deal, and I guess he figured it wasn't

22   safe to fly with that many passengers per weight or -- I don't

23   know.

24   Q.   So how did you get out of there?

25   A.   He was persuaded to fly.

```
1    Q.    You're very convincing when you want to be?

2    A.    I guess so, yeah.  Somebody was.

3    Q.    When you put the individuals on the plane, who was

4    remaining on the tarmac?  Who was remaining behind?

5    A.    The bulk of both GRS, short of the wounded, and DS agent.

6    Q.    And what about the bodies of the individuals who were

7    killed?  Where were those placed?

8    A.    We had those with us.

9    Q.    On the tarmac?

10   A.    Yeah.  We couldn't take up room for the dead when the

11   living had to get out, so...

12   Q.    Did you watch the G5 take off?

13   A.    I did.

14   Q.    And now that you have this team that's on the tarmac at the

15   Benghazi airport, what's your plan for that team?

16   A.    We did not have a way out.  I was conferring with the boss

17   of the country ad nauseam, and he was trying to leverage the

18   remains of the Libyan government in Tripoli to maybe get an

19   aircraft.  We were looking at DOD options.  We were looking at

20   driving out.

21          And at some point, I got a phone call from the supervisor

22   of the country, the boss of the country, that the Libyans got

23   their one working C-130 troop transport, and that they were

24   going to fly and come get us from Mitiga.

25   Q.    So you knew an aircraft was coming at that point?
```

1  A.   Yes.

2  Q.   Now, while you're standing on the tarmac in Benghazi at

3  the airport, the militia who had come with you, are any of those

4  folks still there?

5  A.   Oh, it was a clown show.  There was I don't even know how

6  many militia guys milling about.  One guy had an accidental

7  discharge with his AK.  It was just a mess.  But there was

8  quite a few of Dar Libya 1 or whatever militia came to help.

9  Q.   Now, Fati Al-Abedi, did he remain there?

10  A.   He did.

11  Q.   Did any other militia group show up?

12  A.   Potentially.  I'm sure.  I don't know.

13  Q.   Are you familiar with all the different militias?

14  A.   Oh, yeah.  They don't wear uniforms and I don't read Arabic

15  really well, so...

16  Q.   So it was hard to tell at that point who was there?

17  A.   It's a lot of guys with guns.  That said, Fati was

18  definitely in charge.

19  Q.   He still had the *wasta*?

20  A.   Yes.

21  Q.   When you're at the tarmac, what if anything happened with

22  respect to your plan to recover the ambassador?

23  A.   Alexander advised me that he heard two militia guys talking

24  about the ambassador's body, and that he had leveraged cultural

25  nuances to say, hey, we need to get his body back.  He told

1    myself, DOD Operator 1 and 2, the Benghazi TL, we conferred,

2    we brought Fati into the conversation.  Fati offered to take us

3    to the hospital to get him, and we said that was not possible,

4    particularly because the disposition of the militia force that

5    was protecting the hospital was known to be -- or known by me to

6    be bad to us.

7         So we said, hey, send one vehicle, one Hilux pickup truck,

8    nondescript, go in low pro, get the body so we can get him back

9    to his family, playing on the cultural, you have to be buried

10   within a certain amount of time, even though he was Christian.

11   Q.   Now, this conversation you were having with Fati Al-Abedi,

12   who was translating for you during that conversation?

13   A.   Alexander was talking to him, translating for us, and then

14   we also had DOD Operator 2 there who also spoke.  So we had two

15   high-level Arabic speakers there.

16   Q.   And with respect to Mr. Fati Al-Abedi, did you see him do

17   anything consistent with your request that he go retrieve the

18   ambassador's body?

19   A.   He sent a vehicle, or a vehicle left.  So he seemed to be

20   doing what we asked.

21   Q.   Now, at some point later, did another vehicle return?

22   A.   At some point, a white Hilux pulled up.  In the back there

23   was a body on a backboard like you see in a normal hospital in

24   the United States, covered by a tarp.  I was on the phone with

25   the boss of the country because he was on the phone with D.C.

1    DOD Operator No. 1 jumped in the back of the Hilux pickup truck,

2    pulled the tarp back.  I know Ambassador Stevens.  So did No. 1,

3    2, and the Benghazi TL, and I positively identified him as Chris

4    Stevens, and that he was KIA, and I told the boss of the country

5    on the phone.

6    Q.   And after that point, did your forces, your group, recover

7    Ambassador Stevens' body from the truck?

8    A.   Yeah.  We had him at that point.  He was ours.

9    Q.   Now, specifically, this truck that came back, you said

10   it was a white Hilux.  Can you describe for the ladies and

11   gentlemen what a Hilux truck is?

12   A.   It's a much better version of a Toyota Tacoma that runs

13   off of just about anything.

14   Q.   Did you know the individuals who were driving the truck?

15   A.   They were just standard militia guys.

16   Q.   Did they appear to be Libyan?

17   A.   North African, Libyan, yeah.

18   Q.   Did you recognize any of them?

19   A.   No.  Just militia guys.

20   Q.   Did you personally have conversations with any of the

21   folks who were returning the ambassador's body?

22   A.   I did not.

23   Q.   Did the truck that they came back in have any identifying

24   marks on it?

25   A.   It did.  It had typical militia markings.

1    Q.    Okay.  And could you read those markings yourself?

2    A.    I couldn't, but I was told it was Dar Libya 1 by people

3    who could.

4    Q.    Now, later, after you recovered the ambassador, did your

5    ride arrive?

6    A.    At some point, the C-130 landed and it taxied to the wrong

7    side of the runway, to the military side, because they're

8    very -- even though Gaddafi's gone, they're very stuck in the

9    old ways.  We moved the KIA over to the aircraft.  I had a

10   conversation with that pilot and said I wanted to go to Tripoli

11   International Airport, and we had a disagreement.  He wanted to

12   fly to Mitiga because he's responsible for the aircraft and the

13   aircraft's home is Mitiga.  After some period of time, he said,

14   yes, I will fly you to Tripoli International Airport.

15   Q.    And your group, the Americans who were on the tarmac with

16   you, what happened to them?

17   A.    We gave vehicles away at some point, and we loaded the KIA

18   onto the bird and flew out of Benghazi.

19   Q.    You said you gave the vehicles away.  Are we talking about

20   the vehicles that had gotten your team to the airport?

21   A.    Basically, all the vehicles from the Annex that we drove,

22   yeah.

23   Q.    Who did you give them to?

24   A.    Random militia guys.

25   Q.    Including Mr. Fati Al-Abedi?  Or not sure?

1    A.    Not sure.  Was sure later down the road --

2    Q.    Well, just on that day, do you recall specifically --

3    A.    That day, yes, we just gave them to guys on the ground.

4    Q.    Now, was there any kind of arrangement, to your knowledge,

5    any kind of monetary arrangement of, you take us to the airport

6    and you'll get the cars, or was that --

7    A.    No.  No.  It was, "Take the cars."  I mean, guys like us

8    don't typically make decisions like that.  It feels good every

9    once in a while to do that with U.S. tax dollars, like here,

10   have it.

11   Q.    After you got on the C-130 -- let me ask you, at the point

12   when you're on the C-130, to your knowledge, are all the U.S.

13   government personnel with you on that plane?

14   A.    We had a headcount of all the living and the four KIA were

15   on the back ramp.  We took off, and the crew chief served us

16   coffee.

17   Q.    Tell me about this plane you were on, the C-130.

18   A.    It was a C-130 that was probably purchased from the U.S.

19   government in the '80s and probably hadn't had maintenance since

20   the '80s.  And I made the joke to Tanto that this is how we die,

21   we make it through this and then we're going to crash into the

22   desert on this old plane.

23   Q.    But did you make it back to Tripoli?

24   A.    Yes.

25   Q.    When you got back to Tripoli, who was waiting for you?

1    A.   So when the ramp went down, the first thing I saw was the

2    logistics officer for us in the back of a flat-bed truck,

3    backing the truck up to the ramp of the aircraft and directing

4    our ███████████████      personnel ████████████████████████████

5    ██████████, tasking them to do stuff, help people off the plane.

6    He was securing the KIA.

7    Q.   The logistics officer, was he someone you knew before?

8    A.   Yes.  I worked with him.

9    Q.   Generally what was his job?

10   A.   He was a first-tour guy.  It was probably his first tour

11   after -- the first thing he did after EOD'ing, his job was

12   responsible for everyday living in support of our organization,

13   from toilet paper to printer paper to food.  Logistics.

14   Q.   You said EOD.  What does that mean?

15   A.   His first day of work.

16   Q.   Entry on date?  Does that sound right?

17   A.   Yes.

18   Q.   What did the logistics officer say to you when you got to

19   the tarmac?

20   A.   So he was in the zone, he was doing his thing, facilitating

21   all the guys who were still on the bird, the KIA.  He threw me

22   some keys, and he said that you, the GRS TL, DOD Operator 1

23   and 2, have a video teleconference with the White House in

24   45 minutes.  The vehicle was not even ours.  It was one of the

25   embassy vehicles.  I jumped in the driver's seat, the other

1    three guys jumped in and we drove to our place there in Tripoli.

2    And he did tell me that he was taking the four KIA to Al-Jala

3    Hospital because there was a morgue and that the U.S. military

4    was coming to get those bodies.  It's also the same hospital

5    that the wounded went to.

6            MS. SEIFERT:  Thank you.  No other questions.

7            THE COURT:  All right.  Ladies and gentlemen, we're

8    going to take our afternoon break.  Why don't we take about 10

9    minutes and reconvene at 3:40, 3:45.

10        (Jury out at 3:29 p.m.)

11            THE COURT:  Mr. Peed or Mr. Clinton, how long do you

12   think you have?

13            MR. CLINTON:  10 minutes, I think, Your Honor.  Not

14   that long.

15            THE COURT:  All right.  I figured we'd take a break.

16        (Recess from 3:30 p.m. to 3:43 p.m.)

17            MS. SEIFERT:  Your Honor, I had just a couple more

18   questions to ask the witness.  If I could re-open and then pass

19   the witness.  And if we could just approach about one issue.

20        (Bench conference.)

21            MR. PEED:  We were going to ask him if he was involved

22   or aware of the process where Mr. Al-Abedi got a certificate of

23   appreciation for his work on that night.  The government doesn't

24   know if it's classified.

25            THE COURT:  He got a certificate of appreciation?  Is

1    that what you said?

2              MR. PEED:  From the U.S. government.

3              MS. SEIFERT:  Do you know who it's from?  That would

4    help me.

5              MR. CLINTON:  It just says U.S. diplomats, the

6    article.  Just want to see if he knows about it.  I don't have

7    any reason to think it's classified.

8              MS. SEIFERT:  Could you at least ask more generally?

9    Like if he knew after the fact -- whether he after the fact gave

10   Mr. Fati Al-Abedi anything thanking him?

11             MR. CLINTON:  I can ask that.

12             MS. SEIFERT:  And then he can say if he knows?

13             MR. CLINTON:  We have no reason to think it's

14   classified.

15             THE COURT:  Ask him if he knows.

16             MS. SEIFERT:  Thank you, Your Honor.

17             MR. CLINTON:  Thank you, Your Honor.

18        (End of bench conference.)

19        (Jury in at 3:50 p.m.)

20             THE COURT:  Please be seated, everyone.  Ladies and

21   gentlemen, I believe Ms. Seifert may have a few more questions

22   before she passes the witness.

23   BY MS. SEIFERT:

24   Q.   Mr. Edwards, just wanted to clarify one point about your

25   earlier testimony.  If I might have displayed to the jury 304-5.

1    And this is the video at 3 -- the timestamp is 3:15:21.

2         When you left the airport in Benghazi on your way to the

3    Annex, at that time how many cars did Mr. Al-Abedi have at your

4    disposal for the transfer to the Annex?

5    A.   We were in three vehicles.

6    Q.   Three vehicles.  Now, you can see on the screen on 304-5,

7    there's a fair amount of more vehicles here.

8    A.   Yeah.

9    Q.   When in the process of moving from the airport to the Annex

10   did those vehicles join your convoy?

11   A.   I don't have -- along the way, for sure.  There were some

12   vehicles with us when we got hard-stopped at the checkpoint, but

13   I don't remember that many vehicles.  So it's their city.  He

14   might have been directing.  I don't know how all those vehicles

15   came in.  Initially, it was three vehicles and a couple other

16   vehicles in trail.

17   Q.   And the vehicles that had amassed with you by the time you

18   got to the Annex, do you recall what types of vehicles those

19   were?

20   A.   Technicals.

21   Q.   What do you mean by technicals?

22   A.   Hilux pickup trucks with weapons, anti-aircraft guns, big

23   guns mounted in the back.  Typical militia type vehicles.

24        MS. SEIFERT:  Okay.  No other questions.  Thank you,

25   Your Honor.

```
 1                           CROSS-EXAMINATION

 2      BY MR. CLINTON:

 3      Q.   Good afternoon, sir.  You testified that when you landed in

 4      Benghazi there were several militia people sort of milling

 5      about.  Correct?

 6      A.    Initially, there was nobody.  It was just crickets.  And

 7      then they started to amass.

 8      Q.   They just kind of started trickling in in different --

 9      A.    Correct.

10      Q.   Was it your understanding that the different militias at

11      the time had very defined boundaries between groups, or was it

12      just sort of fluid?

13                MS. SEIFERT:  Objection, Your Honor.  Hearsay.

14      BY MR. CLINTON:

15      Q.   What was your understanding at the time?

16      A.   You want to know my understanding of the militia?

17                MS. SEIFERT:  Same objection.

18                THE COURT:  Sustained.

19      BY MR. CLINTON:

20      Q.   Did your understanding of the militia inform your actions

21      on the night and the morning of September 11, September 12 of

22      2012?

23      A.   Since the Libyan National Army, or the ministry of defense

24      did not show up, we had to look for support from elsewhere, and

25      assess that on the fly.
```

1    Q.   And you had to make a lot of different calculations in a

2    very difficult circumstance.  Right?

3    A.   It's kind of business as usual for us for the most part,

4    other than the fact of the ambassador missing, but yes, this is

5    what we do.

6    Q.   Americans were in danger?

7    A.   Correct.  The American was in danger.

8    Q.   The American ambassador, the U.S. national asset was in

9    danger.

10   A.   Correct.

11   Q.   And those who were doing their very best to protect him

12   were also in danger.  Right?

13   A.   Correct.

14   Q.   And you had to take the information that was available to

15   you to make difficult choices about who to trust and who not to

16   trust.  Right?

17   A.   Correct.

18   Q.   And did your understanding about the militias inform the

19   choices that you made that night?

20            MS. SEIFERT:  Same objection.

21            THE COURT:  Approach, counsel.

22        (Bench conference.)

23            MR. CLINTON:  Your Honor, if we look at the

24   transcript, the question Ms. Seifert asked him was are you

25   familiar with all of the militias, and his answer was yes.  And

she also elicited a lot of testimony about the different

militias.

THE COURT:  He's testified generally about people

coming in and out and not knowing who's who.  He has not said he

has any knowledge of particular militias or who they are, except

for being told that Libyan Shield was on the logo and that's who

he thought he was dealing with.  He's not testified about any

specific firsthand knowledge about who these different militias

are or what their role is.  Is that not correct?

MR. CLINTON:  Well, if asked the question -- he hasn't

answered the question yet, Your Honor, but why would he trust

Libya Shield 1, did he know anything about Libya Shield 1 at the

time.

THE COURT:  You can ask him whether he knew anything

about Libya Shield 1, what he knew about Libya Shield 1.

MR. CLINTON:  Right.  And he was asked, are you

familiar with all the militia, and he indicated yes.

MS. SEIFERT:  I just want to be clear, when he said

that there were multiple groups that were there, I then asked

him, were you familiar with the militias because I was trying to

draw out that the -- the militias who were there.  He then said

I was not familiar with who they were.  Not background in

general, I mean stuff about militias generally before I got

boots on the ground.  What I was trying to get to with the

witness, and I think we did get there, was that the people at

1    the airport on the ground, he did not know who, which militias

2    they were from.  That they appeared to be from different

3    militias, and they did not appear to be together, but when Fati

4    Al-Abedi came, they all appeared to respect him.  That's how I

5    understood the testimony.

6         THE COURT:  So what do you want to establish?

7         MR. CLINTON:  There are really two things I want to

8    get from this witness on this topic, Your Honor.

9         THE COURT:  I can't really hear you.

10        MR. CLINTON:  I'm sorry.  One is I just want to ask

11   what he understood or knew about Libya Shield 1 at the time, and

12   what he observed and what he knew about them, and why he chose

13   to trust them as opposed to the other militias he was dealing

14   with.

15        And then, counsel for the government elicited questions

16   about his general understanding about militias.  And at the last

17   trial he did testify to things about, you know, militias project

18   power, some militias are just two guys with an AK, some of them

19   are very large.  So I just want to ask general questions about

20   his understanding of militias that would have informed his

21   decisions that night about who to trust.  And I want to be

22   careful not to go into classified --

23        THE COURT:  Well, it's not so much classified.  It's

24   more the hearsay issue.  On the first question, you can ask him

25   why he trusted Libyan Shield; what he knew about Libya Shield at

1   the time that led him to deal with them.  I think that's fair.

2     With respect to his knowledge of other militias, it's got

3   to be based on his personal knowledge of having observed them

4   while in Tripoli or while in Benghazi.

5         MR. CLINTON:  Okay.  I'll establish the foundation for

6   personal knowledge at the time.

7         THE COURT:  Okay.

8         MR. CLINTON:  My concern, and I'm just going to --

9         MS. SEIFERT:  Your Honor, I just -- I'm sorry.  I do

10   not think we went here.  I was very careful with this witness --

11         THE COURT:  So this is a scope objection, not a

12   hearsay objection.

13         MS. SEIFERT:  Well, it's both because if we're going

14   beyond the scope, that's how we're getting into the hearsay of

15   what he knew before he got there and what his other experiences

16   were with militias.  And again, he is not a local Benghazi

17   agent, so he is not looking at those groups.  So anything he

18   knows about them --

19         THE COURT:  You can clean that up.  You can clean that

20   up.  He can testify based on his own personal knowledge and

21   observations who the people were at the airport and what's his

22   understanding of militias that were there.

23         MR. CLINTON:  Okay.

24         THE COURT:  Okay.

25         MS. SEIFERT:  I just -- again, I just want to be

clear, the government's objection is that what I see happening here is defense is trying to bring in essentially expert militia testimony through this witness, and I was very careful not to open that up.

THE COURT:  He's not an expert.  I think that came through.

MR. CLINTON:  Thank you, Your Honor.

(End of bench conference.)

MR. CLINTON:  Thank you, sir.

BY MR. CLINTON:

Q.   I just want to be clear that when I'm asking you these questions, I'm really asking about your personal observations and your knowledge, not information that you may have heard through other sources.

So at the time that you were there in the airport, what did you know based upon your personal experiences or personal observations about Libya Shield 1, for example?

A.   I was aware of Libya Shield 1.

Q.   And what opinions, if any, had you formed about Libya Shield 1?

MS. SEIFERT:  Objection, hearsay.

BY MR. CLINTON:

Q.   Again, based on your personal observations and experiences.

A.   You want my opinions about the east?

THE COURT:  What is the east?

1            THE WITNESS:  The eastern part of --

2            THE COURT:  He didn't ask you about the east.  Just

3    about Libya Shield 1 based on what you've seen.

4            THE WITNESS:  That's an eastern militia, though.

5            THE COURT:  Okay.  But it's not the only eastern

6    militia.

7            THE WITNESS:  No.  There's several.

8            THE COURT:  So stick to --

9            MR. CLINTON:  So my question was -- my current

10   question --

11           THE COURT:  And if the answer is you don't know

12   anything, then that's the answer.

13           MR. CLINTON:  I'll ask the question again.

14   BY MR. CLINTON:

15   Q.   So based on your personal observations and experiences,

16   what opinions, if any, had you formed about Libya Shield 1?

17   A.   Libya Shield 1 was one of the militias that the ministry of

18   interior was trying to bring into the fold under the new

19   government.

20           MS. SEIFERT:  Objection.  Hearsay.

21           THE COURT:  Approach.

22       (Bench conference.)

23           MR. CLINTON:  I don't know what else I can do to ask

24   about his personal observations and experiences.

25           MS. SEIFERT:  I think he can ask questions like this:

1    Were you based in Benghazi?  Did you have personal experiences

2    with Libya Shield 1 in Benghazi before you came there?

3              MR. CLINTON:  I did ask --

4              MS. SEIFERT:  You did not ask those questions.

5              THE COURT:  Stick to that.  He doesn't get it.  Stick

6    to that.

7              MS. SEIFERT:  Again, and this information has already

8    been elicited by defense through another person who has

9    firsthand knowledge.  We did not object to it coming in.  Again,

10   this is like a back-door entry of the same information.  They

11   can call their own expert on Libya that they said they wanted to

12   call to try to elicit this information.  But getting it out of

13   hearsay from a CIA case officer --

14             THE COURT:  Let's stick to what he saw or heard at the

15   airport.

16             MR. CLINTON:  Just to make a record, Your Honor.

17             THE COURT:  I agree with Ms. Seifert that --

18             MR. CLINTON:  I'd like to make a record on this then,

19   Your Honor.  The government has elicited this kind of testimony

20   from all of their witnesses.  They've elicited the same fact

21   testimony from dozens of witnesses.  It's important to the jury

22   to hear certain testimony from certain witnesses.  This is a

23   government witness, he's very experienced, and I'm asking about

24   his personal experiences and observations.  I've asked him

25   multiple times.  I've been very clear, don't tell me about

1    things you learned from other sources, just based on your

2    personal experiences and observations.  If I can't ask that

3    question --

4              THE COURT:  But he's not answering on that basis.

5              MR. CLINTON:  He was about to.

6              MS. SEIFERT:  No, he was answering questions about

7    what the Libyan government was doing, which he can only know

8    through hearsay.

9              MR. CLINTON:  I don't know that that's true.

10             THE COURT:  Counsel, your objection is noted.  Move on

11   to the airport.

12             MR. CLINTON:  Okay.

13        (End of bench conference.)

14   BY MR. CLINTON:

15   Q.   Prior to September 11th and 12th of 2012, had you spent any

16   time in Benghazi?

17   A.   I had been to Benghazi.  I hadn't spent sufficient time in

18   Benghazi.

19   Q.   Had you interacted in any way with the militias in

20   Benghazi?  Without going into classified details or anything

21   like that, just yes or no.

22   A.   Yes.

23   Q.   And based upon your time at Benghazi and your personal

24   experiences with the militias, did you form any general opinions

25   about the militias in Benghazi?

