CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 13 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

MUSTAFA MUHAMMAD MUFTAH AL-IMAM

Civil/Criminal No.: 17-CR-213 (CRC)

## NOTE FROM JURY

Can you provide additional guidance for the language on page 14 of the jury instructions "Third, you may find the defendant... to the defendant as a necessary or natural consequence of the agreement."

(Part C first sentence)

Date: 6/13/19
Time: 9:40 am

FOREPERSON