

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUSTAFA MUHAMMAD MUFTAH AL-IMAM,<br><br>Defendant. | Case No. 17-cr-213 (CRC) |

### RESPONSE TO JURY NOTE OF JUNE 13, 2019 AT 9:40 AM

The jury should try its best to apply the referenced language as written, in the context of the instruction as a whole.

Date: June 13, 2019