CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 13 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
)
vs. )          Civil/Criminal No.: 17-CR-213 (CRC)
)
MUSTAFA MUHAMMAD MUFTAH AL-IMAM )
)

### NOTE FROM JURY

In regards to co-conspirator liability, is there additional guidance on how broad or narrow in scope must "reasonably forseeable" or "necessary and natural consequence" be defined?

Date: 6/13/19

Time: 10:46 am

FOREPERSON