CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )    Civil/Criminal No.: 17-CR-213 (CRC)
)
MUSTAFA MUHAMMAD MUFTAH AL-IMAM )
)

### NOTE FROM JURY

The jury does not have a common understanding of the phrase "injured a dwelling". Can you please provide more guidance?

Date: 6/13/19

Time: 3:01 pm

FOREPERSON