CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                    )        Civil/Criminal No.:  17-CR-213 (CRC)
)
MUSTAFA MUHAMMAD MUFTAH AL-IMAM  )
)

### NOTE FROM JURY

For the jury to find premeditated murder, must the jury find that the defendant, one he aided and abetted, or a co-conspirator intended to kill the specific person listed in the charge, or is it sufficient for the jury to find that the defendant, one he aided and abetted, or a co-conspirator merely intending to kill?

~~[illegible scribbled-out line]~~

Date: 6/13/19
Time: 3:34 pm

FOREPERSON