UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUSTAFA MUHAMMAD MUFTAH AL-IMAM,<br><br>Defendant. | Case No. 17-cr-213 (CRC) |

## VERDICT FORM

**COUNT ONE:**

As to COUNT ONE, charging conspiracy to provide material support or resources, knowing or intending that the material support or resources were to be used to prepare for, or to carry out, one of the offenses listed in Counts Three through Seventeen:

  Not Guilty: _____  Guilty: ✓

Special Finding:

With respect to Count ONE, we the jury make the following Special Findings:

Resulting in Death

  Not Guilty: _____  Guilty: _____

**COUNT TWO:**

As to COUNT TWO, charging providing material support or resources, knowing or intending that the material support or resources were to be used to prepare for, or to carry out, one of the offenses listed in Counts Three through Seventeen, we the jury find the defendant:

  Not Guilty: _____  Guilty: _____

Special Finding:

With respect to Count TWO, we the jury make the following Special Findings:

Resulting in Death

  Not Guilty: _____  Guilty: _____

### COUNT THREE (alternatives):

#### A. Felony Murder

As to COUNT THREE, charging felony murder of J. Christopher Stevens, an internationally protected person, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

#### B. Premeditated Murder

As to COUNT THREE, charging first degree premeditated murder of J. Christopher Stevens, an internationally protected person, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

### COUNT FOUR (alternatives):

#### A. Felony Murder

As to COUNT FOUR, charging felony murder of Sean Patrick Smith, an officer or employee of the United States, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

#### B. Premeditated Murder

As to COUNT FOUR, charging first degree premeditated murder of Sean Patrick Smith, an officer or employee of the United States, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

### COUNT FIVE:

As to COUNT FIVE, charging first degree premeditated murder of Tyrone Snowden Woods, an officer or employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

**COUNT SIX:**

As to COUNT SIX, charging first degree premeditated murder of Glen Anthony Doherty, an officer or employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____    Guilty: _____

**COUNT SEVEN:**

As to COUNT SEVEN, charging attempted murder of Scott Wickland, an officer or employee of the United States, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____    Guilty: _____

**COUNT EIGHT:**

As to COUNT EIGHT, charging attempted murder of David Ubben, an officer or employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____    Guilty: _____

**COUNT NINE:**

As to COUNT NINE, charging attempted murder of Mark Geist, an officer or employee of the United States, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____    Guilty: _____

**COUNT TEN:**

As to COUNT TEN, charging killing J. Christopher Stevens, in the course of an attack on a federal facility, that is, the U.S. Special Mission, involving the use of a firearm or a dangerous weapon, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____    Guilty: _____

**COUNT ELEVEN:**

As to COUNT ELEVEN, charging killing Sean Patrick Smith, in the course of an attack on a federal facility, that is, the U.S. Special Mission, involving the use of a firearm or a dangerous weapon, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____    Guilty: _____

3

**COUNT TWELVE:**

As to COUNT TWELVE, charging killing Tyrone Snowden Woods, in the course of an attack on a federal facility, that is, the Annex, involving the use of a firearm or a dangerous weapon, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

**COUNT THIRTEEN:**

As to COUNT THIRTEEN, charging killing Glen Anthony Doherty, in the course of an attack on a federal facility, that is, the Annex, involving the use of a firearm or a dangerous weapon, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

**COUNT FOURTEEN:**

As to COUNT FOURTEEN, charging maliciously damaging or destroying U.S. property, that is, the U.S. Special Mission, by means of fire or an explosive causing the death of J. Christopher Stevens and/or Sean Patrick Smith, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

**COUNT FIFTEEN:**

As to COUNT FIFTEEN, charging maliciously damaging or destroying U.S. property, that is, the Annex, by means of fire or an explosive causing the death of Tyrone Snowden Woods and/or Glen Anthony Doherty, on or about September 12, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: _____

**COUNT SIXTEEN:**

As to COUNT SIXTEEN, charging maliciously destroying or injuring dwellings and property, that is, the U.S. Special Mission, and placing lives in jeopardy within the special maritime and territorial jurisdiction of the United States or attempting to do the same, on or about September 11, 2012, we the jury find the defendant:

Not Guilty: _____     Guilty: ✓

## COUNT SEVENTEEN:

As to COUNT SEVENTEEN, charging maliciously destroying or injuring dwellings and property, that is, the Annex, and placing lives in jeopardy within the special maritime and territorial jurisdiction of the United States or attempting to do the same, on or about September 12, 2012, we the jury find the defendant:

        Not Guilty: _____        Guilty: _____

DATE: 6/13/19        FOREPERSON