# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 17-CR-213 (CRC) |
| | : | |
| **MUSTAFA MUHAMMAD MUFTAH AL-IMAM,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION FOR CHANGE IN BOND STATUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for a change in the Defendant's bond status. Since November 3, 2017, Defendant has been held pretrial pursuant to 18 U.S.C. § 3142(f)(1)(A), (1)(B), (2)(A), and (2)(B). On June 13, 2019, Defendant was found guilty of Conspiracy to Commit Material Support of Terrorism, 18 U.S.C. § 2339A, and Maliciously Destroying or Injuring Dwellings and Property within the Special Maritime Jurisdiction of the United States, 18 U.S.C. § 1363. As such, the government now seeks for Defendant to be held pursuant to 18 U.S.C. § 3143(a). Defendant is likely to flee and poses a danger to the safety of any other person or the community if released, and thus should be held pending sentencing under § 3143(a). In support of its Motion, the government incorporates by reference the facts and arguments made in its Memorandum in Support of Detention at 5-11 (ECF No. 12).

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By: /s/ _____
John Cummings
DC Bar No. 986573
Karen P. W. Seifert

        N.Y. Bar No. 4742342
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7527
        John.Cummings@usdoj.gov
        Karen.Seifert@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No.: 17-CR-213 (CRC)** |
| : | |
| **MUSTAFA MUHAMMAD MUFTAH** : | |
| **AL-IMAM,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion for Change in Bond Status, any opposition thereto, and the entire record in this case, it is this hereby:

ORDERED, that the Government's Motion is GRANTED, and the Defendant shall be held pending sentencing pursuant to 18 U.S.C. § 3143(a) because the Court finds, based on the record, that Defendant is likely to flee and that he poses a danger to the safety of the community if released, and he has not produced clear and convincing evidence to the contrary.

_____
DATE

_____
THE HONORABLE CHRISTOPHER R. COOPER
U.S. DISTRICT COURT JUDGE