UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 17-213 (CRC) |
| | : | |
| MUSTAFA MUHAMMAD MUFTAH AL-IMAM, | : : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S CONSENT MOTION TO CONTINUE
SENTENCING HEARING AND RELATED DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the deadlines related to sentencing in this matter. Defendant consents to this Motion.

The Court previously set the following deadlines related to sentencing:

- December 4, 2019 – Evidentiary Hearing

- December 6, 2019 – Sentencing Memorandums Due

- January 9, 2019 – Sentencing Hearing

The government seeks to continue these dates for several reasons. First, the government only received a copy of the Presentence Report (PSR) on the afternoon of November 25, 2019. Undersigned counsel for the government corresponded with the PSR writer on November 5, and did not receive any other messages from the Probation Office after that date. On the morning of November 25, the Court informed undersigned counsel that the PSR had been completed on November 8. Undersigned counsel understands the Probation Office has a record that on November 8, it left a message for AUSA Michael DiLorenzo and had the PSR delivered to him at

1

the U.S. Attorney's Office. However, AUSA DiLorenzo is on detail to the White House and he no longer has an office. Undersigned counsel have not located any copy of the PSR within the United States Attorney's Office. Given this delay and the upcoming Thanksgiving holiday, the government does not anticipate it will be able to file its sentencing memorandum by December 6.

Additionally, this delay and the press of other business for undersigned counsel necessitates the continuance of the December 4 evidentiary hearing. At the evidentiary hearing, the government intends to present testimony from Federal Bureau of Investigation Special Agent (SA) Benjamin Inman, to testify regarding the cell phone records of Ahmed Abu Khatallah and the cell tower information contained therein. The government has been working with SA Inman to prepare the testimony, but requires additional time to determine how SA Inman's testimony corresponds with or relates to the recommendations of the Probation Office in the PSR. Additionally, undersigned counsel are both working on matters requiring attention the week of December 3, to include a trial scheduled for December 9, which was scheduled after the sentencing in this matter. While undersigned counsel had hoped to continue the hearing for only one week, defense counsel already has other scheduled matters in mid to late December, and is unavailable until early January.

As such, the government respectfully requests a continuance to the following dates. Regarding the Sentencing Hearing date, the government is conferring with the victims regarding these proposed potential dates, and will inform the Court promptly of their availability.

- Evidentiary Hearing: January 7
- Sentencing Memorandums: January 10 or 13
- Sentencing Hearing: January 16, 17, 22, or 23

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
John Cummings
DC Bar No. 986573
Karen Seifert
NY Bar No. 4742342
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7527
John.Cummings@usdoj.gov
Karen.Seifert@usdoj.gov