1    A.    The militias in Benghazi were less likely to be trusted.

2    Q.    And why is that?

3    A.    It's where the revolution started, and mostly --

4           MS. SEIFERT:  Objection, Your Honor.

5           THE COURT:  I'll allow it.

6           THE WITNESS:  That's the main reason.

7           MR. CLINTON:  I didn't hear the full answer.

8           THE WITNESS:  It's where the revolution started, in

9    Benghazi.  Benghazi was always -- and Derna, that area in the

10   east was always historically the more Salafist leaning part of

11   the country.

12   BY MR. CLINTON:

13   Q.    And based upon your previous time in Benghazi, had you

14   formed any opinions at all about Libya Shield 1?

15   A.    No.

16   Q.    So had you formed any opinions, based upon again your

17   personal experiences in Benghazi, about whether militias had

18   strict boundaries between groups?

19   A.    I was aware that militia members bounced between groups

20   occasionally.

21   Q.    And sometimes they'd be members of two groups at the same

22   time?

23   A.    Potentially.  I would imagine.

24   Q.    Did you have any personal observations or experiences that

25   caused you to believe that sometimes the members of militias did

1   not follow the orders of their superiors?

2           MS. SEIFERT:  Objection.  Hearsay.

3           THE COURT:  Sustained.

4   BY MR. CLINTON:

5   Q.   Again, I'm asking about your personal observations and

6   experiences.  In your personal observations and experiences in

7   Benghazi, did you ever observe subordinates in militias

8   disobeying the instructions of their superiors, such as it would

9   be, under the militia structure?

10  A.   In Benghazi, no.

11  Q.   And when you observed those militias at the Benghazi

12  airport, they were all dressed differently?  Is that fair to

13  say?

14  A.   There's not a standard uniform.

15  Q.   There were a lot of Tupac T-shirts?

16  A.   Yeah.  You read that, huh?  Yes.  That's very common.

17  Paramilitary, some article of military-type clothing, an AK-47,

18  some type of T-shirt, Manchester United, Tupac, whatever,

19  because this is not -- this is still North Africa.

20  Q.   So in general, at the time you were there, it would be very

21  difficult to tell from appearances which militia somebody

22  belonged to?

23  A.   Short of the emblems on the vehicles, no.

24  Q.   And you had given a lot of testimony about Fati Al-Abedi.

25  A.   Mm-hmm.

Q.   And when he first came up to you, he introduced himself as
being with Dar Libya 1?

A.   Mm-hmm.

Q.   And then he said his boss wanted to talk to you.  Right?

A.   Correct.

Q.   And then you spoke to his boss?

A.   A few times.  Three to five times.

Q.   And at the time you were considering taking a bus to the
hospital to try and save the ambassador, if he was --

A.   Stealing a bus, yes.

Q.   Stealing a bus?

A.   Yes.  It was not -- they were not -- we were going to
commandeer the bus.

Q.   And you did anticipate that if you took that course of
action, you were very likely to get in a fight?

A.   All courses of action, in my assessment, it was a push to
contact regardless, because of the militia that was at the
hospital.

Q.   You expected that no matter what you did, in light of what
had already happened that night, you were likely to get in a
fight?

A.   We were going to rescue the U.S. ambassador.

Q.   And when you spoke to the leader of Libya Shield 1 on the
phone, I think you said his tone of voice was kind of gruff with
you?

1    A.    He was upset we were there.

2    Q.    He was upset that you were there at the airport?

3    A.    Yes.

4    Q.    And he said, I will never let you go to the hospital.

5    Right?

6    A.    Correct.

7    Q.    But you felt in listening to him that maybe he was trying

8    to protect you by saying that.  Right?

9    A.    Potentially.  I don't know.  I can't speak to what his

10   intentions were, but potentially.

11   Q.    Even when you're talking with somebody, you can never

12   really know what they mean or what they know.  Right?

13   A.    Of course.  But there are cultural nuances too under the

14   Arab culture.  When you're under the protection, therefore -- I

15   was with Fati, therefore, we were under his protection

16   culturally.

17   Q.    And that you felt that based upon the tone of voice and the

18   interactions and your interactions with Fati, you concluded

19   based on this sort of general feeling that maybe he was really

20   just trying to protect you.  Right?

21   A.    Not necessarily.  We didn't know.  We were trying to assess

22   it at the time.  I don't know if he was trying to protect us,

23   trying to help us.  We were trying to discern if he was going to

24   help us.  He eventually ended up helping us.

25   Q.    So you ultimately made the choice to trust him?

1    A.    We didn't have many choices that night.

2    Q.    And Libya Shield, which the local group of Libya Shield was

3    led by Fati Al-Abedi.   Right?

4    A.    He was definitely in charge.

5    Q.    And they accompanied you to the Annex.

6    A.    Correct.

7    Q.    And then you ran into a checkpoint.

8    A.    Correct.

9    Q.    And you don't know the militia that stopped your caravan.

10   Right?

11   A.    I just know they didn't like the militia we were with.

12   Q.    And this militia, did it appear to you that they were just

13   trying to project power?

14   A.    In my experience in the west, when militias fight --

15          MS. SEIFERT:  Objection, Your Honor.

16          MR. CLINTON:  I can ask a foundational question,

17   Your Honor.

18          THE COURT:  Yeah, rephrase.

19   BY MR. CLINTON:

20   Q.    Did your experience with the militias in the west inform

21   the decisions that you made on September 11th and 12th of 2012?

22          MS. SEIFERT:  Objection, Your Honor.  May we approach?

23          THE COURT:  You may.

24       (Bench conference.)

25          MS. SEIFERT:  Again, he is -- I understand where

1    counsel's going, but I think that he can be confined to ask what

2    was it about your interaction with the militia that day that

3    appeared to you that they were projecting power?  What did they

4    do?  What did they say?  That's appropriate.  You don't have to

5    ask him what his background is that gave him all the cultural

6    nuances to help him know.  Just ask him the factual question.

7            MR. CLINTON:  I'm not asking any specifics,

8    Your Honor.  I don't know how else I can -- these are basic

9    questions:  What is it about what you saw and your background

10   and training, without going into any details.  I drew

11   conclusions, and these conclusions were formed on something.

12           THE COURT:  Stick to the factual questions about what

13   he saw at the airport.  Okay?

14           MR. PEED:  He can make lay opinions based on what he

15   observed -- his opinions based on his background and experience.

16   I think the west and the east are close enough with the

17   Libyan --

18           THE COURT:  I've ruled.

19           MR. CLINTON:  I just want to, for the record, Your

20   Honor, this rule has not been applied evenly between the defense

21   and the government in this case.

22           THE COURT:  Noted.

23        (End of bench conference.)

24   BY MR. CLINTON:

25   Q.   What was it, based upon your observations of the militia

1    that stopped your caravan, that caused you to believe that they

2    were projecting power?

3    A.   It was pretty much guns up between the two militias.

4    Q.   And is there a difference between projecting power and

5    actual power?

6    A.   Does it matter when you have 17-year-olds with AKs in a

7    heightened state?  You don't -- never know what's going to

8    happen.  So...

9    Q.   Was it your understanding based on those interactions and

10   your other interactions in Benghazi that the various militias

11   were essentially vying for power between one another?

12   A.   For the most part.

13   Q.   You talked on your direct about this concept of *wasta*.

14   A.   Yes.

15   Q.   Can you explain what that is?

16   A.   It's an Arabic word.  It basically means "clout" or an

17   elder, or the one in charge.

18   Q.   And how does one go about gaining clout?

19   A.   Sometimes it's age, sometimes it's position and power.

20   Q.   Or the perception of power.  Correct?

21   A.   If I had more technicals than you, I have power.

22   Q.   Now, you got to the Annex with Fati and others, and Fati

23   came inside Building 3 with you.  Correct?

24   A.   Because I had to pay Fati his due respect and introduce him

25   to the boss.

Q.   And Fati was there when Building 3 was receiving mortar fire.  Correct?

A.   He was there, and he was on the phone.

Q.   And he seemed scared?

A.   At first I assessed that he was calling in the mortars, but then, after I took the phone from him, I assessed him to be scared.

Q.   And did you change your opinion about whether he had called in the mortars?

A.   From the look of fear in his face, yes.  He wanted out of that situation.

Q.   It would be very strange for someone to call in mortars on their own head basically, right?

A.   Absolutely not.  I mean, if you're going to walk into a cafe and cook off in a suicide vest, why wouldn't you call in mortars?

Q.   Now, when you returned to the Annex, or before you returned to the Annex, based on your perception, you believe it was Libya Shield 1 again that returned to the Annex to take you to the airport.  Right?

A.   Yes.  They were obviously under Fati's control.

Q.   And one of the Arabic language specialists, I believe it was Mr. Charles, overheard a conversation --

A.   Correct.

Q.   -- discussing the ambassador's body?

1    A.   Correct.

2    Q.   -- at the hospital.  And you had a discussion with Fati at

3    that time?

4    A.   We had a discussion with our main body, as far as myself,

5    the GRS TL, Mr. Alexander, DOD 1 and 2, and then we brought Fati

6    into the conversation.

7    Q.   And Fati personally offered to take you, to escort you to

8    the hospital?

9    A.   He did, yes.

10   Q.   And you said that's not a good idea?

11   A.   Not with a diminished force.

12   Q.   And then Fati sent a single Hilux truck to the hospital.

13   A.   Correct.

14   Q.   And then that same truck returned later with the

15   ambassador's body.

16   A.   Correct.

17   Q.   Were you involved in any process to express appreciation to

18   Fati after September 11th or 12th?

19   A.   I met with him several times after that.

20   Q.   And are you aware of whether the U.S. government in any

21   official nonclassified setting provided any token of

22   appreciation for what he did on September 11th and 12th?

23   A.   Not in my presence.  He was never paid money.

24        MR. CLINTON:  Court's indulgence.

25        No further questions.  Thank you, sir.

1          THE COURT:  Ms. Seifert?

2          MS. SEIFERT:  Brief indulgence, Your Honor.

3          (Government counsel conferring.)

4                    REDIRECT EXAMINATION

5    BY MS. SEIFERT:

6    Q.   Mr. Edwards, you said you didn't have a lot of choices that

7    night?

8    A.   Correct.

9    Q.   So between Mr. Fati Al-Abedi and I guess stealing this bus

10   from the guy who's checking the passport, neither of those were

11   great options for you.

12   A.   Neither one.

13   Q.   So among your choices, you made a decision to trust Fati

14   Al-Abedi.  And did you trust him wholly?

15   A.   Never.  We just had to leverage the force on the ground

16   that was willing to help us.

17   Q.   And were you concerned about the motivations of Mr. Fati

18   Al-Abedi?

19   A.   Absolutely.

20   Q.   Why were you concerned about his motivations?

21   A.   Because he wasn't one of us.  He was not a coalition or

22   western NATO member.  He was a member of a militia.  So he

23   cannot be totally trusted.

24   Q.   And in needing to get to the Annex, did you have any

25   concerns about bringing a militia to a location of the Central

1    Intelligence Agency?

2    A.   I had obvious concerns about bringing a force to our

3    location, obviously, but at that point we assessed that they

4    were helping.  So we had no other choices.  We had our taskings

5    from the boss at the capital, and we were going to do those

6    taskings, and that's what they pay us for, to assess the

7    situation and do as we see fit in the most tactical and safe

8    manner to mitigate risk.

9    Q.   Was your understanding that the CIA's facility in Benghazi

10   was an overt or a covert location?

11   A.   It was an unknown location, as much as a location with a

12   bunch of westerners living in it could be.  But was there a sign

13   outside --

14           MR. CLINTON:  Objection.  This is beyond the scope,

15   Your Honor.  It's beyond the scope of the cross.

16           THE COURT:  Sustained.

17   BY MS. SEIFERT:

18   Q.   Now, you were asked some questions about militia members

19   and whether they follow orders.  That night, did you see militia

20   members following orders?

21   A.   They seemed to listen to Fati.

22   Q.   Now, you were also asked some questions about just in terms

23   of trying to figure out going to the hospital and taking that

24   bus to the hospital.  So why was it that going to the hospital

25   was a concern for you?

1   A.   Because of the militia that was protecting the hospital.

2   Q.   And at that time, were you concerned that your force and

3   that militia force would get in a fight?

4   A.   I knew it for -- in my opinion -- absolute fact.  For other

5   reasons I can't discuss.

6   Q.   Okay.

7          MR. CLINTON:  Object to the hearsay, Your Honor, and

8   move to strike.

9          THE COURT:  Hold on.

10      Overruled.

11         MR. CLINTON:  May we approach, Your Honor?

12         THE COURT:  You may.

13      (Bench conference.)

14         MR. CLINTON:  I just want to make sure I understand

15   the rationale, Your Honor.  He's being allowed to offer

16   testimony about information that we've never received and we

17   have no ability to cross.  That's the kind of hearsay --

18         THE COURT:  It's a scope objection?

19         MR. CLINTON:  No.  She asked, how did you know about

20   the militia at a place you weren't at?

21         MS. SEIFERT:  No.

22         MR. CLINTON:  What did you know they were going to do?

23   I knew for a fact they were going to attack me based on

24   information I can't state.

25         THE COURT:  He testified on direct that the militia

was hostile.  And that's why he didn't want to go to the
hospital.

MR. CLINTON:  It's hearsay.  He didn't observe
anybody --

THE COURT:  It's already on the record.  It's already
in.

MR. CLINTON:  I objected now to this hearsay.  With
this hearsay -- how is it not hearsay?  He said there was a
militia guarding the hospital.  Fine.  He doesn't know anything
about whether that militia was hostile, whether they were going
to attack him.  He was concerned about an attack.  That's all
his personal knowledge.  He heard there was a militia.

THE COURT:  Counsel.  I'll sustain the objection.
It's already on the record.

MS. SEIFERT:  That's fine.  I was responding to the
question about -- when he said there was a push to contact, and
just what that meant, push to contact at the hospital.  He was
asked that question on cross.

THE COURT:  Is there a contact --

MS. SEIFERT:  He was asked on cross about
commandeering the bus.  And his response was there was a push to
contact regardless of where we were going.  And I was just
asking about what push -- I was trying to clarify what he meant
when he said on cross-examination "push to contact."

MR. CLINTON:  And my understanding of his answer was

he believed there was going to be a fight no matter where he

went.  That's a belief based on his personal feeling at the

time.  Not based on secret classified information that's hearsay

that we can't --

        MS. SEIFERT:  I can limit the question and just ask

what he meant when he said push to contact on cross-examination.

I will just make it more clear.

    (End of bench conference.)

BY MS. SEIFERT:

Q.  Now, on cross-examination, you were asked a question by

counsel, and you said you were concerned about a push to

contact.  Do you remember using that phrase?

A.  Mm-hmm.

Q.  What do you mean when you say "push to contact"?

A.  Based on my opinion of the militia that was guarding that

hospital --

        MR. CLINTON:  Objection.  No foundation for his

opinion on the other militia.

        THE COURT:  Sustained.

        THE WITNESS:  I can explain the push to contact.

BY MS. SEIFERT:

Q.  Just the phrase.  When you said push to contact, what did

you mean by that?

A.  You are driving to get into a fight.

Q.  So push to contact means that no matter what happens,

1    you're fighting?

2    A.   Or walking to get into a fight.  However you get there.

3    Q.   And you were asked some questions about your experience,

4    and I believe you mentioned the term Salafist militias.  Can you

5    tell the jury what you meant by that term or what that term

6    means?

7    A.   It's a sect of Islam that is more stringent-leaning towards

8    their version of the Koran.

9    Q.   And the question you were asked about was about militias in

10   the -- I believe it was militias in the east.

11   A.   Or the Benghazi area.

12   Q.   In Benghazi.  Okay.  And that was your understanding about

13   certain militias in the east?

14   A.   Yes.

15   Q.   Okay.

16          MS. SEIFERT:  No other questions, Your Honor.

17          THE COURT:  All right, ladies and gentlemen,

18   Mr. Edwards is our last witness for today.  So we're going to --

19          MR. PEED:  Could we approach just really quickly,

20   Your Honor?

21      (Bench conference.)

22          MR. PEED:  I'm sorry to interrupt, Your Honor.  I just

23   wanted to request an instruction.  And where the Court was

24   going, sounded like dismissing the jury first.  The name "Fati

25   Al-Abedi" did not come up in the prior trial.  It's the same

1    last name as a witness, so I couldn't have anticipated that that

2    would be relevant to the story.

3           THE COURT:  But they're not related.

4           MR. PEED:  They're not related, and I would like an

5    instruction that pseudonyms used in this case are -- I don't

6    know if random is the right word.  But the fact that a witness

7    has the name Abedi does not imply any relationship to the person

8    that was heard.  I think it's especially important because the

9    stories are very, very overlapping here about getting the

10   ambassador's body to the person who used the pseudonym Abedi,

11   said he brought the ambassador's body, and the testimony that

12   someone named Fati Al-Abedi requested -- you know, sent the

13   truck.  And it's just not something we could have predicted

14   because we didn't know this name was going to be used.

15          MS. SEIFERT:  He did spell it for the jury, and it is

16   spelled totally differently.

17          THE COURT:  It's a fair request.  I'll instruct them.

18       (End of bench conference.)

19          THE COURT:  All right, ladies and gentlemen.  You just

20   heard testimony concerning a Mr. Fati Abedi.  If you will

21   recall, there was a witness earlier in the trial who testified

22   under a pseudonym whose last -- the last name of the pseudonym

23   was Ubaydi.  The spellings may be different, but those two

24   names -- the pseudonym was selected without reference to the

25   Mr. Abedi that you just heard about.  So you are not to assume

1   that they are the same person or from the same family.  Okay?

2   Is that fair?

3        All right.  So Mr. Edwards is our last witness today.  As

4   usual, we will not be holding trial on Friday, and Monday is a

5   holiday.  So we will see you at 9 a.m. on Tuesday morning.  You

6   will be glad to know that the parties have estimated that we are

7   on track with the schedule that we advised you of at the

8   beginning of trial, if not a little bit ahead.

9        So we're getting there.  Have a great long weekend, be

10  safe, enjoy the holiday.  No discussions about the case, no

11  research about the case.

12        (Jury out at 4:23 p.m.)

13        THE COURT:  Okay, sir.  You're excused.  Why don't you

14  sit in the jury box for the time being.

15        (The witness steps down.)

16        THE COURT:  All right.  Have a seat.

17        All right.  On the impeachment with extrinsic evidence

18  issue that we took up this morning, while I don't think the

19  impeachment strictly complied with Rule 613(a), and that the

20  better approach would have been to have the witness confirm with

21  a "no" that he did not discuss with the media or did not tell

22  anyone in the media that Mr. Abu Khatallah seemed surprised, and

23  while the witness should have been confronted with the actual

24  prior statement, I think there is some flexibility in the rule.

25  And it's clear to me at least and I think the jury took away

1    from the testimony that he denied, or at least wasn't -- or

2    didn't recall talking with the reporter specifically, talking to

3    the media generally about the Khatallah phone call or saying

4    that Khatallah seemed surprised.

5        So I think there is an inconsistency between the testimony

6    and the purported statement in the article.  And so I will allow

7    him to be impeached with extrinsic evidence in the person of

8    Mr. Kirkpatrick, and will authorize a subpoena to

9    Mr. Kirkpatrick.

10        Now, that being said, seems to me there ought to be a way

11    to stipulate to facts that would avoid the need to call

12    Mr. Kirkpatrick.  But I can't force you all to do that.  And

13    you'll have an opportunity to recall the witness if necessary.

14    All right?

15        MS. SEIFERT:  That's fine, Your Honor.  I would renew

16    the government's request that to the extent documents are going

17    to be used for impeachment purposes, that the government be

18    receiving at the time of the impeachment the entirety of the

19    document that the witness is being impeached with.

20        THE COURT:  Yes.  And I'll read, Mr. Peed, from Rule

21    613(a).  "When examining a witness about the witness's prior

22    statement, a party need not show it or disclose its content to

23    the witness, but the party must on request show it or disclose

24    its contents to an adverse party's attorney."  Okay?

25        MR. PEED:  And, Your Honor, there was only one

1    sentence that I was asking him about, and I provided that whole

2    statement to the government.

3              MS. SEIFERT:  I think the government's position is

4    clear, but without the entirety of the article, the government

5    was not put on notice that the statement was made by the witness

6    and not a different person.

7              THE COURT:  I think the record reflects what was

8    given, what wasn't given, and what was the statement was.  So we

9    are where we are and I'll issue the order in the form that the

10   defense submitted.

11        All right?  So what do we got tomorrow?  We're going to try

12   to start at 9:30?

13             MS. SEIFERT:  Yes, Your Honor.

14             THE COURT:  Okay.  I have a call at 12:00 and then a

15   hearing at 2:00 in another matter.  So let's try to be as

16   efficient as possible.  I don't think I need to hear the

17   entirety of what might ultimately be the trial testimony.

18             MS. SEIFERT:  Okay.  Thank you, Your Honor.

19             THE COURT:  All right.  Have a good night.  See you in

20   the morning.

21        (Proceedings adjourned at 4:27 p.m.)

22

23

24

25

* * * * * *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify

that the foregoing pages are a correct transcript from the

record of proceedings in the above-entitled matter.


*Bryan A. Wayne*

BRYAN A. WAYNE

**'**

**'80s** [2] - 2774:19, 2774:20

---

**1**

**1** [57] - 2720:13, 2723:20, 2730:15, 2731:1, 2731:4, 2731:7, 2731:13, 2733:20, 2738:16, 2743:19, 2743:21, 2744:5, 2744:7, 2746:13, 2747:21, 2749:16, 2749:19, 2751:17, 2751:19, 2751:21, 2758:16, 2759:3, 2759:8, 2760:24, 2761:12, 2762:16, 2763:1, 2763:5, 2764:20, 2764:25, 2765:13, 2766:11, 2766:22, 2767:10, 2770:8, 2771:1, 2772:1, 2772:2, 2773:2, 2775:22, 2781:12, 2781:15, 2782:11, 2784:17, 2784:18, 2784:20, 2785:3, 2785:16, 2785:17, 2786:2, 2788:14, 2790:2, 2790:23, 2795:19, 2796:3
**10** [7] - 2749:10, 2750:7, 2750:21, 2751:3, 2757:20, 2776:8, 2776:13
**10-digit** [2] - 2750:3, 2750:6
**11** [3] - 2727:13, 2727:17, 2779:21
**11th** [7] - 2717:18, 2726:18, 2726:21, 2787:15, 2792:21, 2796:18, 2796:22
**12** [3] - 2727:13, 2753:1, 2779:21
**12:00** [1] - 2806:14
**12th** [5] - 2726:18, 2787:15, 2792:21, 2796:18, 2796:22
**15** [1] - 2749:10
**15-year-old** [1] - 2765:19
**17** [1] - 2752:15
**17-year-olds** [1] - 2794:6

---

**170-pound** [1] - 2761:8
**18** [4] - 2727:2, 2735:2, 2735:4, 2759:25
**1:00** [1] - 2737:18
**1:17-cr-00213-CRC-1** [1] - 2717:4

---

**2**

**2** [36] - 2730:15, 2731:1, 2731:4, 2733:20, 2736:2, 2736:4, 2736:5, 2747:8, 2749:16, 2749:19, 2751:21, 2753:12, 2759:8, 2759:20, 2760:25, 2761:6, 2761:10, 2761:11, 2761:13, 2761:14, 2761:21, 2762:17, 2763:5, 2764:5, 2764:20, 2764:25, 2765:13, 2766:11, 2767:10, 2771:1, 2771:14, 2772:3, 2775:23, 2796:5
**2's** [1] - 2759:3
**2..** [1] - 2758:16
**20** [1] - 2727:2
**20001** [2] - 2717:18, 2717:23
**2012** [8] - 2726:18, 2726:21, 2727:13, 2727:17, 2753:2, 2779:22, 2787:15, 2792:21
**2019** [2] - 2717:5
**202** [3] - 2717:15, 2717:19, 2717:23
**20530** [1] - 2717:14
**23** [1] - 2717:5
**252-7566** [1] - 2717:15
**27** [1] - 2761:9
**2726** [1] - 2718:3
**2779** [1] - 2718:4
**2797** [1] - 2718:4
**2:00** [1] - 2806:15
**2:01** [1] - 2717:6
**2:13** [1] - 2726:2

---

**3**

**3** [3] - 2778:1, 2794:23, 2795:1
**304-5** [5] - 2752:13, 2753:17, 2757:18,

---

2777:25, 2778:6
**333** [1] - 2717:22
**354-3186** [1] - 2717:23
**36** [1] - 2737:23
**3:04:26** [1] - 2752:25
**3:15** [1] - 2757:19
**3:15:21** [1] - 2778:1
**3:15:42** [1] - 2757:19
**3:15:53** [1] - 2757:23
**3:29** [1] - 2776:10
**3:30** [1] - 2776:16
**3:40** [1] - 2776:9
**3:43** [1] - 2776:16
**3:45** [1] - 2776:9
**3:50** [2] - 2751:8, 2777:19

---

**4**

**4** [2] - 2734:16, 2753:12
**45** [4] - 2730:16, 2731:8, 2733:3, 2775:24
**45-minute** [1] - 2737:17
**4704-A** [1] - 2717:22
**4:00** [1] - 2751:8
**4:23** [1] - 2804:12
**4:27** [1] - 2806:21

---

**5**

**50** [1] - 2737:21
**555** [1] - 2717:14

---

**6**

**613(a** [1] - 2804:19
**613(a)** [1] - 2805:21
**621-1828** [1] - 2717:19
**6th** [1] - 2717:17

---

**7**

**777** [1] - 2717:17

---

**9**

**9** [1] - 2804:5
**90-degree** [1] - 2761:23
**9:30** [1] - 2806:12
**9:50** [1] - 2729:8

---

**A**

**a.m** [1] - 2804:5
**Abedi** [34] - 2742:21, 2743:4, 2743:13, 2743:16, 2743:21, 2744:5, 2744:12, 2745:4, 2745:7, 2749:19, 2750:16, 2754:7, 2764:12, 2764:23, 2765:2, 2770:9, 2771:11, 2771:16, 2773:25, 2776:22, 2777:10, 2778:3, 2782:4, 2789:24, 2792:3, 2797:9, 2797:14, 2797:18, 2802:25, 2803:7, 2803:10, 2803:12, 2803:20, 2803:25
**ABEDI** [2] - 2742:25
**Abedi's** [2] - 2744:1, 2746:15
**ability** [1] - 2799:17
**above-entitled** [1] - 2807:5
**absolute** [1] - 2799:4
**absolutely** [3] - 2749:13, 2795:14, 2797:19
**Abu** [1] - 2804:22
**accepted** [1] - 2719:14
**accidental** [1] - 2770:6
**accompanied** [1] - 2792:5
**accompanying** [2] - 2753:18, 2767:20
**act** [1] - 2741:7
**acting** [1] - 2766:19
**action** [10] - 2738:16, 2738:22, 2738:23, 2747:16, 2747:17, 2747:18, 2747:21, 2747:24, 2790:15, 2790:16
**Action** [1] - 2717:4
**actions** [3] - 2722:9, 2736:17, 2779:20
**active** [2] - 2730:24, 2730:25
**actual** [2] - 2794:5, 2804:23
**ad** [1] - 2769:17
**addition** [1] - 2735:25
**additional** [1] - 2729:21
**adjourned** [1] -

---

2806:21
**admissible** [1] - 2724:12
**admitted** [1] - 2721:25
**adventure** [1] - 2751:4
**adverse** [1] - 2805:24
**advised** [10] - 2727:23, 2730:15, 2731:7, 2733:1, 2736:14, 2739:13, 2747:6, 2766:12, 2770:23, 2804:7
**Africa** [2] - 2741:16, 2789:19
**African** [1] - 2772:17
**AFTERNOON** [1] - 2717:9
**afternoon** [3] - 2726:10, 2776:8, 2779:3
**age** [1] - 2794:19
**Agency** [3] - 2719:6, 2730:4, 2798:1
**agency** [1] - 2726:15
**Agency's** [1] - 2726:13
**agent** [5] - 2725:19, 2740:14, 2740:16, 2769:5, 2783:17
**agents** [4] - 2725:21, 2731:24, 2734:7, 2734:9
**aggressive** [1] - 2765:24
**agree** [2] - 2765:2, 2786:17
**ahead** [1] - 2804:8
**aided** [1] - 2717:25
**air** [2] - 2736:23, 2756:16
**aircraft** [14] - 2733:3, 2736:15, 2736:24, 2737:7, 2737:18, 2738:25, 2746:7, 2765:19, 2769:19, 2769:25, 2773:9, 2773:12, 2775:3, 2778:22
**aircraft's** [1] - 2773:13
**airfield** [2] - 2738:4, 2747:9
**Airfield** [2] - 2736:15, 2736:16
**airport** [34] - 2719:23, 2720:22, 2724:15, 2733:2, 2738:2, 2738:7, 2741:12, 2741:18, 2743:5, 2746:5, 2746:6, 2751:12, 2755:7,

2766:21, 2767:21, 2767:24, 2768:5, 2768:11, 2768:13, 2769:15, 2770:3, 2773:20, 2774:5, 2778:2, 2778:9, 2782:1, 2783:21, 2784:15, 2786:15, 2787:11, 2789:12, 2791:2, 2793:13, 2795:20

**Airport** [5] - 2736:20, 2736:22, 2736:24, 2773:11, 2773:14

**airports** [1] - 2736:21

**AK** [3] - 2741:14, 2770:7, 2782:18

**AK-47** [2] - 2741:15, 2789:17

**AK-47s** [1] - 2741:16

**AKs** [1] - 2794:6

**AL** [2] - 2717:6, 2742:25

**Al** [33] - 2742:21, 2743:4, 2743:13, 2743:16, 2743:21, 2744:1, 2744:5, 2744:12, 2745:4, 2745:7, 2746:15, 2749:19, 2750:16, 2754:7, 2754:12, 2764:23, 2765:2, 2770:9, 2771:11, 2771:16, 2773:25, 2776:2, 2776:22, 2777:10, 2778:3, 2782:4, 2789:24, 2792:3, 2797:9, 2797:14, 2797:18, 2802:25, 2803:12

**al** [1] - 2743:21

**Al-Abedi** [30] - 2742:21, 2743:4, 2743:13, 2743:16, 2743:21, 2744:5, 2744:12, 2745:4, 2745:7, 2749:19, 2750:16, 2754:7, 2754:12, 2764:23, 2765:2, 2770:9, 2771:11, 2771:16, 2773:25, 2776:22, 2777:10, 2778:3, 2782:4, 2789:24, 2792:3, 2797:9, 2797:14, 2797:18, 2802:25, 2803:12

**Al-Abedi's** [2] - 2744:1, 2746:15

**AL-IMAM** [1] - 2717:6

**Al-Jala** [1] - 2776:2

**Alamo** [1] - 2763:20

**alerting** [1] - 2724:23

**Alexander** [13] - 2733:2, 2735:14, 2735:23, 2736:6, 2743:18, 2743:20, 2744:3, 2765:13, 2766:2, 2766:14, 2770:23, 2771:13, 2796:5

**alive** [3] - 2739:9, 2760:9, 2760:20

**allow** [2] - 2788:5, 2805:6

**allowed** [2] - 2725:10, 2799:15

**amass** [1] - 2779:7

**amassed** [1] - 2778:17

**ambassador** [18] - 2728:12, 2728:15, 2738:17, 2738:18, 2739:1, 2739:3, 2739:5, 2745:16, 2745:24, 2747:3, 2747:11, 2747:20, 2770:22, 2773:4, 2780:4, 2780:8, 2790:9, 2790:22

**Ambassador** [3] - 2728:23, 2772:2, 2772:7

**ambassador's** [7] - 2770:24, 2771:18, 2772:21, 2795:25, 2796:15, 2803:10, 2803:11

**AMERICA** [1] - 2717:3

**American** [5] - 2728:7, 2751:24, 2768:9, 2780:7, 2780:8

**Americans** [2] - 2773:15, 2780:6

**amount** [5] - 2719:8, 2719:17, 2733:18, 2771:10, 2778:7

**amounts** [1] - 2719:16

**anarchy** [2] - 2767:24, 2767:25

**angry** [1] - 2742:13

**Annex** [54] - 2727:24, 2728:4, 2731:18, 2731:19, 2732:4, 2732:5, 2738:23, 2738:25, 2739:24, 2740:2, 2740:4, 2740:6, 2747:8, 2747:10, 2747:25, 2748:17, 2749:15, 2749:17, 2751:13,

2752:4, 2753:6, 2753:13, 2753:21, 2754:5, 2754:15, 2754:21, 2755:9, 2755:15, 2763:11, 2763:22, 2764:16, 2765:9, 2765:17, 2766:8, 2766:24, 2767:8, 2767:13, 2767:19, 2768:8, 2768:9, 2773:21, 2778:3, 2778:4, 2778:9, 2778:18, 2792:5, 2794:22, 2795:17, 2795:18, 2795:19, 2797:24

**Annex's** [3] - 2748:4, 2748:7

**answer** [6] - 2733:10, 2780:25, 2785:11, 2785:12, 2788:7, 2800:25

**answered** [1] - 2781:11

**answering** [2] - 2787:4, 2787:6

**anti** [2] - 2765:19, 2778:22

**anti-aircraft** [2] - 2765:19, 2778:22

**antiaircraft** [1] - 2767:23

**anticipate** [4] - 2719:20, 2722:24, 2738:1, 2790:14

**anticipated** [1] - 2803:1

**appear** [7] - 2732:19, 2740:16, 2741:13, 2741:19, 2772:16, 2782:3, 2792:12

**APPEARANCES** [1] - 2717:11

**appearances** [1] - 2789:21

**appeared** [5] - 2744:6, 2744:8, 2782:2, 2782:4, 2793:3

**applied** [1] - 2793:20

**appointed** [1] - 2728:15

**appreciation** [4] - 2776:23, 2776:25, 2796:17, 2796:22

**approach** [7] - 2776:19, 2780:21, 2785:21, 2792:22, 2799:11, 2802:19, 2804:20

**appropriate** [1] -

2793:4

**approximate** [1] - 2737:14

**Arab** [1] - 2791:14

**Arabic** [22] - 2735:19, 2735:21, 2736:1, 2736:2, 2736:6, 2742:2, 2742:6, 2742:11, 2743:3, 2743:18, 2744:16, 2744:20, 2751:22, 2751:23, 2751:24, 2755:5, 2764:20, 2766:2, 2770:14, 2771:15, 2794:16, 2795:22

**area** [6] - 2731:8, 2731:9, 2743:11, 2757:23, 2788:9, 2802:11

**argument** [1] - 2725:3

**arm** [1] - 2761:12

**armed** [4] - 2741:3, 2741:4, 2741:13, 2741:14

**armpits** [1] - 2760:12

**Army** [1] - 2779:23

**army** [2] - 2735:20, 2746:19

**arrangement** [2] - 2774:4, 2774:5

**arrive** [1] - 2773:5

**arrived** [11] - 2736:24, 2737:18, 2738:1, 2738:12, 2738:14, 2739:10, 2741:5, 2753:21, 2754:5, 2754:15, 2768:11

**arriving** [3] - 2753:5, 2753:13, 2755:20

**arrow** [2] - 2750:20, 2751:2

**article** [4] - 2777:6, 2789:17, 2805:6, 2806:4

**ascended** [1] - 2759:7

**assault** [2] - 2745:23, 2763:20

**assaults** [2] - 2739:14, 2739:16

**assemble** [5] - 2728:20, 2729:17, 2749:15, 2755:6, 2766:8

**assembled** [5] - 2730:9, 2736:16, 2757:22, 2763:4, 2766:23

**assembling** [4] - 2733:13, 2735:16,

2755:18, 2766:10

**assess** [4] - 2759:10, 2779:25, 2791:21, 2798:6

**assessed** [7] - 2735:18, 2756:4, 2756:12, 2759:11, 2795:5, 2795:6, 2798:3

**assessment** [5] - 2762:25, 2763:14, 2763:17, 2764:17, 2790:16

**asset** [3] - 2739:6, 2747:19, 2780:8

**assigned** [1] - 2735:17

**assist** [2] - 2755:12, 2758:23

**assistance** [2] - 2745:6, 2745:8

**associated** [1] - 2750:16

**assume** [1] - 2803:25

**attached** [1] - 2730:5

**attack** [11] - 2727:18, 2727:25, 2728:3, 2728:20, 2729:10, 2733:17, 2757:12, 2767:25, 2799:23, 2800:11

**attacked** [1] - 2762:9

**attacks** [3] - 2739:12, 2739:15, 2740:3

**attempt** [1] - 2767:25

**attempted** [2] - 2746:18, 2760:11

**attempting** [1] - 2755:18

**attendant** [1] - 2737:6

**attention** [1] - 2755:16

**ATTIEH** [1] - 2717:20

**attitude** [1] - 2749:3

**attorney** [1] - 2805:24

**Attorney's** [1] - 2717:13

**audience** [1] - 2724:24

**authorize** [1] - 2805:8

**available** [4] - 2719:15, 2731:5, 2750:14, 2780:14

**Avenue** [1] - 2717:22

**avoid** [1] - 2805:11

**aware** [13] - 2727:18, 2728:9, 2729:16, 2729:18, 2730:4, 2730:6, 2739:11, 2739:25, 2757:2, 2776:22, 2784:18,

2788:19, 2796:20
**awareness** [2] -
2755:25, 2756:20
**azimuth** [1] - 2750:20
**AZIZ** [1] - 2717:20

## B

**back-door** [1] -
2786:10
**backboard** [1] -
2771:23
**background** [5] -
2727:12, 2781:22,
2793:5, 2793:9,
2793:15
**backing** [3] - 2761:21,
2762:12, 2775:3
**bad** [8] - 2759:12,
2759:13, 2760:1,
2760:20, 2760:21,
2764:1, 2765:6,
2771:6
**balancing** [1] -
2762:15
**barely** [1] - 2763:23
**barring** [1] - 2737:17
**base** [2] - 2735:12,
2736:23
**based** [28] - 2719:21,
2722:22, 2733:19,
2734:11, 2734:13,
2756:14, 2783:3,
2783:20, 2784:16,
2784:23, 2785:3,
2785:15, 2786:1,
2787:1, 2787:23,
2788:13, 2788:16,
2791:17, 2791:19,
2793:14, 2793:15,
2793:25, 2794:9,
2795:18, 2799:23,
2801:2, 2801:3,
2801:15
**basic** [2] - 2725:11,
2793:8
**basis** [1] - 2787:4
**bass** [1] - 2724:3
**become** [1] - 2727:17
**bed** [1] - 2775:2
**BEFORE** [1] - 2717:9
**beforehand** [1] -
2720:19
**beginning** [1] - 2804:8
**behind** [3] - 2766:16,
2767:17, 2769:4
**Belgium** [1] - 2741:16
**belief** [2] - 2739:4,
2801:2

**belonged** [1] -
2789:22
**belt** [3] - 2755:21,
2757:5, 2761:25
**belt-fed** [3] - 2755:21,
2757:5, 2761:25
**bench** [8] - 2719:3,
2726:1, 2777:18,
2784:8, 2787:13,
2793:23, 2801:8,
2803:18
**Bench** [7] - 2719:4,
2776:20, 2780:22,
2785:22, 2792:24,
2799:13, 2802:21
**Benghazi** [76] -
2725:16, 2725:20,
2725:21, 2727:14,
2727:19, 2727:24,
2728:4, 2728:9,
2728:10, 2728:22,
2729:18, 2730:12,
2730:18, 2731:19,
2731:21, 2731:24,
2731:25, 2732:1,
2732:18, 2732:23,
2733:13, 2733:24,
2734:10, 2735:10,
2736:13, 2736:20,
2737:14, 2737:20,
2738:1, 2738:7,
2738:14, 2738:20,
2739:10, 2739:13,
2743:5, 2748:25,
2752:9, 2758:11,
2758:18, 2759:4,
2759:8, 2760:25,
2761:8, 2764:8,
2764:12, 2768:11,
2769:15, 2770:2,
2771:1, 2772:3,
2773:18, 2778:2,
2779:4, 2783:4,
2783:16, 2786:1,
2786:2, 2787:16,
2787:17, 2787:18,
2787:20, 2787:23,
2787:25, 2788:1,
2788:9, 2788:13,
2788:17, 2789:7,
2789:10, 2789:11,
2794:10, 2798:9,
2802:11, 2802:12
**berate** [1] - 2742:8
**berated** [1] - 2745:1
**berating** [1] - 2743:8
**best** [3] - 2746:4,
2746:9, 2780:11
**better** [3] - 2737:24,
2772:12, 2804:20

**between** [18] -
2730:14, 2736:5,
2737:20, 2750:23,
2753:11, 2756:21,
2760:24, 2761:10,
2763:9, 2779:11,
2788:18, 2788:19,
2793:20, 2794:3,
2794:4, 2794:11,
2797:9, 2805:5
**beyond** [4] - 2735:13,
2783:14, 2798:14,
2798:15
**big** [6] - 2745:20,
2746:6, 2760:22,
2760:23, 2765:23,
2778:22
**biggest** [1] - 2741:9
**Bin** [8] - 2720:11,
2720:14, 2720:18,
2721:7, 2722:7,
2722:8, 2723:11
**bird** [2] - 2773:18,
2775:21
**bit** [6] - 2723:4,
2743:15, 2761:19,
2766:20, 2768:17,
2804:8
**Blackhawk** [1] -
2763:15
**bled** [1] - 2759:5
**bleeding** [1] - 2760:21
**blink** [1] - 2759:14
**blinking** [2] - 2732:11,
2732:14
**blocking** [1] - 2766:6
**blond** [1] - 2751:22
**blood** [1] - 2766:20
**bloody** [1] - 2758:22
**blue** [1] - 2751:22
**bodies** [3] - 2767:13,
2769:6, 2776:4
**body** [12] - 2770:24,
2770:25, 2771:8,
2771:18, 2771:23,
2772:7, 2772:21,
2795:25, 2796:4,
2796:15, 2803:10,
2803:11
**boots** [1] - 2781:24
**boss** [44] - 2721:6,
2721:16, 2723:17,
2723:20, 2723:23,
2724:3, 2730:4,
2730:14, 2732:25,
2733:4, 2733:6,
2736:14, 2736:18,
2739:8, 2744:15,
2744:23, 2744:25,
2745:8, 2745:17,

2746:15, 2746:16,
2747:1, 2747:5,
2747:6, 2747:23,
2748:2, 2748:8,
2748:23, 2748:24,
2749:1, 2763:12,
2764:9, 2769:16,
2769:22, 2771:25,
2772:4, 2790:4,
2790:6, 2794:25,
2798:5
**bounced** [1] - 2788:19
**boundaries** [2] -
2779:11, 2788:18
**box** [1] - 2804:14
**Bragg** [1] - 2735:5
**break** [3] - 2729:1,
2776:8, 2776:15
**brief** [1] - 2797:2
**bring** [5] - 2732:23,
2733:14, 2738:24,
2784:2, 2785:18
**bringing** [2] - 2797:25,
2798:2
**broke** [1] - 2768:21
**broken** [2] - 2744:14,
2744:20
**brother** [1] - 2760:13
**brought** [6] - 2735:14,
2757:8, 2757:17,
2771:2, 2796:5,
2803:11
**BRYAN** [3] - 2717:21,
2807:3, 2807:8
**bub** [1] - 2734:20
**Bub** [5] - 2734:21,
2734:23, 2735:9,
2754:14, 2767:12
**Bub's** [1] - 2759:25
**buddies** [1] - 2749:13
**Building** [2] - 2794:23,
2795:1
**building** [22] -
2754:12, 2754:22,
2754:25, 2755:1,
2755:15, 2755:18,
2756:2, 2756:10,
2756:11, 2756:18,
2756:21, 2756:23,
2756:24, 2757:1,
2758:3, 2758:19,
2758:20, 2758:25,
2759:1, 2759:2,
2762:21, 2765:14
**buildings** [2] -
2754:20, 2754:21
**built** [1] - 2723:8
**bulk** [2] - 2761:4,
2769:5
**bunch** [1] - 2798:12

**buried** [1] - 2771:9
**burned** [1] - 2766:15
**bus** [18] - 2740:11,
2740:13, 2745:20,
2745:21, 2746:3,
2746:4, 2746:5,
2746:6, 2746:8,
2746:11, 2790:8,
2790:10, 2790:11,
2790:13, 2797:9,
2798:24, 2800:21
**business** [1] - 2780:3
**BY** [18] - 2726:9,
2760:3, 2777:23,
2779:2, 2779:14,
2779:19, 2784:10,
2784:22, 2785:14,
2787:14, 2788:12,
2789:4, 2792:19,
2793:24, 2797:5,
2798:17, 2801:9,
2801:21

## C

**C-130** [6] - 2769:23,
2773:6, 2774:11,
2774:12, 2774:17,
2774:18
**cafe** [1] - 2795:15
**calculations** [1] -
2780:1
**calculus** [1] - 2733:16
**cannot** [3] - 2723:2,
2724:5, 2797:23
**capital** [1] - 2798:5
**cappuccinos** [2] -
2738:9, 2750:23
**car** [1] - 2763:25
**caravan** [2] - 2792:9,
2794:1
**cardinal** [1] - 2750:20
**careful** [3] - 2782:22,
2783:10, 2784:3
**cars** [4] - 2757:22,
2774:6, 2774:7,
2778:3
**case** [7] - 2720:7,
2720:16, 2786:13,
2793:21, 2803:5,
2804:10, 2804:11
**casualty** [1] - 2758:8
**caused** [2] - 2788:25,
2794:1
**Central** [3] - 2726:12,
2730:3, 2797:25
**certain** [5] - 2734:11,
2771:10, 2786:22,
2802:13

certificate [2] - 2776:22, 2776:25
CERTIFICATE [1] - 2807:2
certify [1] - 2807:3
change [3] - 2747:4, 2749:12, 2795:8
changed [3] - 2747:23, 2749:2, 2749:6
chaos [1] - 2768:6
charge [8] - 2725:22, 2728:14, 2744:7, 2744:10, 2759:14, 2770:18, 2792:4, 2794:17
Charles [5] - 2735:23, 2735:25, 2736:6, 2744:3, 2795:23
check [1] - 2754:16
checked [1] - 2762:1
checking [4] - 2759:12, 2759:19, 2762:19, 2797:10
checkpoint [4] - 2751:16, 2752:2, 2778:12, 2792:7
checkpoints [1] - 2737:17
chest [2] - 2741:1, 2760:9
chief [5] - 2748:4, 2748:7, 2755:5, 2774:15
choice [3] - 2737:24, 2737:25, 2791:25
choices [6] - 2780:15, 2780:19, 2792:1, 2797:6, 2797:13, 2798:4
chose [1] - 2782:12
Chris [3] - 2728:9, 2728:11, 2772:3
Christian [1] - 2771:10
CHRISTOPHER [1] - 2717:9
CIA [24] - 2728:4, 2730:7, 2733:4, 2733:6, 2735:17, 2746:16, 2747:1, 2747:6, 2747:25, 2748:24, 2749:15, 2751:12, 2752:4, 2754:12, 2755:3, 2755:15, 2763:11, 2764:12, 2764:16, 2765:9, 2765:17, 2768:8, 2786:13
CIA's [1] - 2798:9

circa [1] - 2737:18
circle [1] - 2764:21
circumstance [1] - 2780:2
cities [1] - 2745:2
city [5] - 2750:22, 2750:24, 2763:16, 2764:1, 2778:13
civilian [1] - 2727:4
clarify [3] - 2762:11, 2777:24, 2800:23
classified [14] - 2719:10, 2720:4, 2723:1, 2723:7, 2724:4, 2724:13, 2724:24, 2776:24, 2777:7, 2777:14, 2782:22, 2782:23, 2787:20, 2801:3
clean [2] - 2783:19
clear [10] - 2725:19, 2748:20, 2764:23, 2781:18, 2784:1, 2784:11, 2786:25, 2801:7, 2804:25, 2806:4
climb [1] - 2758:19
climbing [1] - 2762:18
CLINTON [65] - 2717:16, 2719:14, 2719:19, 2720:10, 2720:17, 2720:24, 2721:2, 2721:11, 2721:18, 2722:3, 2722:18, 2723:8, 2723:18, 2724:16, 2724:21, 2776:13, 2777:5, 2777:11, 2777:13, 2777:17, 2779:2, 2779:14, 2779:19, 2780:23, 2781:10, 2781:16, 2782:7, 2782:10, 2783:5, 2783:8, 2783:23, 2784:7, 2784:9, 2784:10, 2784:22, 2785:9, 2785:13, 2785:14, 2785:23, 2786:3, 2786:16, 2786:18, 2787:5, 2787:9, 2787:12, 2787:14, 2788:7, 2788:12, 2789:4, 2792:16, 2792:19, 2793:7, 2793:19, 2793:24, 2796:24, 2798:14, 2799:7, 2799:11, 2799:14, 2799:19, 2799:22, 2800:3,

2800:7, 2800:25, 2801:17
Clinton [2] - 2717:17, 2776:11
close [3] - 2727:2, 2743:3, 2793:16
closed [1] - 2766:10
closer [3] - 2729:4, 2750:4, 2756:7
closing [1] - 2723:17
clothing [1] - 2789:17
clout [6] - 2741:23, 2742:2, 2744:7, 2749:23, 2794:16, 2794:18
clown [1] - 2770:5
co [1] - 2754:25
co-located [1] - 2754:25
COA [3] - 2747:8, 2747:14, 2747:15
coalition [1] - 2797:21
code [1] - 2750:3
coffee [1] - 2774:16
collapse [2] - 2756:12, 2756:23
collapsed [1] - 2756:24
COLUMBIA [1] - 2717:1
coming [12] - 2722:14, 2734:9, 2755:22, 2755:23, 2756:1, 2756:15, 2765:7, 2765:10, 2769:25, 2776:4, 2781:4, 2786:9
command [1] - 2735:6
commandeer [1] - 2790:13
commandeering [2] - 2745:21, 2800:21
commander [1] - 2720:12
commander's [1] - 2730:13
commercially [1] - 2750:13
common [1] - 2789:16
communications [1] - 2734:14
complicated [1] - 2723:19
complied [1] - 2804:19
compound [2] - 2753:6, 2757:10
computer [1] - 2717:25
computer-aided [1] -

2717:25
concept [1] - 2794:13
concern [2] - 2783:8, 2798:25
concerned [5] - 2797:17, 2797:20, 2799:2, 2800:11, 2801:11
concerning [1] - 2803:20
concerns [2] - 2797:25, 2798:2
concluded [1] - 2791:18
conclusion [1] - 2729:23
conclusions [3] - 2722:11, 2793:11
concussion [1] - 2758:7
condition [1] - 2739:5
conference [15] - 2719:4, 2726:1, 2730:14, 2776:20, 2777:18, 2780:22, 2784:8, 2785:22, 2787:13, 2792:24, 2793:23, 2799:13, 2801:8, 2802:21, 2803:18
conferred [3] - 2762:22, 2766:11, 2771:1
conferring [2] - 2769:16, 2797:3
confine [1] - 2727:12
confined [1] - 2793:1
confirm [1] - 2804:20
confirmed [1] - 2760:16
confronted [1] - 2804:23
confusing [1] - 2723:19
considered [1] - 2739:6
considering [1] - 2790:8
consistent [1] - 2771:17
constant [2] - 2747:1, 2763:12
Constitution [1] - 2717:22
contact [15] - 2733:2, 2747:1, 2763:12, 2790:17, 2800:16, 2800:17, 2800:19, 2800:22, 2800:24, 2801:6, 2801:12,

2801:14, 2801:20, 2801:22, 2801:25
content [1] - 2805:22
contents [1] - 2805:24
continue [3] - 2739:1, 2747:10, 2761:3
continued [2] - 2745:19, 2754:11
continuing [1] - 2727:7
control [2] - 2724:4, 2795:21
conveniently [1] - 2746:20
conversation [13] - 2731:22, 2732:5, 2739:17, 2741:24, 2745:19, 2760:11, 2760:24, 2771:2, 2771:11, 2771:12, 2773:10, 2795:23, 2796:6
conversational [1] - 2736:10
conversations [5] - 2719:21, 2722:23, 2746:15, 2746:16, 2772:20
convey [1] - 2768:1
convincing [1] - 2769:1
convoy [2] - 2753:1, 2778:10
cook [1] - 2795:15
COOPER [1] - 2717:9
coordinate [1] - 2745:19
coordinates [1] - 2749:25
cords [1] - 2749:17
corner [1] - 2759:7
Correct [9] - 2732:15, 2760:5, 2764:14, 2792:8, 2795:24, 2796:1, 2796:13, 2796:16, 2797:8
correct [17] - 2734:24, 2748:22, 2750:10, 2779:5, 2779:9, 2780:7, 2780:10, 2780:13, 2780:17, 2781:9, 2790:5, 2791:6, 2792:6, 2794:20, 2794:23, 2795:2, 2807:4
counsel [9] - 2719:6, 2719:12, 2725:7, 2780:21, 2782:15, 2787:10, 2797:3, 2800:13, 2801:11

**counsel's** [1] - 2793:1
**count** [1] - 2763:1
**counterpart** [6] - 2727:22, 2729:12, 2731:21, 2731:23, 2732:17, 2766:12
**counterpart's** [1] - 2732:7
**country** [25] - 2726:13, 2726:14, 2726:16, 2726:17, 2729:14, 2730:4, 2730:14, 2732:25, 2733:4, 2733:8, 2733:17, 2736:14, 2739:9, 2746:16, 2747:2, 2747:5, 2747:6, 2748:24, 2763:13, 2769:17, 2769:22, 2771:25, 2772:4, 2788:11
**country's** [1] - 2736:18
**country-wide** [1] - 2733:17
**couple** [8] - 2719:2, 2719:7, 2728:2, 2730:21, 2752:10, 2755:17, 2776:17, 2778:15
**course** [13] - 2727:3, 2735:5, 2735:6, 2738:16, 2738:22, 2738:23, 2746:16, 2747:17, 2747:18, 2747:21, 2747:24, 2790:14, 2791:13
**courses** [2] - 2736:17, 2790:16
**COURT** [73] - 2717:1, 2720:21, 2720:25, 2721:8, 2721:17, 2721:23, 2722:15, 2723:10, 2723:15, 2724:14, 2724:18, 2724:23, 2725:7, 2725:24, 2726:3, 2759:21, 2759:23, 2776:7, 2776:11, 2776:15, 2776:25, 2777:15, 2777:20, 2779:18, 2780:21, 2781:3, 2781:14, 2782:6, 2782:9, 2782:23, 2783:7, 2783:11, 2783:19, 2783:24, 2784:5, 2784:25, 2785:2, 2785:5, 2785:8, 2785:11, 2785:21,

2786:5, 2786:14, 2786:17, 2787:4, 2787:10, 2788:5, 2789:3, 2792:18, 2792:23, 2793:12, 2793:18, 2793:22, 2797:1, 2798:16, 2799:9, 2799:12, 2799:18, 2799:25, 2800:5, 2800:13, 2800:19, 2801:19, 2802:17, 2803:3, 2803:17, 2803:19, 2804:13, 2804:16, 2805:20, 2806:7, 2806:14, 2806:19
**Court** [7] - 2717:21, 2719:8, 2722:22, 2724:7, 2724:8, 2802:23, 2807:3
**court** [3] - 2729:5, 2733:12, 2742:22
**court's** [1] - 2796:24
**Courthouse** [1] - 2717:22
**covered** [1] - 2771:24
**covert** [1] - 2798:10
**crash** [1] - 2774:21
**crawled** [1] - 2752:7
**crew** [4] - 2737:4, 2737:5, 2768:13, 2774:15
**crickets** [1] - 2779:6
**Criminal** [1] - 2717:4
**Cross** [1] - 2718:4
**CROSS** [1] - 2779:1
**cross** [8] - 2721:20, 2798:15, 2799:17, 2800:18, 2800:20, 2800:24, 2801:6, 2801:10
**cross-examination** [3] - 2800:24, 2801:6, 2801:10
**CROSS-EXAMINATION** [1] - 2779:1
**Cross-Examination.. ......................... [1] - 2718:4
**crowded** [1] - 2724:25
**CRR** [1] - 2717:21
**Cruiser** [2] - 2749:20
**Cruisers** [1] - 2749:22
**cryptically** [1] - 2747:6
**cultural** [4] - 2770:24, 2771:9, 2791:13, 2793:5
**culturally** [1] -

2791:16
**culture** [1] - 2791:14
**CUMMINGS** [2] - 2717:12, 2725:17
**current** [1] - 2785:9
**customs** [4] - 2740:14, 2740:16, 2740:18, 2745:20
**cut** [1] - 2761:9

## D

**d'affaires** [1] - 2728:14
**D.C** [2] - 2717:5, 2771:25
**danger** [4] - 2780:6, 2780:7, 2780:9, 2780:12
**Dar** [9] - 2743:19, 2743:21, 2744:7, 2751:17, 2751:19, 2766:22, 2770:8, 2773:2, 2790:2
**dar** [1] - 2744:5
**dark** [2] - 2753:14, 2753:15
**date** [1] - 2775:16
**Dave** [13] - 2759:7, 2760:20, 2760:21, 2761:10, 2761:11, 2761:12, 2761:18, 2761:19, 2761:22, 2761:25, 2762:10, 2762:20, 2766:19
**Dave's** [2] - 2761:22, 2761:23
**days** [1] - 2727:13
**DC** [3] - 2717:14, 2717:18, 2717:23
**dead** [4] - 2746:21, 2747:7, 2759:25, 2769:10
**deal** [2] - 2768:21, 2783:1
**dealing** [3] - 2725:20, 2781:7, 2782:13
**decide** [1] - 2732:22
**decision** [4] - 2763:8, 2763:10, 2763:22, 2797:13
**decisions** [4] - 2722:4, 2774:8, 2782:21, 2792:21
**deconflict** [1] - 2751:21
**defend** [1] - 2733:18
**Defendant** [2] - 2717:7, 2717:16

**defense** [10] - 2723:8, 2738:3, 2746:18, 2746:19, 2757:3, 2779:23, 2784:2, 2786:8, 2793:20, 2806:10
**Defense** [2] - 2730:5, 2730:23
**defined** [1] - 2779:11
**definitely** [5] - 2741:14, 2758:6, 2758:7, 2770:18, 2792:4
**delta** [3] - 2735:2, 2735:4, 2759:25
**demeanor** [1] - 2749:12
**denied** [1] - 2805:1
**dental** [1] - 2735:7
**Department** [6] - 2727:22, 2727:23, 2729:12, 2730:5, 2730:22, 2732:17
**depict** [1] - 2752:25
**Derna** [1] - 2788:9
**describe** [2] - 2724:5, 2772:10
**described** [1] - 2762:10
**desert** [1] - 2774:22
**destruction** [1] - 2764:11
**details** [2] - 2787:20, 2793:10
**determined** [2] - 2724:3, 2724:5
**device** [3] - 2750:12, 2750:25, 2751:2
**die** [2] - 2763:18, 2774:20
**died** [1] - 2757:7
**difference** [2] - 2753:10, 2794:4
**different** [14] - 2727:5, 2740:9, 2741:6, 2751:15, 2765:24, 2770:13, 2779:8, 2779:10, 2780:1, 2781:1, 2781:8, 2782:2, 2803:23, 2806:6
**differently** [2] - 2789:12, 2803:16
**difficult** [3] - 2780:2, 2780:15, 2789:21
**diffused** [1] - 2751:25
**digits** [1] - 2750:4
**diminished** [2] - 2762:7, 2796:11
**diplomats** [2] - 2777:5

**Direct** [1] - 2718:3
**direct** [4] - 2721:19, 2722:22, 2794:13, 2799:25
**DIRECT** [1] - 2726:8
**directed** [1] - 2752:11
**directing** [3] - 2750:18, 2775:3, 2778:14
**direction** [8] - 2750:20, 2751:3, 2751:13, 2755:25, 2756:1, 2765:7, 2765:25
**directions** [2] - 2750:18, 2751:15
**directives** [1] - 2736:18
**directly** [2] - 2728:22, 2749:10
**disagreement** [1] - 2773:11
**discern** [1] - 2791:23
**discernible** [1] - 2740:10
**discerning** [1] - 2739:10
**discharge** [1] - 2770:7
**disclose** [2] - 2805:22, 2805:23
**discuss** [2] - 2799:5, 2804:21
**discussing** [2] - 2755:14, 2795:25
**discussion** [2] - 2796:2, 2796:4
**discussions** [1] - 2804:10
**dismissing** [1] - 2802:24
**disobeying** [1] - 2789:8
**displayed** [2] - 2734:17, 2777:25
**disposal** [1] - 2778:4
**disposition** [1] - 2771:4
**dispute** [1] - 2723:20
**distance** [3] - 2750:21, 2751:3, 2756:3
**DISTRICT** [3] - 2717:1, 2717:1, 2717:10
**document** [1] - 2805:19
**documents** [1] - 2805:16
**DOD** [47] - 2730:5, 2730:8, 2730:14, 2730:21, 2730:25,

2731:4, 2731:7,
2731:13, 2733:20,
2736:2, 2736:4,
2736:5, 2746:13,
2749:16, 2749:19,
2751:20, 2751:21,
2758:16, 2759:3,
2759:8, 2759:20,
2760:24, 2761:6,
2761:10, 2761:11,
2761:12, 2761:13,
2761:14, 2761:21,
2762:11, 2762:16,
2763:1, 2763:4,
2764:5, 2764:20,
2764:25, 2765:13,
2766:11, 2767:10,
2769:19, 2771:1,
2771:14, 2772:1,
2775:22, 2796:5
**Doherty** [9] - 2734:12,
2734:15, 2734:25,
2735:9, 2754:13,
2754:15, 2754:18,
2760:4, 2767:14
**Doherty's** [1] -
2734:23
**dollars** [1] - 2774:9
**done** [6] - 2720:14,
2735:1, 2742:11,
2750:23, 2750:24,
2761:7
**door** [3] - 2725:11,
2756:22, 2786:10
**doors** [1] - 2766:10
**doubt** [1] - 2744:10
**Down** [1] - 2763:15
**down** [17] - 2729:2,
2733:12, 2746:11,
2746:24, 2752:10,
2754:10, 2756:11,
2756:15, 2758:2,
2759:5, 2759:6,
2761:8, 2762:18,
2762:20, 2774:1,
2775:1, 2804:15
**downstairs** [1] -
2730:3
**dozens** [1] - 2786:21
**dragged** [1] - 2760:14
**drain** [1] - 2766:20
**draw** [1] - 2781:21
**dressed** [1] - 2789:12
**drew** [1] - 2793:10
**drive** [4] - 2737:16,
2737:17, 2747:10,
2749:22
**driver** [2] - 2749:19,
2750:18
**driver's** [1] - 2775:25

**drives** [3] - 2740:13,
2745:21, 2746:7
**driving** [6] - 2737:22,
2745:22, 2752:5,
2769:20, 2772:14,
2801:24
**drone** [8] - 2730:16,
2730:17, 2731:8,
2731:11, 2732:12,
2746:13, 2765:5,
2765:6
**dropped** [1] - 2760:12
**drove** [4] - 2736:16,
2740:11, 2773:21,
2776:1
**DS** [1] - 2769:5
**due** [2] - 2758:6,
2794:24
**during** [4] - 2727:14,
2742:10, 2757:11,
2771:12
**dust** [1] - 2756:11
**duty** [2] - 2730:24,
2730:25

## E

**east** [7] - 2784:24,
2784:25, 2785:2,
2788:10, 2793:16,
2802:10, 2802:13
**eastern** [3] - 2785:1,
2785:4, 2785:5
**EDWARDS** [2] -
2718:3, 2726:7
**Edwards** [11] - 2726:6,
2726:10, 2726:12,
2726:20, 2727:10,
2752:25, 2757:22,
2777:24, 2797:6,
2802:18, 2804:3
**effect** [2] - 2745:14,
2745:18
**efficient** [1] - 2806:16
**Egyptian** [1] - 2737:5
**either** [1] - 2745:6
**elder** [1] - 2794:17
**eleven** [1] - 2737:16
**elicit** [2] - 2719:11,
2786:12
**elicited** [7] - 2719:12,
2725:10, 2781:1,
2782:15, 2786:8,
2786:19, 2786:20
**elsewhere** [1] -
2779:24
**Embassy** [1] -
2727:24
**embassy** [1] - 2775:25

**emblems** [1] - 2789:23
**End** [7] - 2726:1,
2777:18, 2784:8,
2787:13, 2793:23,
2801:8, 2803:18
**end** [2] - 2734:9,
2744:18
**ended** [3] - 2742:8,
2745:19, 2791:24
**ends** [1] - 2746:21
**enforcement** [1] -
2729:13
**engage** [2] - 2732:17,
2741:23
**English** [3] - 2744:14,
2744:20, 2745:11
**enjoy** [1] - 2804:10
**entirety** [4] - 2733:15,
2805:18, 2806:4,
2806:17
**entitled** [1] - 2807:5
**entry** [2] - 2775:16,
2786:10
**EOD** [1] - 2775:14
**EOD'ing** [1] - 2775:11
**era** [1] - 2740:18
**ERAZZIQI** [1] -
2717:20
**escort** [1] - 2796:7
**especially** [1] - 2803:8
**ESQ** [4] - 2717:12,
2717:13, 2717:16,
2717:16
**essentially** [6] -
2721:3, 2747:22,
2762:12, 2767:8,
2784:2, 2794:11
**establish** [2] - 2782:6,
2783:5
**estimate** [1] - 2753:4
**estimated** [1] - 2804:6
**ethnically** [1] - 2737:5
**evacuate** [1] - 2766:8
**evening** [1] - 2727:17
**evenly** [1] - 2793:20
**event** [1] - 2752:19
**eventually** [2] -
2752:4, 2791:24
**everyday** [1] - 2775:12
**evidence** [3] -
2723:12, 2804:17,
2805:7
**EXAMINATION** [3] -
2726:8, 2779:1,
2797:4
**examination** [3] -
2800:24, 2801:6,
2801:10
**Examination.............
........... [1] - 2718:4

**Examination.............
............ [1] - 2718:3
**Examination.............
............ [1] - 2718:4
**examining** [1] -
2805:21
**example** [3] - 2724:17,
2784:17
**except** [2] - 2736:5,
2781:5
**excuse** [1] - 2762:18
**excused** [1] - 2804:13
**Exhibit** [2] - 2734:16,
2757:18
**existence** [1] -
2720:18
**expected** [1] - 2790:19
**expecting** [1] -
2729:21
**experience** [9] -
2726:22, 2727:1,
2741:7, 2742:12,
2767:22, 2792:14,
2792:20, 2793:15,
2802:3
**experienced** [1] -
2786:23
**experiences** [15] -
2726:20, 2727:3,
2783:15, 2784:16,
2784:23, 2785:15,
2785:24, 2786:1,
2786:24, 2787:2,
2787:24, 2788:17,
2788:24, 2789:6
**expert** [3] - 2784:2,
2784:5, 2786:11
**expired** [2] - 2760:14,
2760:17
**explain** [3] - 2721:1,
2794:15, 2801:20
**explosions** [2] -
2757:5, 2757:6
**exposed** [2] - 2741:1,
2761:5
**express** [1] - 2796:17
**extent** [1] - 2805:16
**extracted** [1] - 2755:7
**extremities** [1] -
2760:22
**extrinsic** [2] -
2804:17, 2805:7
**eye** [1] - 2732:11
**eyes** [6] - 2730:17,
2731:12, 2746:14,
2751:22, 2765:22,
2765:23

## F

**f'** [1] - 2754:11
**face** [2] - 2761:17,
2795:10
**facilitating** [1] -
2775:20
**facilities** [1] - 2739:12
**facility** [6] - 2728:2,
2739:22, 2740:6,
2753:22, 2755:23,
2798:9
**fact** [20] - 2719:10,
2719:14, 2720:4,
2720:15, 2720:20,
2721:25, 2722:1,
2722:8, 2722:17,
2723:7, 2723:10,
2723:12, 2725:4,
2777:9, 2780:4,
2786:20, 2799:4,
2799:23, 2803:6
**facts** [1] - 2805:11
**factual** [2] - 2793:6,
2793:12
**fair** [9] - 2738:12,
2741:3, 2744:8,
2746:9, 2778:7,
2783:1, 2789:12,
2803:17, 2804:2
**fall** [2] - 2726:16,
2728:16
**falling** [1] - 2756:11
**familiar** [7] - 2752:18,
2753:8, 2770:13,
2780:25, 2781:17,
2781:20, 2781:22
**family** [3] - 2742:7,
2771:9, 2804:1
**far** [2] - 2735:13,
2796:4
**fast** [3] - 2757:19,
2761:8, 2762:4
**fast-forward** [1] -
2757:19
**Fati** [55] - 2742:21,
2742:23, 2743:4,
2743:16, 2743:20,
2744:1, 2744:5,
2744:12, 2744:23,
2745:4, 2745:7,
2746:15, 2748:1,
2748:2, 2749:8,
2749:19, 2749:21,
2750:16, 2750:18,
2754:7, 2754:12,
2755:4, 2757:10,
2764:17, 2764:23,
2765:2, 2770:9,

2770:17, 2771:2, 2771:11, 2771:16, 2773:25, 2777:10, 2782:3, 2789:24, 2791:15, 2791:18, 2792:3, 2794:22, 2794:24, 2795:1, 2796:2, 2796:5, 2796:7, 2796:12, 2796:18, 2797:9, 2797:13, 2797:17, 2798:21, 2802:24, 2803:12, 2803:20

**fati** [1] - 2757:11

**FATI** [1] - 2742:23

**Fati's** [3] - 2745:8, 2749:1, 2795:21

**favor** [1] - 2766:13

**fear** [1] - 2795:10

**fed** [3] - 2755:21, 2757:5, 2761:25

**feet** [1] - 2750:5

**felt** [4] - 2756:18, 2757:12, 2791:7, 2791:17

**few** [5] - 2752:6, 2752:22, 2770:8, 2777:21, 2790:7

**field** [1] - 2735:8

**fight** [10] - 2732:4, 2746:2, 2763:1, 2790:15, 2790:21, 2792:14, 2799:3, 2801:1, 2801:24, 2802:2

**fighting** [10] - 2745:2, 2757:2, 2757:6, 2760:13, 2761:4, 2762:8, 2762:24, 2762:25, 2802:1

**figure** [1] - 2798:23

**figured** [3] - 2724:8, 2768:21, 2776:15

**film** [1] - 2752:15

**final** [1] - 2763:20

**fine** [6] - 2719:18, 2731:4, 2731:10, 2800:9, 2800:15, 2805:15

**finish** [2] - 2721:12, 2733:9

**fire** [8] - 2755:21, 2755:25, 2756:13, 2756:19, 2757:5, 2757:6, 2761:18, 2795:2

**fire-fighting** [1] - 2757:6

**first** [23] - 2742:23, 2748:11, 2748:13,

---

2748:14, 2748:15, 2750:8, 2751:6, 2753:20, 2754:5, 2759:3, 2759:9, 2760:4, 2760:10, 2764:17, 2775:1, 2775:10, 2775:11, 2775:15, 2782:24, 2790:1, 2795:5, 2802:24

**first-tour** [1] - 2775:10

**firsthand** [2] - 2781:8, 2786:9

**fit** [1] - 2798:7

**five** [5] - 2729:9, 2730:13, 2759:21, 2767:22, 2790:7

**five-minute** [1] - 2730:13

**flat** [1] - 2775:2

**flat-bed** [1] - 2775:2

**flew** [1] - 2773:18

**flexibility** [1] - 2804:24

**flight** [2] - 2737:6, 2737:20

**flood** [1] - 2766:9

**Floor** [1] - 2717:18

**flown** [1] - 2729:9

**fluid** [1] - 2779:12

**fly** [8] - 2736:12, 2768:18, 2768:22, 2768:25, 2769:24, 2773:12, 2773:14, 2779:25

**flying** [1] - 2731:8

**FN** [1] - 2741:16

**fold** [1] - 2785:18

**folks** [3] - 2757:25, 2770:4, 2772:21

**follow** [2] - 2789:1, 2798:19

**following** [1] - 2798:20

**food** [1] - 2775:13

**foot** [2] - 2756:22

**FOR** [2] - 2717:1, 2726:7

**force** [15] - 2729:18, 2756:16, 2761:4, 2762:8, 2762:24, 2764:22, 2765:6, 2771:4, 2796:11, 2797:15, 2798:2, 2799:2, 2799:3, 2805:12

**forces** [9] - 2726:16, 2728:1, 2729:19, 2730:20, 2732:13, 2734:4, 2738:3, 2766:6, 2772:6

---

**Forces** [3] - 2731:3, 2735:3, 2735:4

**foregoing** [1] - 2807:4

**form** [2] - 2787:24, 2806:9

**format** [2] - 2750:6

**formed** [5] - 2784:19, 2785:16, 2788:14, 2788:16, 2793:11

**former** [1] - 2735:19

**Fort** [1] - 2735:5

**forty** [1] - 2767:22

**forty-five** [1] - 2767:22

**forward** [1] - 2757:19

**foundation** [4] - 2722:21, 2725:17, 2783:5, 2801:17

**foundational** [2] - 2722:18, 2792:16

**four** [6] - 2750:3, 2751:3, 2753:7, 2763:9, 2774:14, 2776:2

**fourth** [2] - 2759:3, 2759:4

**Fourth** [3] - 2717:14, 2738:20, 2738:21

**foyer** [1] - 2756:21

**frankly** [1] - 2723:1

**free** [1] - 2768:3

**free-for-all** [1] - 2768:3

**Friday** [1] - 2804:4

**friendly** [3] - 2730:20, 2732:13, 2746:1

**front** [11] - 2754:4, 2754:7, 2755:17, 2755:25, 2756:10, 2756:22, 2762:23, 2765:12, 2766:5, 2766:14

**full** [3] - 2740:12, 2740:24, 2788:7

**functioning** [1] - 2762:2

**fuzzy** [1] - 2737:15

---

## G

**G5** [2] - 2768:13, 2769:12

**G500** [1] - 2737:1

**Gaddafi** [3] - 2728:14, 2736:16, 2740:18

**Gaddafi's** [1] - 2773:8

**Gaddafi-era** [1] - 2740:18

**gaining** [1] - 2794:18

**gap** [1] - 2756:6

---

**Garmin** [2] - 2750:5, 2750:11

**gate** [7] - 2754:4, 2754:7, 2765:12, 2765:15, 2765:16, 2765:17, 2766:5

**gates** [1] - 2766:14

**gather** [1] - 2741:10

**gathering** [2] - 2719:25, 2741:12

**gear** [2] - 2741:17, 2762:19

**gear's** [1] - 2740:12

**Geist** [5] - 2758:22, 2758:23, 2762:2, 2763:18, 2766:19

**general** [15] - 2726:22, 2726:25, 2731:25, 2733:14, 2734:1, 2734:6, 2739:20, 2755:2, 2756:1, 2781:23, 2782:16, 2782:19, 2787:24, 2789:20, 2791:19

**generally** [6] - 2722:6, 2775:9, 2777:8, 2781:3, 2781:23, 2805:3

**gentlemen** [8] - 2726:3, 2726:11, 2740:25, 2772:11, 2776:7, 2777:21, 2802:17, 2803:19

**geo** [1] - 2749:17

**Germany** [1] - 2765:11

**GHADDA** [1] - 2717:20

**given** [5] - 2719:9, 2727:12, 2789:24, 2806:8

**glad** [1] - 2804:6

**Glen** [13] - 2734:12, 2734:20, 2734:25, 2735:1, 2735:9, 2754:13, 2754:16, 2758:5, 2758:9, 2758:13, 2760:4, 2767:14

**goodbye** [1] - 2736:9

**government** [19] - 2726:5, 2726:23, 2727:4, 2769:18, 2774:13, 2774:19, 2776:23, 2777:2, 2782:15, 2785:19, 2786:19, 2786:23, 2787:7, 2793:21, 2796:20, 2797:3, 2805:17, 2806:2, 2806:4

---

**Government** [1] - 2717:12

**GOVERNMENT** [1] - 2726:7

**Government's** [3] - 2723:19, 2734:16, 2753:16

**government's** [5] - 2725:4, 2767:2, 2784:1, 2805:16, 2806:3

**GPS** [3] - 2749:17, 2750:13, 2750:19

**grab** [1] - 2761:23

**grabbed** [1] - 2761:12

**great** [2] - 2797:11, 2804:9

**greeting** [3] - 2742:11, 2742:14, 2755:5

**greetings** [1] - 2742:6

**grenades** [1] - 2764:6

**ground** [15] - 2720:12, 2721:4, 2721:15, 2722:4, 2724:2, 2725:5, 2729:24, 2730:1, 2730:20, 2740:12, 2741:7, 2774:3, 2781:24, 2782:1, 2797:15

**group** [15] - 2741:21, 2753:16, 2753:18, 2757:8, 2757:14, 2763:10, 2763:24, 2765:8, 2765:12, 2766:25, 2770:11, 2772:6, 2773:15, 2792:2

**groups** [3] - 2740:10, 2758:13, 2779:11, 2781:19, 2783:17, 2788:18, 2788:19, 2788:21

**grown** [1] - 2753:19

**GRS** [21] - 2726:13, 2726:16, 2728:22, 2730:11, 2731:21, 2731:24, 2734:7, 2734:9, 2739:13, 2747:1, 2752:9, 2758:18, 2759:8, 2760:25, 2761:7, 2763:6, 2763:7, 2764:7, 2769:5, 2775:22, 2796:5

**gruff** [2] - 2749:4, 2790:24

**guarding** [2] - 2800:9, 2801:15

**guess** [5] - 2731:9, 2743:23, 2768:21,

2769:2, 2797:9
**gun** [7] - 2738:10,
2755:21, 2756:19,
2757:5, 2761:18,
2765:19, 2765:24
**gunpoint** [1] - 2751:18
**guns** [8] - 2740:12,
2751:19, 2762:19,
2767:23, 2770:17,
2778:22, 2778:23,
2794:3
**guy** [12] - 2721:15,
2740:19, 2745:20,
2746:6, 2759:19,
2760:22, 2760:23,
2761:8, 2766:19,
2770:6, 2775:10,
2797:10
**guys** [35] - 2723:19,
2724:23, 2731:3,
2733:23, 2740:9,
2740:10, 2744:6,
2746:18, 2749:18,
2749:22, 2751:17,
2758:24, 2760:19,
2762:23, 2763:2,
2763:3, 2763:21,
2765:13, 2765:15,
2766:12, 2767:11,
2767:18, 2768:3,
2770:6, 2770:17,
2770:23, 2772:15,
2772:19, 2773:24,
2774:3, 2774:7,
2775:21, 2776:1,
2782:18
**gym** [1] - 2761:9

## H

**hair** [1] - 2751:22
**Hamid** [7] - 2720:11,
2720:14, 2720:18,
2720:19, 2721:7,
2722:7, 2722:8
**Hamid's** [1] - 2723:11
**hand** [2] - 2750:13,
2764:6
**hand-held** [1] -
2750:13
**handed** [4] - 2744:14,
2744:17, 2748:3,
2749:7
**handshakes** [2] -
2742:15, 2742:16
**hanging** [1] - 2761:23
**hard** [4] - 2753:4,
2763:18, 2770:16,
2778:12
**hard-point** [1] -

2763:18
**hard-stopped** [1] -
2778:12
**hasty** [2] - 2745:23,
2746:9
**head** [1] - 2795:13
**headcount** [2] -
2768:10, 2774:14
**hear** [10] - 2729:5,
2732:6, 2755:21,
2756:5, 2756:8,
2757:6, 2782:9,
2786:22, 2788:7,
2806:16
**heard** [16] - 2720:9,
2725:23, 2727:14,
2731:22, 2731:23,
2732:5, 2732:7,
2757:4, 2765:12,
2770:23, 2784:13,
2786:14, 2800:12,
2803:8, 2803:20,
2803:25
**hearing** [2] - 2724:24,
2806:15
**hearsay** [26] -
2719:25, 2720:3,
2720:17, 2721:25,
2722:2, 2722:17,
2723:6, 2724:11,
2725:4, 2725:10,
2779:13, 2782:24,
2783:12, 2783:14,
2784:21, 2785:20,
2786:13, 2787:8,
2789:2, 2799:7,
2799:17, 2800:3,
2800:7, 2800:8,
2801:3
**heightened** [1] -
2794:7
**held** [3] - 2750:13,
2751:18, 2766:14
**hell** [1] - 2764:8
**hello** [2] - 2736:9,
2742:7
**helmets** [2] - 2740:13,
2741:1
**help** [16] - 2727:25,
2729:19, 2745:15,
2746:19, 2764:15,
2764:21, 2764:22,
2764:24, 2765:2,
2770:8, 2775:5,
2777:4, 2791:23,
2791:24, 2793:6,
2797:16
**helped** [1] - 2754:8
**helping** [3] - 2725:1,
2791:24, 2798:4

hiding [1] - 2740:13
**high** [4] - 2735:20,
2736:2, 2761:15,
2771:15
**high-level** [3] -
2735:20, 2736:2,
2771:15
**higher** [1] - 2761:15
**highest** [1] - 2729:13
**hiking** [1] - 2750:13
**Hilux** [8] - 2738:5,
2771:7, 2771:22,
2772:1, 2772:10,
2772:11, 2778:22,
2796:12
**Hiluxes** [2] - 2738:6,
2766:25
**himself** [4] - 2724:5,
2743:4, 2760:20,
2790:1
**historically** [1] -
2788:10
**hit** [5] - 2739:17,
2758:3, 2761:3,
2763:16
**hitting** [2] - 2756:18,
2756:21
**hmm** [5] - 2757:24,
2763:6, 2789:25,
2790:3, 2801:13
**hold** [5] - 2723:10,
2726:17, 2764:6,
2799:9
**holding** [2] - 2762:15,
2804:4
**holiday** [2] - 2804:5,
2804:10
**home** [2] - 2749:5,
2773:13
**Honor** [38] - 2719:5,
2722:3, 2724:21,
2725:1, 2725:2,
2725:25, 2726:5,
2776:13, 2776:17,
2777:16, 2777:17,
2778:25, 2779:13,
2780:23, 2781:11,
2782:8, 2783:9,
2784:7, 2786:16,
2786:19, 2788:4,
2792:15, 2792:17,
2792:22, 2793:8,
2793:20, 2797:2,
2798:15, 2799:7,
2799:11, 2799:15,
2802:16, 2802:20,
2802:22, 2805:15,
2805:25, 2806:13,
2806:18
**HONORABLE** [1] -

2717:9
**hoods** [1] - 2743:24
**hope** [1] - 2726:3
**Hospital** [1] - 2776:3
**hospital** [28] -
2738:20, 2739:9,
2745:9, 2745:12,
2745:13, 2745:22,
2745:23, 2746:1,
2749:3, 2749:7,
2771:3, 2771:5,
2771:23, 2776:4,
2790:9, 2790:18,
2791:4, 2796:2,
2796:8, 2796:12,
2798:23, 2798:24,
2799:1, 2800:2,
2800:9, 2800:17,
2801:16
**hostile** [2] - 2800:1,
2800:10
**hour** [2] - 2737:20,
2753:5
**hours** [6] - 2727:17,
2737:23, 2746:25,
2751:10, 2753:12,
2763:14
**House** [1] - 2775:23
**house** [4] - 2748:4,
2748:19, 2748:21,
2766:15
**hug** [2] - 2742:16,
2754:4
**hundred** [2] - 2752:6,
2752:10
**hurry** [1] - 2761:5

## I

**idea** [4] - 2734:3,
2739:20, 2761:1,
2796:10
**identifications** [1] -
2725:11
**identified** [2] -
2743:19, 2772:3
**identifies** [2] - 2723:5,
2723:6
**identify** [5] - 2730:19,
2732:13, 2743:20,
2743:25
**identifying** [1] -
2772:23
**identities** [1] - 2720:3
**identity** [5] - 2719:22,
2719:24, 2722:16,
2723:3, 2723:9
**ideologies** [1] -
2725:5

**imagine** [1] - 2788:23
**IMAM** [1] - 2717:6
**immediately** [1] -
2730:2
**impact** [4] - 2756:3,
2756:6, 2756:10,
2756:18
**impacts** [2] - 2756:20,
2758:7
**impeached** [2] -
2805:7, 2805:19
**impeachment** [4] -
2804:17, 2804:19,
2805:17, 2805:18
**imply** [1] - 2803:7
**important** [3] -
2732:9, 2786:21,
2803:8
**incident** [3] - 2730:16,
2768:6, 2768:7
**include** [2] - 2735:8,
2749:16
**including** [1] -
2773:25
**incoming** [2] -
2755:23, 2755:24
**inconsistency** [1] -
2805:5
**inconsistently** [1] -
2722:24
**indicated** [1] -
2781:17
**indirect** [1] - 2756:13
**individual** [11] -
2729:11, 2732:2,
2734:17, 2741:22,
2741:25, 2742:17,
2745:7, 2745:8,
2754:13, 2759:11,
2760:4
**individually** [1] -
2762:24
**individuals** [15] -
2720:3, 2730:8,
2730:11, 2730:22,
2730:23, 2731:1,
2735:6, 2736:1,
2741:12, 2741:13,
2756:25, 2767:16,
2769:3, 2769:6,
2772:14
**indulgence** [2] -
2796:24, 2797:2
**inform** [3] - 2779:20,
2780:18, 2792:20
**information** [15] -
2720:6, 2724:7,
2724:10, 2731:12,
2745:25, 2747:2,
2747:17, 2780:14,

2784:13, 2786:7,
2786:10, 2786:12,
2799:16, 2799:24,
2801:3
**informed** [2] - 2738:3,
2782:20
**infrared** [1] - 2730:19
**initial** [3] - 2741:21,
2743:7, 2747:18
**inquire** [1] - 2724:16
**inside** [10] - 2754:4,
2754:6, 2755:1,
2755:15, 2756:24,
2757:10, 2757:16,
2757:17, 2766:7,
2794:23
**insignia** [1] - 2724:17
**instead** [2] - 2735:21,
2750:7
**instruct** [1] - 2803:17
**instructed** [1] - 2720:8
**instruction** [2] -
2802:23, 2803:5
**instructions** [1] -
2789:8
**intel** [1] - 2764:9
**intelligence** [2] -
2719:25, 2755:3
**Intelligence** [3] -
2726:12, 2730:3,
2798:1
**intend** [1] - 2719:11
**intentions** [1] -
2791:10
**interacted** [1] -
2787:19
**interaction** [1] -
2793:2
**interactions** [4] -
2791:18, 2794:9,
2794:10
**interior** [1] - 2785:18
**International** [3] -
2736:22, 2773:11,
2773:14
**interpreter** [3] -
2735:16, 2735:18,
2735:22
**Interpreters** [1] -
2717:20
**interrupt** [1] - 2802:22
**introduce** [5] -
2726:10, 2742:3,
2744:21, 2754:12,
2794:24
**introduced** [2] -
2743:4, 2790:1
**introduction** [2] -
2742:10, 2743:7
**involved** [2] - 2776:21,

2796:17
**IR** [2] - 2732:7, 2732:9
**Islam** [1] - 2802:7
**ISR** [4] - 2731:5,
2731:8, 2752:16,
2752:19
**issue** [13] - 2719:14,
2719:17, 2720:20,
2721:12, 2722:14,
2722:23, 2723:14,
2723:21, 2758:10,
2776:19, 2782:24,
2804:18, 2806:9
**issues** [1] - 2719:7
**itself** [1] - 2766:8

## J

**Jala** [1] - 2776:2
**jet** [2] - 2737:1, 2737:2
**job** [3] - 2727:9,
2775:9, 2775:11
**JOHN** [1] - 2717:12
**join** [1] - 2778:10
**joint** [2] - 2735:5,
2763:8
**joke** [1] - 2774:20
**journalist's** [1] -
2721:25
**JUDGE** [1] - 2717:10
**jumped** [6] - 2751:19,
2751:21, 2751:22,
2772:1, 2775:25,
2776:1
**jury** [16] - 2724:23,
2726:2, 2734:16,
2742:22, 2752:13,
2757:18, 2776:10,
2777:19, 2777:25,
2786:21, 2802:5,
2802:24, 2803:15,
2804:12, 2804:14,
2804:25
**JURY** [1] - 2717:9

## K

**KAREN** [1] - 2717:13
**katibas** [1] - 2743:22
**keep** [1] - 2739:18
**kept** [2] - 2742:9,
2757:11
**keys** [1] - 2775:22
**Khatallah** [3] -
2804:22, 2805:3,
2805:4
**KIA** [1] - 2732:25,
2739:25, 2760:2,
2767:18, 2772:4,

2773:9, 2773:17,
2774:14, 2775:6,
2775:21, 2776:2
**kid** [1] - 2765:19
**killed** [2] - 2739:25,
2769:7
**kind** [23] - 2737:1,
2740:20, 2741:8,
2742:16, 2751:20,
2751:23, 2752:8,
2753:22, 2756:21,
2756:22, 2757:7,
2761:5, 2762:15,
2766:10, 2768:3,
2774:4, 2774:5,
2779:8, 2780:3,
2786:19, 2790:24,
2799:17
**Kinkos** [1] - 2743:23
**Kirkpatrick** [3] -
2805:8, 2805:9,
2805:12
**kit** [5] - 2740:12,
2740:24, 2752:11,
2758:5, 2759:4
**knee** [1] - 2752:10
**knowing** [1] - 2781:4
**knowledge** [12] -
2725:18, 2774:4,
2774:12, 2781:5,
2781:8, 2783:2,
2783:3, 2783:6,
2783:20, 2784:13,
2786:9, 2800:12
**known** [3] - 2728:3,
2771:5
**knows** [9] - 2719:22,
2720:3, 2720:6,
2724:11, 2724:12,
2777:6, 2777:12,
2777:15, 2783:18
**Koran** [1] - 2802:8

## L

**ladder** [8] - 2758:19,
2759:5, 2760:14,
2761:8, 2761:14,
2761:16, 2761:21,
2762:18
**ladies** [8] - 2726:3,
2726:11, 2740:24,
2772:10, 2776:7,
2777:20, 2802:17,
2803:19
**laid** [1] - 2725:17
**land** [1] - 2752:8
**Land** [5] - 2749:20,
2749:22, 2756:1,

2761:17
**landed** [4] - 2738:7,
2738:10, 2773:6,
2779:3
**landlord's** [1] - 2767:5
**language** [2] -
2744:19, 2795:22
**large** [2] - 2762:8,
2782:19
**last** [14] - 2720:10,
2720:21, 2721:17,
2721:19, 2742:25,
2748:11, 2754:18,
2762:22, 2782:16,
2802:18, 2803:1,
2803:22, 2804:3
**launched** [1] -
2732:21
**law** [1] - 2729:13
**lay** [3] - 2722:21,
2752:8, 2793:14
**lead** [4] - 2722:5,
2732:1, 2739:19,
2740:3
**leader** [8] - 2720:19,
2722:7, 2722:19,
2722:20, 2723:24,
2731:25, 2753:22,
2790:23
**leadership** [2] -
2723:11, 2723:18
**leaning** [2] - 2788:10,
2802:7
**learned** [10] - 2720:1,
2720:15, 2720:25,
2721:21, 2722:16,
2723:2, 2725:12,
2728:19, 2747:17,
2787:1
**least** [4] - 2753:5,
2777:8, 2804:25,
2805:1
**leave** [6] - 2733:18,
2734:3, 2734:4,
2751:7, 2755:20,
2766:16
**leaving** [4] - 2736:17,
2750:8, 2757:23,
2764:10
**led** [2] - 2783:1,
2792:3
**ledge** [1] - 2761:15
**left** [18] - 2733:23,
2733:24, 2737:14,
2737:16, 2759:7,
2761:22, 2762:24,
2763:17, 2763:23,
2767:13, 2767:17,
2767:19, 2768:8,
2768:9, 2768:13,

2771:19, 2778:2
**leg** [3] - 2761:22,
2761:23
**lengthy** [1] - 2735:5
**less** [1] - 2788:1
**letter** [1] - 2729:1
**level** [5] - 2735:12,
2735:20, 2736:2,
2758:7, 2771:15
**leverage** [3] - 2746:17,
2769:17, 2797:15
**leveraged** [1] -
2770:24
**Libya** [45] - 2720:6,
2720:12, 2720:19,
2721:3, 2721:15,
2722:6, 2722:7,
2722:19, 2722:20,
2723:11, 2723:16,
2723:20, 2723:24,
2726:18, 2728:12,
2728:15, 2743:19,
2743:21, 2744:5,
2744:7, 2751:17,
2751:19, 2766:22,
2770:8, 2773:2,
2781:12, 2781:15,
2782:11, 2782:25,
2784:17, 2784:18,
2784:19, 2785:3,
2785:16, 2785:17,
2786:2, 2786:11,
2788:14, 2790:2,
2790:23, 2792:2,
2795:18
**Libyan** [13] - 2738:3,
2746:17, 2746:18,
2746:19, 2753:11,
2769:18, 2772:16,
2772:17, 2779:23,
2781:6, 2782:25,
2787:7, 2793:17
**Libyans** [1] - 2769:22
**lieutenant** [2] -
2721:3, 2721:5
**light** [2] - 2732:14,
2790:19
**likely** [4] - 2747:7,
2788:1, 2790:15,
2790:20
**limit** [1] - 2801:5
**line** [1] - 2735:21
**list** [2] - 2755:6,
2755:19
**listen** [1] - 2798:21
**listening** [1] - 2791:7
**literally** [1] - 2724:6
**living** [4] - 2769:11,
2774:14, 2775:12,
2798:12

**load** [1] - 2766:17
**loaded** [3] - 2749:18, 2766:17, 2773:17
**local** [6] - 2725:21, 2743:23, 2748:13, 2783:16, 2792:2
**locally** [1] - 2761:16
**located** [7] - 2728:7, 2730:3, 2730:11, 2731:24, 2738:17, 2739:19, 2754:25
**location** [9] - 2734:5, 2750:4, 2754:1, 2797:25, 2798:3, 2798:10, 2798:11
**logistics** [4] - 2775:2, 2775:7, 2775:13, 2775:18
**logo** [2] - 2724:19, 2781:6
**look** [4] - 2765:6, 2779:24, 2780:23, 2795:10
**looked** [4] - 2738:9, 2762:2, 2764:7, 2765:22
**looking** [6] - 2737:22, 2738:8, 2747:7, 2769:19, 2783:17
**lost** [1] - 2766:20
**low** [1] - 2771:8
**lower** [1] - 2761:2
**lunch** [1] - 2726:4

## M

**mache** [1] - 2762:2
**machine** [4] - 2755:21, 2756:19, 2757:5, 2761:18
**mags** [1] - 2741:1
**main** [8] - 2736:21, 2739:2, 2754:11, 2754:22, 2755:15, 2766:15, 2788:6, 2796:4
**maintenance** [1] - 2774:19
**man** [2] - 2725:6, 2749:24
**Manchester** [1] - 2789:18
**maneuver** [3] - 2746:9, 2747:8, 2761:24
**maneuvered** [1] - 2758:18
**manner** [1] - 2798:8
**map** [4] - 2739:20,

2750:22, 2750:24, 2751:1
**maps** [3] - 2750:19, 2750:25, 2751:2
**Marines** [5] - 2742:9, 2743:12, 2743:13, 2745:1, 2749:4
**mark** [1] - 2760:20
**Mark's** [1] - 2759:5
**markings** [2] - 2772:25, 2773:1
**marks** [1] - 2772:24
**mass** [1] - 2758:8
**matrix** [1] - 2763:8
**matter** [7] - 2742:13, 2790:19, 2794:6, 2801:1, 2801:25, 2806:15, 2807:5
**MATTHEW** [1] - 2717:16
**mean** [20] - 2722:1, 2728:21, 2736:8, 2737:9, 2739:23, 2741:15, 2750:2, 2750:25, 2752:19, 2755:11, 2763:23, 2767:18, 2774:7, 2775:14, 2778:21, 2781:23, 2791:12, 2795:14, 2801:14, 2801:23
**means** [5] - 2723:2, 2724:5, 2794:16, 2801:25, 2802:6
**meant** [4] - 2800:17, 2800:23, 2801:6, 2802:5
**med** [2] - 2758:5, 2759:4
**media** [3] - 2804:21, 2804:22, 2805:3
**medic** [10] - 2734:12, 2735:2, 2735:3, 2735:4, 2735:12, 2760:1, 2760:7, 2763:2, 2766:19
**medical** [2] - 2734:13, 2735:6
**medically** [1] - 2735:11
**medics** [1] - 2760:2
**meet** [3] - 2738:4, 2755:4, 2758:6
**meeting** [2] - 2738:2, 2755:1
**meetings** [1] - 2728:18
**member** [3] - 2757:16, 2797:22
**members** [7] - 2730:2,

2765:8, 2788:19, 2788:21, 2788:25, 2798:18, 2798:20
**memory** [1] - 2753:10
**mention** [1] - 2721:4
**mentioned** [6] - 2735:14, 2736:12, 2754:13, 2757:4, 2767:10, 2802:4
**mess** [1] - 2770:7
**message** [1] - 2732:3
**met** [8] - 2719:22, 2720:7, 2720:22, 2721:3, 2742:17, 2743:5, 2743:6, 2796:19
**metal** [1] - 2761:16
**meters** [2] - 2752:6, 2752:10
**Mexican** [1] - 2751:20
**MGRS** [2] - 2749:17, 2749:25
**mic** [1] - 2729:5
**midnight** [1] - 2737:18
**might** [5] - 2756:23, 2767:5, 2777:25, 2778:14, 2806:17
**miles** [3] - 2750:21, 2751:3
**military** [6] - 2727:4, 2730:24, 2763:13, 2773:7, 2776:3, 2789:17
**military-type** [1] - 2789:17
**militia** [71] - 2720:5, 2722:5, 2737:17, 2740:9, 2740:10, 2740:19, 2741:14, 2741:17, 2741:23, 2743:16, 2745:25, 2749:20, 2749:22, 2750:15, 2751:15, 2751:16, 2751:17, 2751:19, 2751:24, 2753:1, 2753:17, 2757:8, 2757:16, 2757:25, 2765:8, 2766:5, 2766:7, 2766:9, 2766:14, 2767:19, 2768:3, 2770:3, 2770:6, 2770:8, 2770:11, 2770:23, 2771:4, 2772:15, 2772:19, 2772:25, 2773:24, 2778:23, 2779:4, 2779:16, 2779:20, 2781:17, 2784:2, 2785:4, 2785:6,

2788:19, 2789:9, 2789:21, 2790:17, 2792:9, 2792:11, 2792:12, 2793:2, 2793:25, 2797:22, 2797:25, 2798:18, 2798:19, 2799:1, 2799:3, 2799:20, 2799:25, 2800:9, 2800:10, 2800:12, 2801:15, 2801:18
**militias** [47] - 2725:5, 2725:6, 2725:12, 2741:5, 2741:6, 2741:7, 2741:10, 2741:13, 2741:18, 2743:22, 2770:13, 2779:10, 2780:18, 2780:25, 2781:2, 2781:5, 2781:8, 2781:20, 2781:21, 2781:23, 2782:1, 2782:3, 2782:13, 2782:16, 2782:17, 2782:18, 2782:20, 2783:2, 2783:16, 2783:22, 2785:17, 2787:19, 2787:24, 2787:25, 2788:1, 2788:17, 2788:25, 2789:7, 2789:11, 2792:14, 2792:20, 2794:3, 2794:10, 2802:4, 2802:9, 2802:10, 2802:13
**mill** [1] - 2740:9
**milling** [3] - 2741:9, 2770:6, 2779:4
**mind** [1] - 2749:6
**ministry** [5] - 2738:3, 2746:17, 2746:18, 2779:23, 2785:17
**minute** [2] - 2730:13, 2749:6
**minutes** [13] - 2730:16, 2731:8, 2733:3, 2737:21, 2742:8, 2749:10, 2752:22, 2755:5, 2755:17, 2767:22, 2775:24, 2776:9, 2776:13
**missing** [1] - 2780:4
**Mission** [10] - 2727:18, 2728:4, 2728:5, 2728:8, 2728:19, 2728:25, 2729:10, 2729:25, 2739:23, 2740:1
**mission** [7] - 2725:21,

2732:10, 2738:14, 2739:2, 2739:11, 2747:3, 2747:4
**Mister** [1] - 2755:3
**Mitiga** [10] - 2736:15, 2736:16, 2736:20, 2736:22, 2736:24, 2737:17, 2769:24, 2773:12, 2773:13
**mitigate** [1] - 2798:8
**mixed** [1] - 2766:25
**moment** [1] - 2740:21
**Monday** [1] - 2804:4
**monetary** [1] - 2774:5
**money** [4] - 2719:9, 2719:15, 2719:16, 2796:23
**morgue** [1] - 2776:3
**morning** [9] - 2737:19, 2746:24, 2751:8, 2753:1, 2753:7, 2779:21, 2804:5, 2804:18, 2806:20
**mortar** [2] - 2761:2, 2795:1
**mortars** [7] - 2759:13, 2762:7, 2764:18, 2795:5, 2795:9, 2795:12, 2795:16
**most** [5] - 2735:10, 2747:7, 2780:3, 2794:12, 2798:7
**mostly** [1] - 2788:3
**motivations** [2] - 2797:17, 2797:20
**mounted** [2] - 2738:5, 2778:23
**move** [14] - 2729:4, 2729:24, 2730:21, 2731:11, 2738:16, 2738:23, 2738:25, 2755:6, 2755:8, 2759:25, 2760:19, 2787:10, 2799:8
**moved** [6] - 2754:4, 2755:17, 2759:9, 2766:21, 2773:9
**moves** [1] - 2737:21
**moving** [1] - 2778:9
**MR** [78] - 2719:14, 2719:19, 2720:10, 2720:17, 2720:24, 2721:2, 2721:11, 2721:18, 2722:3, 2722:18, 2723:4, 2723:8, 2723:18, 2723:23, 2724:16, 2724:21, 2725:2, 2725:9, 2725:15, 2725:17, 2725:25,

2776:13, 2776:21,
2777:2, 2777:5,
2777:11, 2777:13,
2777:17, 2779:2,
2779:14, 2779:19,
2780:23, 2781:10,
2781:16, 2782:7,
2782:10, 2783:5,
2783:8, 2783:23,
2784:7, 2784:9,
2784:10, 2784:22,
2785:9, 2785:13,
2785:14, 2785:23,
2786:3, 2786:16,
2786:18, 2787:5,
2787:9, 2787:12,
2787:14, 2788:7,
2788:12, 2789:4,
2792:16, 2792:19,
2793:7, 2793:14,
2793:19, 2793:24,
2796:24, 2798:14,
2799:7, 2799:11,
2799:14, 2799:19,
2799:22, 2800:3,
2800:7, 2800:25,
2801:17, 2802:19,
2802:22, 2803:4,
2805:25
**MS** [64] - 2719:2,
2719:5, 2719:17,
2719:20, 2720:16,
2720:23, 2721:1,
2721:9, 2721:12,
2721:19, 2721:24,
2722:12, 2722:21,
2723:13, 2724:1,
2724:22, 2725:1,
2725:14, 2725:16,
2725:19, 2726:5,
2726:9, 2760:3,
2776:6, 2776:17,
2777:3, 2777:8,
2777:12, 2777:16,
2777:23, 2778:24,
2779:13, 2779:17,
2780:20, 2781:18,
2783:9, 2783:13,
2783:25, 2784:21,
2785:20, 2785:25,
2786:4, 2786:7,
2787:6, 2788:4,
2789:2, 2792:15,
2792:22, 2792:25,
2797:2, 2797:5,
2798:17, 2799:21,
2800:15, 2800:20,
2801:5, 2801:9,
2801:21, 2802:16,
2803:15, 2805:15,
2806:3, 2806:13,

2806:18
**MUFTAH** [1] - 2717:6
**MUHAMMAD** [1] -
2717:6
**multiple** [4] - 2760:21,
2767:23, 2781:19,
2786:25
**must** [1] - 2805:23
**MUSTAFA** [1] - 2717:6
**muster** [1] - 2764:22

# N

**naked** [1] - 2732:11
**name** [23] - 2721:4,
2722:25, 2723:6,
2727:10, 2739:22,
2742:5, 2742:18,
2742:20, 2742:23,
2742:25, 2744:23,
2748:5, 2748:7,
2748:10, 2748:11,
2748:12, 2748:13,
2748:14, 2802:24,
2803:1, 2803:7,
2803:14, 2803:22
**Name** [1] - 2748:15
**named** [2] - 2735:14,
2803:12
**names** [3] - 2731:2,
2731:3, 2803:24
**National** [1] - 2779:23
**national** [3] - 2739:6,
2747:19, 2780:8
**NATO** [1] - 2797:22
**nature** [1] - 2724:24
**nauseam** [1] - 2769:17
**navigating** [1] -
2750:21
**navigators** [1] -
2751:14
**Navy** [1] - 2735:2
**necessarily** [3] -
2723:21, 2767:18,
2791:21
**necessary** [1] -
2805:13
**need** [10] - 2723:21,
2733:1, 2743:11,
2749:4, 2761:7,
2764:7, 2770:25,
2805:11, 2805:22,
2806:16
**needed** [6] - 2727:25,
2730:18, 2733:1,
2733:22, 2745:14,
2763:19
**needing** [1] - 2797:24
**needs** [2] - 2729:23

**negotiating** [1] -
2746:23
**never** [11] - 2739:20,
2743:6, 2745:11,
2749:5, 2757:16,
2791:4, 2791:11,
2794:7, 2796:23,
2797:15, 2799:16
**new** [2] - 2747:24,
2785:18
**next** [6] - 2740:8,
2755:8, 2758:4,
2760:6, 2760:17,
2765:1
**nice** [2] - 2726:4,
2749:20
**nicely** [2] - 2761:19,
2764:18
**nickname** [1] -
2734:21
**night** [14] - 2725:23,
2729:8, 2732:12,
2759:10, 2760:13,
2776:23, 2779:21,
2780:19, 2782:21,
2790:20, 2792:1,
2797:7, 2798:19,
2806:19
**nobody** [3] - 2738:11,
2749:16, 2779:6
**non** [2] - 2732:11,
2755:12
**non-people** [1] -
2755:12
**non-visible** [1] -
2732:11
**nonclassified** [1] -
2796:21
**nondescript** [1] -
2771:8
**none** [1] - 2766:3
**nonessential** [3] -
2738:24, 2747:8,
2755:11
**nonessentials** [3] -
2755:6, 2755:19,
2768:18
**nonintelligence** [1] -
2755:13
**nonsecurity** [1] -
2755:13
**nonshooter** [1] -
2754:24
**nonshooters** [3] -
2755:12, 2763:17,
2763:25
**normal** [1] - 2771:23
**North** [2] - 2772:17,
2789:19
**noted** [2] - 2787:10,

2793:22
**nothing** [1] - 2760:18
**notice** [1] - 2806:5
**nuances** [3] -
2770:25, 2791:13,
2793:6
**number** [7] - 2733:17,
2736:5, 2738:4,
2763:5, 2763:25,
2768:15, 2768:16
**numbers** [1] - 2750:7
**numerous** [1] -
2722:22
**NW** [3] - 2717:14,
2717:17, 2717:22

# O

**o'clock** [6] - 2727:20,
2729:9, 2737:16,
2746:24, 2752:15,
2753:7
**object** [3] - 2720:2,
2786:9, 2799:7
**objected** [3] - 2722:1,
2725:7, 2800:7
**objection** [20] -
2721:23, 2721:24,
2725:11, 2779:13,
2779:17, 2780:20,
2783:11, 2783:12,
2784:1, 2784:21,
2785:20, 2787:10,
2788:4, 2789:2,
2792:15, 2792:22,
2798:14, 2799:18,
2800:13, 2801:17
**observations** [12] -
2783:21, 2784:12,
2784:17, 2784:23,
2785:15, 2785:24,
2786:24, 2787:2,
2788:24, 2789:5,
2789:6, 2793:25
**observe** [2] - 2789:7,
2800:3
**observed** [4] -
2782:12, 2783:3,
2789:11, 2793:15
**obvious** [1] - 2798:2
**obviously** [7] -
2720:14, 2722:3,
2722:21, 2751:16,
2753:19, 2795:21,
2798:3
**occasionally** [1] -
2788:20
**OF** [3] - 2717:1,
2717:3, 2717:9

**offer** [1] - 2799:15
**offered** [3] - 2719:15,
2771:2, 2796:7
**Office** [1] - 2717:13
**officer** [7] - 2727:21,
2732:16, 2735:20,
2775:2, 2775:7,
2775:18, 2786:13
**officers** [1] - 2734:13
**official** [3] - 2729:13,
2740:17, 2796:21
**Official** [1] - 2807:3
**often** [1] - 2723:18
**old** [5] - 2736:23,
2740:18, 2750:22,
2773:9, 2774:22
**old-school** [1] -
2740:18
**once** [3] - 2751:22,
2759:6, 2774:9
**one** [47] - 2722:1,
2725:2, 2732:25,
2733:12, 2735:10,
2736:3, 2737:6,
2739:25, 2744:5,
2746:24, 2749:17,
2749:18, 2754:8,
2754:9, 2754:20,
2756:22, 2757:10,
2758:10, 2758:24,
2759:3, 2762:11,
2762:22, 2762:23,
2763:2, 2763:25,
2764:18, 2765:13,
2765:22, 2766:19,
2769:23, 2770:6,
2771:7, 2775:24,
2776:19, 2777:24,
2782:10, 2785:17,
2794:11, 2794:17,
2794:18, 2795:22,
2797:12, 2797:21,
2805:25
**one's** [2] - 2767:17,
2768:2
**ones** [1] - 2757:23
**open** [2] - 2776:18,
2784:4
**opened** [2] - 2765:16,
2765:17
**opens** [1] - 2725:11
**operate** [1] - 2727:7
**operation** [1] -
2733:21
**operations** [2] -
2719:9, 2735:6
**Operator** [38] -
2730:14, 2731:1,
2731:4, 2731:7,
2731:13, 2733:20,

2736:2, 2736:4, 2736:5, 2746:13, 2749:16, 2749:19, 2751:20, 2751:21, 2758:16, 2759:3, 2759:8, 2759:20, 2761:6, 2761:10, 2761:11, 2761:12, 2761:13, 2761:14, 2761:21, 2762:16, 2763:1, 2764:5, 2764:20, 2764:25, 2765:13, 2767:10, 2771:1, 2771:14, 2772:1, 2775:22

**operator** [1] - 2763:5
**operators** [4] - 2730:5, 2760:24, 2762:11, 2766:11
**opinion** [4] - 2795:8, 2799:4, 2801:15, 2801:18
**opinions** [8] - 2784:19, 2784:24, 2785:16, 2787:24, 2788:14, 2788:16, 2793:14, 2793:15
**opportunity** [1] - 2805:13
**opposed** [1] - 2782:13
**option** [3] - 2746:3, 2746:4, 2746:11
**options** [2] - 2769:19, 2797:11
**order** [3] - 2732:3, 2764:15, 2806:9
**orders** [4] - 2766:2, 2789:1, 2798:19, 2798:20
**organization** [1] - 2775:12
**ought** [1] - 2805:10
**outgoing** [1] - 2755:24
**outside** [8] - 2731:17, 2756:20, 2757:11, 2757:15, 2763:4, 2765:18, 2766:7, 2798:13
**overall** [1] - 2732:10
**overhead** [1] - 2730:17
**overheard** [1] - 2795:23
**overlapping** [1] - 2803:9
**overruled** [2] - 2725:8, 2799:10
**overt** [1] - 2798:10
**overwatch** [2] - 2746:14, 2765:15

**own** [6] - 2721:16, 2732:23, 2753:10, 2783:20, 2786:11, 2795:13

## P

**p.m** [8] - 2717:6, 2726:2, 2776:10, 2776:16, 2777:19, 2804:12, 2806:21
**packed** [1] - 2768:17
**pages** [1] - 2807:4
**paid** [2] - 2737:7, 2796:23
**panicked** [1] - 2729:10
**paper** [3] - 2750:22, 2775:13
**papier** [1] - 2762:2
**papier-mache** [1] - 2762:2
**paramilitary** [1] - 2789:17
**parked** [1] - 2752:8
**part** [5] - 2760:15, 2780:3, 2785:1, 2788:10, 2794:12
**parted** [1] - 2740:19
**participating** [1] - 2733:20
**particular** [1] - 2781:5
**particularly** [1] - 2771:4
**parties** [1] - 2804:6
**parts** [1] - 2766:15
**party** [2] - 2805:22, 2805:23
**party's** [1] - 2805:24
**pass** [2] - 2752:1, 2776:18
**passed** [3] - 2755:17, 2758:22, 2761:24
**passengers** [3] - 2768:15, 2768:16, 2768:22
**passes** [1] - 2777:22
**passport** [2] - 2740:22, 2797:10
**passports** [3] - 2740:15, 2740:20, 2740:23
**patches** [1] - 2740:10
**Pause** [3] - 2757:17, 2759:16, 2759:18
**paused** [1] - 2752:25
**pay** [2] - 2794:24, 2798:6
**PEED** [14] - 2717:16,

2723:4, 2723:23, 2725:2, 2725:9, 2725:15, 2725:25, 2776:21, 2777:2, 2793:14, 2802:19, 2802:22, 2803:4, 2805:25
**Peed** [3] - 2717:17, 2776:11, 2805:20
**people** [26] - 2720:6, 2722:10, 2724:9, 2724:24, 2725:13, 2729:24, 2730:1, 2733:18, 2733:24, 2735:9, 2740:11, 2744:8, 2744:16, 2745:15, 2750:15, 2755:8, 2755:12, 2763:24, 2764:1, 2773:2, 2775:5, 2779:4, 2781:3, 2781:25, 2783:21
**per** [3] - 2736:17, 2763:25, 2768:22
**perception** [2] - 2794:20, 2795:18
**perimeter** [1] - 2766:4
**period** [4] - 2746:22, 2766:17, 2766:21, 2773:13
**periods** [1] - 2727:15
**permission** [1] - 2720:13
**person** [20] - 2719:22, 2721:4, 2721:6, 2721:14, 2722:25, 2725:14, 2744:18, 2747:7, 2755:3, 2759:9, 2760:6, 2786:8, 2803:7, 2803:10, 2804:1, 2805:7, 2806:6
**person's** [5] - 2719:24, 2721:4, 2723:2, 2723:9, 2723:23
**personal** [20] - 2725:18, 2783:3, 2783:6, 2783:20, 2784:12, 2784:16, 2784:23, 2785:15, 2785:24, 2786:1, 2786:24, 2787:2, 2787:23, 2788:17, 2788:24, 2789:5, 2789:6, 2800:12, 2801:2
**personally** [3] - 2728:13, 2772:20,

2796:7
**personnel** [13] - 2726:15, 2728:7, 2731:20, 2738:24, 2747:9, 2754:12, 2755:9, 2755:11, 2755:13, 2766:18, 2768:9, 2774:13, 2775:4
**perspective** [1] - 2725:3
**persuaded** [1] - 2768:25
**phone** [43] - 2719:23, 2720:14, 2721:7, 2721:20, 2722:10, 2724:6, 2727:20, 2729:7, 2729:9, 2731:17, 2731:19, 2731:22, 2732:6, 2739:13, 2744:14, 2744:17, 2744:18, 2745:7, 2745:17, 2747:5, 2748:3, 2748:8, 2748:18, 2748:23, 2749:1, 2749:2, 2749:8, 2752:7, 2752:9, 2757:11, 2757:12, 2764:19, 2765:3, 2765:4, 2769:21, 2771:24, 2771:25, 2772:5, 2790:24, 2795:3, 2795:6, 2805:3
**phones** [1] - 2746:20
**phrase** [2] - 2801:12, 2801:22
**pick** [4] - 2733:22, 2751:4, 2760:11
**picked** [7] - 2733:19, 2734:11, 2734:13, 2735:20, 2735:21, 2744:15, 2761:13
**picks** [1] - 2740:11
**pickup** [4] - 2738:5, 2771:7, 2772:1, 2778:22
**piggy** [1] - 2762:12
**piggy-backing** [1] - 2762:12
**pilot** [2] - 2768:14, 2773:10
**pistols** [1] - 2741:2
**place** [4] - 2740:4, 2745:21, 2776:1, 2799:20
**placed** [1] - 2769:7
**places** [1] - 2727:5
**Plaintiff** [1] - 2717:4

**plan** [9] - 2747:13, 2747:22, 2749:2, 2755:8, 2755:14, 2764:4, 2764:11, 2769:15, 2770:22
**plane** [21] - 2737:4, 2737:21, 2737:24, 2738:4, 2739:2, 2740:7, 2743:11, 2745:3, 2746:7, 2747:9, 2747:10, 2749:6, 2750:23, 2765:11, 2768:11, 2768:17, 2769:3, 2774:13, 2774:17, 2774:22, 2775:5
**plane-side** [1] - 2738:4
**play** [2] - 2752:22, 2757:20
**played** [4] - 2752:13, 2752:14, 2752:24, 2757:21
**players** [1] - 2748:13
**playing** [1] - 2771:9
**plus** [3] - 2736:7, 2743:3, 2753:12
**point** [39] - 2732:22, 2732:25, 2737:15, 2739:1, 2739:4, 2739:14, 2739:25, 2740:10, 2744:12, 2745:6, 2747:4, 2748:1, 2749:13, 2754:2, 2755:20, 2756:12, 2760:1, 2760:9, 2762:7, 2763:5, 2763:10, 2763:18, 2765:8, 2765:10, 2765:24, 2766:21, 2768:19, 2769:21, 2769:25, 2770:16, 2771:21, 2771:22, 2772:6, 2772:8, 2773:6, 2773:17, 2774:11, 2777:24, 2798:3
**pointing** [1] - 2765:20
**portion** [1] - 2762:8
**position** [13] - 2726:17, 2728:17, 2733:19, 2735:17, 2736:16, 2738:16, 2746:14, 2757:2, 2759:11, 2761:20, 2762:25, 2794:19, 2806:3
**positions** [1] - 2754:9
**positively** [2] - 2730:19, 2772:3

**possible** [4] - 2762:4, 2768:17, 2771:3, 2806:16
**possibly** [3] - 2744:6, 2756:12, 2757:13
**potential** [1] - 2765:6
**potentially** [9] - 2733:16, 2737:22, 2739:9, 2760:2, 2761:3, 2770:12, 2788:23, 2791:9, 2791:10
**power** [10] - 2782:18, 2792:13, 2793:3, 2794:2, 2794:4, 2794:5, 2794:11, 2794:19, 2794:20, 2794:21
**Predator** [4] - 2730:15, 2731:7, 2732:12, 2765:11
**predicted** [1] - 2803:13
**presence** [1] - 2796:23
**pretty** [13] - 2737:21, 2749:10, 2751:14, 2757:7, 2758:22, 2759:5, 2759:12, 2760:1, 2760:21, 2761:15, 2794:3
**prevent** [1] - 2722:13
**previous** [1] - 2788:13
**previously** [1] - 2767:15
**print** [1] - 2743:23
**printer** [1] - 2775:13
**pro** [1] - 2771:8
**problem** [3] - 2724:11, 2760:13, 2760:24
**proceeding** [1] - 2719:8
**proceedings** [2] - 2806:21, 2807:5
**Proceedings** [1] - 2717:25
**process** [4] - 2742:14, 2776:22, 2778:9, 2796:17
**produced** [1] - 2717:25
**professionally** [1] - 2768:2
**proffer** [1] - 2722:13
**project** [2] - 2782:17, 2792:13
**projecting** [3] - 2793:3, 2794:2, 2794:4
**protect** [5] - 2734:4,

2780:11, 2791:8, 2791:20, 2791:22
**protectees** [1] - 2763:17
**protecting** [2] - 2771:5, 2799:1
**protection** [3] - 2766:22, 2791:14, 2791:15
**provide** [1] - 2729:21
**provided** [3] - 2727:4, 2796:21, 2806:1
**provides** [1] - 2734:13
**pseudonym** [6] - 2727:10, 2727:11, 2803:10, 2803:22, 2803:24
**pseudonyms** [1] - 2803:5
**public** [2] - 2723:5, 2723:7
**pull** [1] - 2765:12
**pulled** [7] - 2741:21, 2741:25, 2748:6, 2749:9, 2749:15, 2771:22, 2772:2
**purchased** [1] - 2774:18
**purported** [1] - 2805:6
**purposes** [1] - 2805:17
**push** [15] - 2728:24, 2730:17, 2766:2, 2790:16, 2800:16, 2800:17, 2800:21, 2800:23, 2800:24, 2801:6, 2801:11, 2801:14, 2801:20, 2801:22, 2801:25
**pushed** [2] - 2746:13, 2766:5
**put** [6] - 2723:17, 2747:9, 2750:6, 2763:24, 2769:3, 2806:5
**putting** [1] - 2766:6

## Q

**QRF** [6] - 2727:25, 2728:20, 2728:23, 2728:24, 2729:17
**qualified** [1] - 2735:11
**questions** [22] - 2720:2, 2725:8, 2727:19, 2728:2, 2752:23, 2776:6, 2776:18, 2777:21, 2778:24, 2782:15,

2782:19, 2784:12, 2785:25, 2786:4, 2787:6, 2793:9, 2793:12, 2796:25, 2798:18, 2798:22, 2802:3, 2802:16
**quick** [5] - 2729:18, 2730:13, 2749:10, 2760:11, 2760:24
**quickly** [3] - 2737:21, 2757:7, 2802:19
**quite** [9] - 2743:15, 2746:25, 2749:9, 2752:5, 2761:19, 2766:20, 2767:22, 2768:16, 2770:8

## R

**radio** [5] - 2731:20, 2731:22, 2732:5, 2732:8, 2758:5
**radios** [4] - 2758:10, 2758:11, 2759:13, 2759:14
**raise** [2] - 2719:2, 2719:7
**ramp** [3] - 2774:15, 2775:1, 2775:3
**ran** [4] - 2752:10, 2761:25, 2762:24, 2792:7
**random** [2] - 2773:24, 2803:6
**ranking** [1] - 2729:13
**rapid** [1] - 2756:9
**rapper** [1] - 2737:1
**rationale** [1] - 2799:15
**re** [1] - 2776:18
**re-open** [1] - 2776:18
**reaction** [1] - 2729:18
**read** [4] - 2770:14, 2773:1, 2789:16, 2805:20
**reading** [1] - 2721:2
**real** [2] - 2731:11, 2731:12
**real-time** [2] - 2731:11, 2731:12
**realized** [2] - 2761:2, 2764:19
**really** [9] - 2761:1, 2765:23, 2770:15, 2782:7, 2782:9, 2784:12, 2791:12, 2791:19, 2802:19
**reason** [5] - 2731:2, 2749:21, 2777:7, 2777:13, 2788:6

**reasons** [1] - 2799:5
**recalled** [2] - 2730:2, 2733:15
**received** [7] - 2727:20, 2729:7, 2729:9, 2732:24, 2747:5, 2765:10, 2799:16
**receiving** [5] - 2722:10, 2739:8, 2747:2, 2795:1, 2805:18
**Recess** [1] - 2776:16
**recognize** [2] - 2734:17, 2772:18
**recognized** [1] - 2758:21
**reconvene** [1] - 2776:9
**record** [12] - 2723:5, 2723:7, 2725:2, 2725:9, 2725:15, 2786:16, 2786:18, 2793:19, 2800:5, 2800:14, 2806:7, 2807:5
**record's** [1] - 2748:20
**recover** [5] - 2738:17, 2739:2, 2745:15, 2770:22, 2772:6
**recovered** [2] - 2740:1, 2773:4
**recovery** [2] - 2745:24, 2747:3
**Redirect** [1] - 2718:4
**REDIRECT** [1] - 2797:4
**refer** [1] - 2748:17
**reference** [1] - 2803:24
**referring** [3] - 2733:7, 2764:13, 2767:11
**reflects** [1] - 2806:7
**refusing** [1] - 2768:18
**regardless** [2] - 2790:17, 2800:22
**regional** [2] - 2727:21, 2732:16
**regular** [1] - 2749:22
**related** [4] - 2726:22, 2727:1, 2803:3, 2803:4
**relationship** [1] - 2803:7
**relay** [2] - 2731:20, 2732:5
**relayed** [1] - 2732:3
**relevance** [1] - 2719:13
**relevant** [3] - 2719:11, 2722:9, 2803:2

**remain** [4] - 2757:15, 2763:22, 2768:14, 2770:9
**remaining** [1] - 2762:3, 2769:4
**remains** [1] - 2769:18
**remember** [4] - 2749:9, 2752:6, 2778:13, 2801:12
**removed** [1] - 2725:22
**renew** [1] - 2805:15
**repeat** [1] - 2729:15
**repelled** [1] - 2739:14
**rephrase** [1] - 2792:18
**reply** [3] - 2731:22, 2731:23, 2732:7
**report** [3] - 2721:25, 2722:1, 2731:25
**reported** [1] - 2717:25
**reporter** [4] - 2729:5, 2733:12, 2742:22, 2805:2
**Reporter** [2] - 2717:21, 2807:3
**reports** [1] - 2739:8
**representative** [1] - 2739:7
**represented** [2] - 2723:24, 2724:1
**request** [6] - 2732:6, 2771:17, 2802:23, 2803:17, 2805:16, 2805:23
**requested** [1] - 2803:12
**rescue** [3] - 2745:24, 2747:19, 2790:22
**research** [2] - 2720:4, 2804:11
**respect** [6] - 2744:9, 2770:22, 2771:16, 2782:4, 2783:2, 2794:24
**respected** [1] - 2744:8
**respective** [1] - 2758:12
**respond** [3] - 2745:10, 2758:9, 2758:13
**responding** [1] - 2800:15
**response** [3] - 2732:19, 2763:13, 2800:21
**responsible** [5] - 2726:15, 2735:7, 2743:10, 2773:12, 2775:12
**rest** [3] - 2752:11, 2757:11, 2757:14
**retrieve** [1] - 2771:17

**return** [1] - 2771:21
**returned** [5] - 2740:2,
2795:17, 2795:19,
2796:14
**returning** [1] -
2772:21
**reveal** [1] - 2723:2
**reviewed** [1] - 2719:5
**revolution** [2] -
2788:3, 2788:8
**rhetoric** [2] - 2745:1,
2749:4
**ride** [5] - 2733:1,
2738:12, 2738:13,
2740:7, 2773:5
**riding** [1] - 2751:17
**rifle** [1] - 2762:2
**rifles** [2] - 2741:1,
2741:16
**Ring** [2] - 2738:20,
2738:21
**rise** [1] - 2760:10
**risk** [1] - 2798:8
**road** [1] - 2774:1
**robust** [1] - 2735:7
**rock** [1] - 2737:1
**rocket** [1] - 2756:4
**Roger** [1] - 2764:8
**role** [2] - 2727:7,
2781:9
**roof** [23] - 2754:9,
2758:6, 2758:8,
2758:14, 2758:19,
2759:6, 2760:10,
2760:21, 2760:23,
2761:1, 2761:3,
2761:4, 2761:6,
2761:25, 2762:3,
2762:4, 2762:5,
2762:9, 2762:10,
2762:22, 2766:13
**roofs** [1] - 2764:7
**room** [3] - 2730:2,
2733:16, 2769:10
**Room** [1] - 2717:22
**ropes** [1] - 2761:2
**rotations** [1] - 2735:1
**route** [3] - 2750:24,
2751:15, 2753:19
**Roy** [3] - 2726:6,
2726:12, 2727:10
**ROY** [2] - 2718:3,
2726:7
**RPR** [1] - 2717:21
**RSO** [4] - 2727:21,
2728:24, 2729:9,
2729:11
**Rule** [2] - 2804:19,
2805:20
**rule** [2] - 2793:20,

2804:24
**ruled** [1] - 2793:18
**ruling** [1] - 2725:15
**run** [1] - 2764:7
**running** [1] - 2746:20
**runs** [1] - 2772:12
**runway** [1] - 2773:7
**Russian** [1] - 2740:18

## S

**safe** [6] - 2742:9,
2743:10, 2745:2,
2768:22, 2798:7,
2804:10
**Salafist** [2] - 2788:10,
2802:4
**Samoan** [1] - 2760:23
**sandbagged** [1] -
2723:4
**sat** [1] - 2761:10
**save** [1] - 2790:9
**saving** [1] - 2754:10
**saw** [14] - 2720:9,
2724:18, 2725:23,
2727:14, 2752:11,
2754:2, 2754:18,
2760:4, 2760:10,
2760:16, 2775:1,
2786:14, 2793:9,
2793:13
**scared** [4] - 2764:19,
2765:23, 2795:4,
2795:7
**schedule** [1] - 2804:7
**school** [4] - 2740:18,
2746:5, 2750:22,
2764:21
**scope** [5] - 2783:11,
2783:14, 2798:14,
2798:15, 2799:18
**screaming** [3] -
2759:8, 2761:18,
2761:24
**screen** [2] - 2734:17,
2778:6
**SEAL** [1] - 2735:2
**Sean** [1] - 2767:14
**search** [3] - 2739:1,
2747:11, 2755:12
**seat** [2] - 2775:25,
2804:16
**seated** [1] - 2777:20
**second** [3] - 2719:20,
2738:22, 2738:23
**seconds** [3] -
2752:16, 2757:20,
2761:9
**secret** [1] - 2801:3

**sect** [1] - 2802:7
**secure** [1] - 2738:24
**securing** [1] - 2775:6
**security** [12] -
2726:15, 2726:22,
2727:1, 2727:5,
2727:7, 2727:21,
2728:1, 2731:20,
2732:16, 2743:10,
2766:4, 2766:18
**security-related** [2] -
2726:22, 2727:1
**see** [21] - 2732:12,
2741:3, 2753:25,
2754:5, 2757:9,
2757:22, 2758:20,
2758:23, 2759:9,
2759:15, 2762:20,
2765:17, 2771:16,
2771:23, 2777:6,
2778:6, 2784:1,
2798:7, 2798:19,
2804:5, 2806:19
**seeing** [2] - 2738:8,
2752:20
**SEIFERT** [65] -
2717:13, 2719:2,
2719:5, 2719:17,
2719:20, 2720:16,
2720:23, 2721:1,
2721:9, 2721:12,
2721:19, 2721:24,
2722:12, 2722:21,
2723:13, 2724:1,
2724:22, 2725:1,
2725:14, 2725:16,
2725:19, 2726:5,
2726:9, 2760:3,
2776:6, 2776:17,
2777:3, 2777:8,
2777:12, 2777:16,
2777:23, 2778:24,
2779:13, 2779:17,
2780:20, 2781:18,
2783:9, 2783:13,
2783:25, 2784:21,
2785:20, 2785:25,
2786:4, 2786:7,
2787:6, 2788:4,
2789:2, 2792:15,
2792:22, 2792:25,
2797:2, 2797:5,
2798:17, 2799:21,
2800:15, 2800:20,
2801:5, 2801:9,
2801:21, 2802:16,
2803:15, 2805:15,
2806:3, 2806:13,
2806:18
**Seifert** [5] - 2726:4,

2777:21, 2780:24,
2786:17, 2797:1
**selected** [1] - 2803:24
**self** [1] - 2743:25
**self-identify** [1] -
2743:25
**send** [4] - 2727:25,
2738:25, 2747:10,
2771:7
**senior** [3] - 2754:12,
2755:3, 2764:9
**sent** [3] - 2771:19,
2796:12, 2803:12
**sentence** [1] - 2806:1
**September** [11] -
2726:18, 2726:20,
2727:13, 2727:17,
2753:1, 2779:21,
2787:15, 2792:21,
2796:18, 2796:22
**served** [2] - 2738:9,
2774:15
**SESSION** [1] - 2717:9
**set** [1] - 2766:3
**setting** [1] - 2796:21
**seven** [1] - 2749:11
**several** [6] - 2735:1,
2746:15, 2746:16,
2779:4, 2785:7,
2796:19
**shelf** [1] - 2750:14
**Shield** [32] - 2720:13,
2720:19, 2721:3,
2721:15, 2722:6,
2722:7, 2722:19,
2722:20, 2723:11,
2723:16, 2723:20,
2723:25, 2781:6,
2781:12, 2781:15,
2782:11, 2782:25,
2784:17, 2784:18,
2784:20, 2785:3,
2785:16, 2785:17,
2786:2, 2788:14,
2790:23, 2792:2,
2795:19
**shield** [1] - 2724:19
**shirt** [1] - 2789:18
**shirts** [1] - 2789:15
**shit** [1] - 2759:17
**shooter** [2] - 2763:24,
2763:25
**shooters** [2] -
2763:16, 2763:23
**shop** [1] - 2743:23
**short** [2] - 2765:3,
2769:5, 2789:23
**shorthand** [1] -
2717:25
**shortly** [5] - 2748:5,

2749:8, 2755:20,
2756:3, 2756:9
**show** [9] - 2740:9,
2741:9, 2753:22,
2765:9, 2770:5,
2770:11, 2779:24,
2805:22, 2805:23
**showing** [1] - 2751:1
**shown** [2] - 2734:15,
2757:18
**side** [6] - 2727:23,
2738:4, 2744:17,
2756:2, 2773:7
**sides** [1] - 2747:2
**sign** [5] - 2734:23,
2754:10, 2754:14,
2764:6, 2798:12
**signs** [2] - 2734:22,
2741:19
**similar** [1] - 2745:4
**single** [1] - 2796:12
**sit** [2] - 2761:10,
2804:14
**site** [1] - 2768:14
**sitting** [1] - 2729:7
**situation** [10] -
2729:20, 2730:4,
2730:6, 2731:12,
2744:10, 2751:25,
2758:8, 2763:15,
2795:11, 2798:7
**situational** [2] -
2755:25, 2756:20
**slight** [1] - 2742:16
**slippery** [1] - 2759:5
**slow** [1] - 2752:7
**slung** [1] - 2741:1
**Smith** [1] - 2767:14
**so's** [1] - 2748:21
**so-and-so's** [1] -
2748:21
**so..** [3] - 2769:11,
2770:15, 2794:8
**soldier** [1] - 2768:2
**someone** [12] -
2719:23, 2720:22,
2722:15, 2723:16,
2728:17, 2731:5,
2735:14, 2740:16,
2744:13, 2775:7,
2795:12, 2803:12
**sometime** [1] - 2751:9
**sometimes** [4] -
2788:21, 2788:25,
2794:19
**somewhere** [3] -
2740:5, 2750:7,
2753:19
**sorry** [10] - 2729:3,
2733:11, 2736:3,

2741:10, 2743:2,
2782:10, 2783:9,
2802:22
**sort** [4] - 2721:3,
2779:4, 2779:12,
2791:19
**sound** [1] - 2775:16
**sounded** [1] - 2802:24
**sources** [2] - 2784:14,
2787:1
**speaker** [4] - 2735:19,
2735:21, 2736:2,
2743:18
**speakers** [1] - 2771:15
**speaking** [9] -
2720:12, 2722:8,
2722:20, 2723:24,
2744:16, 2744:19,
2751:23, 2751:24,
2764:20
**speaks** [1] - 2751:22
**special** [1] - 2735:5
**Special** [12] - 2727:18,
2728:4, 2728:5,
2728:7, 2728:19,
2728:25, 2729:25,
2731:3, 2735:2,
2735:4, 2739:23,
2740:1
**specialists** [1] -
2795:22
**specialties** [3] -
2733:19, 2734:11,
2734:14
**specific** [1] - 2781:8
**specifically** [4] -
2743:13, 2772:9,
2774:2, 2805:2
**specifics** [1] - 2793:7
**spell** [2] - 2742:23,
2803:15
**spelled** [1] - 2803:16
**spelling** [1] - 2743:1
**spellings** [1] -
2803:23
**spent** [2] - 2787:15,
2787:17
**spread** [1] - 2766:17
**stand** [1] - 2729:17
**standard** [7] -
2741:14, 2741:17,
2742:6, 2742:14,
2755:4, 2772:15,
2789:14
**standing** [7] -
2746:23, 2756:2,
2756:10, 2756:17,
2757:1, 2765:1,
2770:2
**standoff** [1] - 2751:20

**star** [1] - 2737:1
**Starbucks** [1] - 2750:7
**start** [4] - 2733:10,
2755:18, 2764:10,
2806:12
**started** [11] - 2740:9,
2741:23, 2742:8,
2743:8, 2751:23,
2755:21, 2766:10,
2779:7, 2779:8,
2783:8, 2788:8
**starting** [1] - 2741:10
**State** [4] - 2727:22,
2727:23, 2729:12,
2732:17
**state** [3] - 2729:10,
2794:7, 2799:24
**statement** [6] -
2804:24, 2805:6,
2805:22, 2806:2,
2806:18, 2806:8
**States** [7] - 2726:23,
2727:18, 2728:4,
2728:7, 2739:7,
2763:13, 2771:24
**STATES** [3] - 2717:1,
2717:3, 2717:10
**station** [1] - 2724:9
**stationed** [1] -
2758:14
**stay** [1] - 2763:20
**stayed** [1] - 2756:21
**stealing** [3] - 2745:20,
2790:10, 2790:11,
2797:9
**stenotype** [1] -
2717:25
**steps** [4] - 2730:7,
2731:14, 2731:15,
2804:15
**Stevens** [5] - 2728:9,
2728:11, 2728:23,
2772:2, 2772:4
**Stevens'** [1] - 2772:7
**stick** [9] - 2724:14,
2725:22, 2743:24,
2768:15, 2785:8,
2786:5, 2786:14,
2793:12
**sticker** [2] - 2743:22,
2744:1
**still** [17] - 2719:10,
2733:24, 2739:8,
2739:9, 2742:13,
2747:3, 2749:21,
2752:6, 2760:9,
2760:19, 2762:25,
2764:17, 2765:5,
2770:4, 2770:19,
2775:21, 2789:19

**stipulate** [1] - 2805:11
**stole** [1] - 2767:7
**stop** [2] - 2759:24,
2761:19
**stopped** [7] - 2751:15,
2752:7, 2758:4,
2761:24, 2778:12,
2792:9, 2794:1
**stopping** [1] - 2754:1
**stories** [1] - 2803:9
**story** [1] - 2803:2
**straight** [1] - 2756:15
**strange** [1] - 2795:12
**strangely** [1] - 2762:1
**strap** [4] - 2761:7,
2761:9, 2761:11,
2762:14
**strap's** [1] - 2762:15
**Street** [2] - 2717:14,
2717:17
**street** [2] - 2752:10,
2754:3
**streets** [1] - 2751:5
**strict** [1] - 2788:18
**strictly** [1] - 2804:19
**strike** [2] - 2756:4,
2799:8
**strikes** [2] - 2757:13,
2758:4
**stringent** [1] - 2802:7
**stringent-leaning** [1] -
2802:7
**strobe** [1] - 2732:11
**strobes** [5] - 2730:19,
2731:21, 2732:3,
2732:7, 2732:9
**structure** [1] - 2789:9
**strung** [1] - 2763:15
**stuck** [1] - 2773:8
**study** [1] - 2750:24
**stuff** [3] - 2766:5,
2775:5, 2781:23
**submitted** [1] -
2806:10
**subordinates** [1] -
2789:7
**subpoena** [1] - 2805:8
**subsequent** [1] -
2723:1
**subsequently** [2] -
2719:25, 2762:20
**successions** [1] -
2756:9
**sufficient** [3] -
2733:18, 2734:4,
2787:17
**suggest** [1] - 2764:3
**suicide** [1] - 2795:15
**sun** [1] - 2753:13
**superiors** [2] - 2789:1,

2789:8
**supervisor** [4] -
2730:8, 2733:5,
2764:12, 2769:21
**support** [10] -
2727:25, 2728:24,
2729:19, 2729:22,
2733:1, 2734:13,
2735:8, 2746:17,
2775:12, 2779:24
**supporting** [1] -
2728:23
**supposed** [2] -
2736:19, 2746:19
**surmise** [1] - 2724:8
**surmised** [1] - 2720:1
**surprised** [2] -
2804:22, 2805:4
**surreal** [1] - 2740:21
**sustain** [1] - 2800:13
**sustained** [4] -
2779:18, 2789:3,
2798:16, 2801:19
**swirling** [1] - 2766:20
**SWORN** [1] - 2726:7

**T**

**T-shirt** [1] - 2789:18
**T-shirts** [1] - 2789:15
**Tacoma** [2] - 2738:5,
2772:12
**tactical** [1] - 2798:7
**Tanto** [3] - 2754:10,
2765:14, 2774:20
**tarmac** [13] - 2738:11,
2740:12, 2740:14,
2743:5, 2746:23,
2751:10, 2769:4,
2769:9, 2769:14,
2770:2, 2770:21,
2773:15, 2775:19
**tarp** [2] - 2771:24,
2772:2
**tasking** [2] - 2747:23,
2775:5
**taskings** [2] - 2798:4,
2798:6
**taught** [1] - 2735:5
**tax** [1] - 2774:9
**taxied** [1] - 2773:6
**team** [38] - 2728:22,
2729:18, 2730:2,
2730:9, 2730:18,
2732:1, 2732:17,
2732:19, 2732:23,
2733:13, 2733:15,
2733:16, 2733:17,
2733:19, 2733:22,

2733:23, 2734:6,
2734:11, 2735:12,
2735:16, 2736:12,
2737:2, 2739:19,
2740:3, 2749:16,
2753:21, 2757:1,
2758:10, 2758:11,
2761:2, 2763:4,
2764:2, 2766:7,
2769:14, 2769:15,
2773:20
**technical** [1] -
2767:23
**technicals** [3] -
2778:20, 2778:21,
2794:21
**teleconference** [1] -
2775:23
**ten** [1] - 2727:20
**term** [6] - 2747:12,
2749:25, 2765:3,
2802:4, 2802:5
**terminal** [1] - 2740:11
**terms** [3] - 2729:16,
2757:14, 2798:22
**testified** [10] -
2720:10, 2720:21,
2721:6, 2721:17,
2723:13, 2779:3,
2781:3, 2781:7,
2799:25, 2803:21
**testifies** [1] - 2722:23
**testify** [5] - 2719:21,
2723:21, 2726:21,
2782:17, 2783:20
**testifying** [2] - 2720:8,
2727:9
**TESTIMONY** [1] -
2718:2
**testimony** [19] -
2721:2, 2721:5,
2722:10, 2722:24,
2725:10, 2777:25,
2781:1, 2782:5,
2784:3, 2786:19,
2786:21, 2786:22,
2789:24, 2799:16,
2803:11, 2803:20,
2805:1, 2805:5,
2806:17
**thanking** [1] - 2777:10
**THE** [83] - 2717:1,
2717:9, 2720:21,
2720:25, 2721:8,
2721:17, 2721:23,
2722:15, 2723:10,
2723:15, 2724:14,
2724:18, 2724:23,
2725:7, 2725:24,
2726:3, 2726:7,

2759:21, 2759:22, 2759:23, 2759:24, 2776:7, 2776:11, 2776:15, 2776:25, 2777:15, 2777:20, 2779:18, 2780:21, 2781:3, 2781:14, 2782:6, 2782:9, 2782:23, 2783:7, 2783:11, 2783:19, 2783:24, 2784:5, 2784:25, 2785:1, 2785:2, 2785:4, 2785:5, 2785:7, 2785:8, 2785:11, 2785:21, 2786:5, 2786:14, 2786:17, 2787:4, 2787:10, 2788:5, 2788:6, 2788:8, 2789:3, 2792:18, 2792:23, 2793:12, 2793:18, 2793:22, 2797:1, 2798:16, 2799:9, 2799:12, 2799:18, 2799:25, 2800:5, 2800:13, 2800:19, 2801:19, 2801:20, 2802:17, 2803:3, 2803:17, 2803:19, 2804:13, 2804:16, 2805:20, 2806:7, 2806:14, 2806:19

**the..** [1] - 2731:17

**themselves** [2] - 2734:3, 2744:21

**therefore** [4] - 2734:12, 2749:20, 2791:14, 2791:15

**they've** [1] - 2786:20

**Third** [1] - 2738:20

**three** [14] - 2729:1, 2746:25, 2749:9, 2749:14, 2751:10, 2752:15, 2753:20, 2756:9, 2767:16, 2776:1, 2778:5, 2778:6, 2778:15, 2790:7

**three-letter** [1] - 2729:1

**threw** [3] - 2751:23, 2762:3, 2775:21

**throwing** [1] - 2762:5

**thrown** [1] - 2743:15

**Thursday** [1] - 2717:5

**tied** [1] - 2761:11

**Tig** [4] - 2760:10, 2760:12

**tiles** [1] - 2756:11

**timeline's** [1] - 2737:15

**timestamp** [1] - 2778:1

**TIMOTHY** [1] - 2717:16

**TL** [19] - 2726:13, 2726:14, 2726:17, 2731:21, 2739:13, 2747:1, 2752:9, 2758:18, 2759:4, 2759:9, 2760:25, 2761:7, 2763:6, 2763:7, 2764:7, 2771:1, 2772:3, 2775:22, 2796:5

**TL's** [1] - 2758:11

**today** [6] - 2726:21, 2727:9, 2731:5, 2748:7, 2802:18, 2804:3

**together** [6] - 2723:17, 2741:8, 2759:17, 2764:2, 2764:3, 2782:3

**toilet** [2] - 2729:7, 2775:13

**token** [1] - 2796:21

**tomorrow** [1] - 2806:11

**tone** [2] - 2790:24, 2791:17

**took** [3] - 2730:7, 2752:10, 2754:7, 2763:2, 2774:15, 2790:14, 2795:6, 2804:18, 2804:25

**top** [7] - 2756:10, 2756:11, 2757:1, 2759:1, 2759:6, 2762:21

**topic** [1] - 2782:8

**total** [1] - 2751:10

**totality** [1] - 2727:2

**totally** [3] - 2751:25, 2797:23, 2803:16

**tour** [2] - 2775:10

**tourniquets** [1] - 2760:22

**towards** [3] - 2729:25, 2761:17, 2802:7

**town** [1] - 2741:9

**Toyota** [2] - 2738:5, 2772:12

**track** [1] - 2804:7

**trail** [1] - 2778:16

**trained** [2] - 2735:3, 2768:2

**training** [4] - 2735:6, 2735:13, 2793:10

**TRANSCRIPT** [1] - 2717:9

**Transcript** [1] - 2717:25

**transcript** [4] - 2719:6, 2723:5, 2780:24, 2807:4

**transcription** [1] - 2717:25

**transfer** [1] - 2778:4

**translating** [4] - 2764:24, 2764:25, 2771:12, 2771:13

**translator** [1] - 2744:3

**transport** [1] - 2769:23

**trauma** [1] - 2735:8

**trial** [9] - 2720:11, 2720:21, 2721:6, 2782:17, 2802:25, 2803:21, 2804:4, 2804:8, 2806:17

**TRIAL** [1] - 2717:9

**trickling** [1] - 2779:8

**tried** [2] - 2752:8, 2766:9

**Tripoli** [28] - 2725:20, 2727:14, 2729:22, 2730:1, 2730:9, 2730:10, 2732:23, 2733:24, 2734:6, 2734:7, 2735:10, 2735:17, 2736:21, 2736:22, 2737:14, 2737:20, 2738:25, 2743:11, 2745:3, 2746:17, 2747:10, 2769:18, 2773:10, 2773:14, 2774:23, 2774:25, 2776:1, 2783:4

**troop** [1] - 2769:23

**truck** [13] - 2765:20, 2771:7, 2772:1, 2772:7, 2772:9, 2772:11, 2772:14, 2772:23, 2775:2, 2775:3, 2796:12, 2796:14, 2803:13

**trucks** [6] - 2724:17, 2724:18, 2738:5, 2738:10, 2741:19, 2778:22

**true** [3] - 2727:10, 2731:2, 2787:9

**trust** [9] - 2722:4, 2780:15, 2780:16, 2781:11, 2782:13, 2782:21, 2791:25, 2797:13, 2797:14

**trusted** [4] - 2722:5, 2782:25, 2788:1, 2797:23

**trustworthy** [1] - 2722:6

**try** [6] - 2745:19, 2755:18, 2786:12, 2790:9, 2806:11, 2806:15

**trying** [19] - 2721:9, 2722:13, 2746:17, 2746:25, 2766:3, 2769:17, 2781:20, 2781:24, 2784:2, 2785:18, 2791:7, 2791:20, 2791:21, 2791:22, 2791:23, 2792:13, 2798:23, 2800:23

**Tuesday** [1] - 2804:5

**tug** [1] - 2724:10

**Tupac** [2] - 2789:15, 2789:18

**turn** [7] - 2730:19, 2731:21, 2732:3, 2732:6, 2751:13, 2761:17

**turn-by-turn** [1] - 2751:13

**turned** [2] - 2746:11, 2746:20

**twice** [1] - 2739:17

**two** [20] - 2721:17, 2730:5, 2736:21, 2739:14, 2742:7, 2744:16, 2746:25, 2748:5, 2749:8, 2749:14, 2755:4, 2770:23, 2771:14, 2782:7, 2782:18, 2788:21, 2794:3, 2803:23

**Ty** [4] - 2760:7, 2760:9, 2762:1, 2767:12

**type** [6] - 2736:24, 2763:15, 2766:25, 2778:23, 2789:17, 2789:18

**types** [3] - 2743:8, 2755:13, 2778:18

**typical** [6] - 2741:16, 2742:11, 2743:22, 2766:4, 2772:25, 2778:23

**typically** [1] - 2774:8

**Tyrone** [3] - 2760:8, 2760:16, 2767:14

**U**

**U.S** [24] - 2717:13, 2717:22, 2727:3, 2728:12, 2728:15, 2728:19, 2729:19, 2736:23, 2738:17, 2739:3, 2739:12, 2739:23, 2747:19, 2755:9, 2767:2, 2774:9, 2774:12, 2774:18, 2776:3, 2777:2, 2777:5, 2780:8, 2790:22, 2796:20

**Ubaydi** [1] - 2803:23

**Ubben** [4] - 2759:7, 2762:10, 2762:20, 2763:18

**ultimately** [3] - 2722:5, 2791:25, 2806:17

**under** [17] - 2726:16, 2727:9, 2727:24, 2728:3, 2728:14, 2728:20, 2729:10, 2759:9, 2760:12, 2766:22, 2785:18, 2789:9, 2791:13, 2791:14, 2791:15, 2795:21, 2803:22

**underneath** [1] - 2761:13

**understood** [2] - 2782:5, 2782:11

**uniform** [3] - 2732:14, 2740:18, 2789:14

**uniforms** [1] - 2770:14

**United** [8] - 2726:23, 2727:18, 2728:3, 2728:7, 2739:7, 2763:13, 2771:24, 2789:18

**UNITED** [3] - 2717:1, 2717:3, 2717:10

**unknown** [1] - 2798:11

**unless** [2] - 2719:12, 2720:7

**up** [45] - 2721:13, 2722:14, 2729:8, 2733:17, 2734:9, 2735:18, 2736:17, 2740:9, 2740:11, 2741:21, 2741:23, 2741:25, 2748:6, 2749:9, 2749:15, 2750:3, 2751:18, 2758:19, 2759:1,

2759:3, 2759:4,
2760:11, 2761:10,
2761:13, 2761:17,
2761:21, 2763:20,
2764:3, 2765:9,
2765:12, 2766:3,
2766:17, 2769:10,
2770:11, 2771:22,
2775:3, 2779:24,
2783:19, 2783:20,
2784:4, 2790:1,
2791:24, 2794:3,
2802:25, 2804:18
**upset** [2] - 2791:1,
2791:2
**uses** [1] - 2750:5
**USG** [1] - 2727:2
**usual** [2] - 2780:3,
2804:4

**V**

**various** [1] - 2794:10
**vehicle** [12] - 2741:21,
2744:1, 2746:9,
2749:18, 2750:8,
2750:9, 2750:11,
2771:7, 2771:19,
2771:21, 2775:24
**vehicles** [38] -
2743:24, 2748:6,
2749:9, 2749:14,
2749:15, 2750:15,
2753:16, 2753:17,
2753:20, 2755:19,
2765:12, 2766:11,
2766:17, 2766:23,
2766:24, 2767:1,
2767:2, 2767:7,
2767:23, 2768:4,
2773:17, 2773:19,
2773:20, 2773:21,
2775:25, 2778:5,
2778:6, 2778:7,
2778:10, 2778:12,
2778:13, 2778:14,
2778:15, 2778:16,
2778:17, 2778:18,
2778:23, 2789:23
**version** [2] - 2772:12,
2802:8
**vest** [1] - 2795:15
**veterinarian** [1] -
2735:8
**via** [2] - 2731:20,
2732:5
**video** [10] - 2752:14,
2752:16, 2752:18,
2752:19, 2752:24,
2752:25, 2753:25,

2757:21, 2775:23,
2778:1
**visible** [1] - 2732:11
**visibly** [1] - 2759:8
**vision** [2] - 2732:12,
2759:10
**voice** [2] - 2790:24,
2791:17
**volunteered** [2] -
2731:15, 2763:3
**vying** [1] - 2794:11

**W**

**wait** [1] - 2763:20
**waiting** [5] - 2733:3,
2736:15, 2736:25,
2755:19, 2774:25
**walk** [3] - 2754:11,
2761:14, 2795:14
**walked** [7] - 2730:3,
2731:17, 2748:2,
2754:7, 2754:11,
2755:24, 2756:19
**walking** [6] - 2732:24,
2740:1, 2754:9,
2754:16, 2765:14,
2802:2
**warning** [1] - 2765:7
**warrant** [1] - 2735:20
**Washington** [4] -
2717:5, 2717:14,
2717:18, 2717:23
**wasta** [7] - 2741:22,
2742:1, 2742:2,
2749:21, 2749:23,
2770:19, 2794:13
**watch** [4] - 2746:14,
2752:19, 2762:16,
2769:12
**WAYNE** [3] - 2717:21,
2807:3, 2807:8
**ways** [1] - 2773:9
**weapon** [1] - 2761:25
**weapons** [6] -
2734:14, 2738:6,
2756:13, 2762:3,
2762:5, 2778:22
**wear** [1] - 2770:14
**weekend** [1] - 2804:9
**weekly** [1] - 2728:18
**weight** [1] - 2768:22
**weird** [1] - 2759:13
**welcome** [1] - 2726:3
**welds** [1] - 2761:16
**west** [3] - 2792:14,
2792:20, 2793:16
**western** [1] - 2797:22
**westerners** [1] -

2798:12
**whatnot** [1] - 2742:15
**wheels** [1] - 2746:24
**White** [1] - 2775:23
**white** [2] - 2771:22,
2772:10
**whole** [5] - 2737:2,
2751:23, 2751:25,
2759:6, 2806:1
**wholly** [1] - 2797:14
**wide** [1] - 2733:17
**willing** [2] - 2764:21,
2797:16
**window** [1] - 2738:10
**windows** [1] - 2746:6
**Wissam** [9] - 2720:11,
2720:14, 2720:18,
2720:22, 2721:7,
2722:6, 2722:8,
2723:11
**WITNESS** [9] - 2726:7,
2759:22, 2759:24,
2785:1, 2785:4,
2785:7, 2788:6,
2788:8, 2801:20
**witness** [23] -
2719:21, 2720:2,
2776:18, 2776:19,
2777:22, 2781:25,
2782:8, 2783:10,
2784:3, 2786:23,
2802:18, 2803:1,
2803:6, 2803:21,
2804:3, 2804:15,
2804:20, 2804:23,
2805:13, 2805:19,
2805:21, 2805:23,
2806:5
**witness's** [2] - 2719:6,
2805:21
**witnesses** [4] -
2725:5, 2786:20,
2786:21, 2786:22
**Woods** [3] - 2760:8,
2760:16, 2767:14
**word** [7] - 2732:24,
2742:2, 2743:13,
2743:14, 2765:10,
2794:16, 2803:6
**words** [2] - 2729:1,
2745:18
**world** [1] - 2727:5
**worried** [4] - 2762:6,
2766:4, 2766:5,
2767:18
**wounded** [6] -
2732:24, 2740:1,
2754:16, 2768:18,
2769:5, 2776:5

**Y**

**years** [2] - 2726:25,
2749:11
**yelled** [2] - 2754:10,
2765:24
**yelling** [1] - 2761:19
**yourself** [3] - 2726:11,
2729:15, 2773:1

**Z**

**zero** [2] - 2736:7,
2743:3
**zero-plus** [2] - 2736:7,
2743:3
**Zombie** [2] - 2756:1,
2761:17
**zone** [1] - 2775:20
**Zulu** [2] - 2753:8,
2753:11