**To: Judge Mr. Christopher R. Cooper**

I am Amina Ahmad, I am Mustafa's wife

Mustafa, he is a good human permanent smile, which doesn't carry in his heart any atom of hatred or hostility to any human-being. He loves everybody and everybody loves him. Kids love him because of his kindness & passion. He is a peaceful guy, who has no bad relation & problems with anyone. Mustafa did not have tension or fear throughout the period I spent with him and he does not suffer from any disturbances indicates that he feared something; he was normal and very quiet loves outing alot. So, it doesn't make any sense, from him to be a terrorist or an extremist. Those thoughts or actions don't come from a man like Mustafa, because anyone from his family, friends, and neighbors knows him very well.

They know his manners and actions…..

They know that he is a normal, quit, simple and funny guy. They know that he likes to go to panic a lot.

They know that he plays football and enjoy watching local and international matches and leagues. Also, he is a Real Madrid fan.

Our life is beautiful and quiet until that fateful day came on the 29th of October 2017. After midnight, we started looking for him on the hospitals. We thought that he had an accident, cause he never late to home at night before. We didn't even look at it as security agencies to check if he was there, because he never had problems or fights with anybody.

I was shocked when I heard the news that US has arrested, All the relatives, friends and neighbors he knew were shocked.

First, we thoughts that it a matter of days and he will come back home. Because, for sure, he is not the man US looking for. We don't expect that he will be stayed in prison until now!.

We were very confident that Mustafa's innocence would be proved easily, because he did not carry weapons before and did not belong to any armed formation.

There are many people who know that Mustafa is not terrorist or extremist, but they couldn't give their testimony to the court due to the security conditions inside the country.

Mustafa doesn't like to be alone. He likes to chat with people & his family a lot. He can't spend a day without speak with his mom, brothers and sisters at least by phone. He likes to chat with them, laugh and say jokes.

I don't know how he managed to spend two years in solitary confinement without communicating with people. I am afraid that he will be hurt by any loneliness and grief.

Mustafa had a child five months after his arrest. Now his son age is a yean and seven months without seeing his father ! .

Mustafa was waiting for the day of his son birth impatiently and always telling me that he will hold a big celebration to receive our first child and he never think that he will be denied even see his son all this time. Currently I am in suffering of pain whenever I see my son growing up day by day without his father and I hope that the days never pass without his father I want our son grow with both of us and I feel that the responsibility of raising him without his father and I am full of sadness whenever I heard my child pronounced the word "dad" and I always asking myself what to answer him if he asked me (Mom , Where is my dad?) I hope that Mustafa returns to us

before I am facing that question from my son, I miss him. , I'm suffered a lot of of pain last period lost because of his absence, I cannot live with that pain more than that and I hope you will end that sadness soon **Mr. Christopher** release Mustafa. I am sure of that you understand my words and feel my soul pain.

So, please release Mustafa as soon as possible, all of us waiting him.


Thank you.

**To: Judge Mr. Christopher R. Cooper**

I am Saleh Ibrahim Saleh, a friend of Mustafa Al-Imam

He was a friend of me since the high-school, he has good manners, wisdom and moderation in his behavior..  He worshiped Allah as a good Muslim and worked hard in a decent job..

He was working as a shop assistant for a living. He never had own a house or huge of money in a bank account. He was honest & generous. He loves sports, especially football. He was neither an ideologue nor an intellectual. He loves jokes and always happy and smiling. He loves his country.

We asked you Mr. Christopher to reconsider the case and release him and let him back to us and his family, we all sure of that he is innocent .


Sincerely,

**To: Judge Mr. Christopher R. Cooper**

I am giving my testimony about the accused Mustafa Al-Imam. I know him very well, because I am Mustafa's uncle's daughter.

As I know him since long time ago, I can testify that Mustafa is a good person, respectful, handsome, good looking, honest, and with a smile that does not leave his face.

He was a man who likes to communicate with people especially with the family. Even our relatives who live in far cities, he likes to travel to visit them, giving them presents.

He is a well-known athlete in his neighborhood and a football fan, and everyone knows that he is a very good football player & a funny guy.

He is not a terrorist…. He doesn't wear like them…. His actions or manners far away from them..

I am asking you Mr. Judge Christopher R. Cooper, to consider the case of the accused and release him. We have lost him for a long time now, and we wish to return to his home and family as soon as possible

Sincerely,

**To: Judge Mr. Christopher R. Cooper**

My name is Khadija  Mohamed Al-Imam , I am Mustafa's sister.

When my brother had been captured by US, it was a huge dramatic shock to me, Mom, and my family. Mom became sick and transported to the hospital, and still suffering from diseases until now. She tried to call him for months, she didn't believe that he had been captured, and she thought that there was misunderstanding and something wrong.

My brother Mustafa was very kind with her. He was sit with her on a daily basis to chat with her and took her advices when he needs it. We cannot believe the statement of USA president which accused my brother, as being a danger criminal and as the second most danger man!

My brother didn't even own a house or small apartment, his salary is 450 Libyan Dinars… He is a simple guy. He likes to wear beautiful cloths, and taking care of his appearance. He doesn't like violence & when he sees any brawl, he tried his best to reconcile.

Also, he loves children… he loves to play & make jokes with them and they loved him….. He used to watch and play football with our neighbors….. he used to divide his day between the job & home.

All my family missed him very very much… His absence affected our family really badly….

Now,,, Please Mr. Christopher reconsider the case and release him as soon as possible.


Sincerely,

Dear Judge Cooper:

I am introducing myself to you, Your Honor.

My name is Fathia Mohamed Al Imam.

The sister of the Defendant Mustafa Al Imam.

I plead the American authorities to release my brother. We are a very cohesive and peaceful family, and we live together in one home, connected by the love and affection we hold for each other. We were raised and lived the most beautiful days of our lives with our parents. However, after the death of my father, my mother began to shoulder a great responsibility and she is now deprived of her son who is held in American prison. She began to suffer from physical ailments which have affected her emotional health and our emotional health also. I am no longer interested in anything and my body is being consumed by the illness which has now reached the most advanced stages. And despite of all of this. I do not stop thinking about my brother and how he is spending all of these years without his son. When his son asks about him, we do not know what to say to him and are not able to give him an answer. He needs the love of a father and the safety provided by a father.

We no longer have a taste for life, have lost the smile from our faces, and lost the things that bring us together. My brother's departure makes me feel the sense of the death of places and the death of things, and how life can die while we are still alive.

We beg you for mercy.

Fathia Mohamed Al Imam

**To: Judge Mr. Christopher R. Cooper**

Your honor

I am Ali Alkhfaifi , Mustafa Al-Imama is my brother in law (*I'm his sister's husband*). He was my friend & neighbor for a long time, and I know him very well. He was a jovial man, who loved young children.

When heard that he had been captured I didn't believe it, until I saw the news.

Your honor, Mustafa's mother Gazala raised him & his brothers alone after their father died. She raised them to love each other & love people. Their family was a bonded family and really connected.

After Mustafa had captured, you can see that sadness on the whole family faces. I am asking you (honor) to release Mustafa to get back the happiness to the family which they missed since Mustafa locked away.

I hope to release him to help his mother to recover from her sickness…..


Thanks for your time,,,,,

Regards,,,

Subject:

Date:    /      /    Corresponding to

In the name of God, thanks to God, and Prayers and Peace upon the Prophet of God:

Greetings. I am Tahani Mohamed Al Imam, the sister of Mustafa Mohamed Al Imam, who is held by the American authorities. We request from the American authorities to please release my brother Mustafa, for he is indeed far removed from terrorist thoughts and pathways. He loved my children and gave them affection, asked about them, and checked on them from time to time, and gave them necessities. He, and I swear by God, was peaceful with all people, with the neighbors, relatives, friends, and stays away from trouble and immature acts.  He does not dare to slaughter a chicken, so how could he dare to kill a God-given person?  And I swear by God that we learned from him to be kind and compassionate, and in the event of disagreement between me and my husband, he was the one who came to solve this disagreement.  He is a good, pious, God-fearing man who prays consistently.  He likes joking, sports, and to have fun.  He is, I swear by God, far removed from what is attributed to him because he does not like injustice.  He was raised on good values, and also we miss him and he left a great void in the family. Until now, he has not seen his son and his son has grown and asks about his father and his wife is suffering from his absence and the poverty that befell her.  Furthermore, his mother is always exhausted and she mentions him and misses him and she has reached an old age.  Mustafa also suffers from some ailments and is weak. Years of his life have passed, and how long is he going to live if he was given a sentence while he is innocent from what he is accused of? He, by nature, does not like to be restricted because he plays sports and he is sociable by nature and sociable with his family. So we love him and we wish from God almighty to bring us together with him as soon as possible. And I am his youngest sister and need his love, affection, and generosity. Also my children love him a lot.

Subject:

Date:    /    /    Corresponding to

He used to visit us and walk with our son. My brother Mustafa Al Imam is not how he is portrayed; he does not dare to hurt an animal so how could he hurt a human being who was created in the image of God and was honored by God?

We ask God almighty to bring us together and reunite us and to return happiness to our hearts by returning him to us to reunite with him. Amen God almighty.

Thank you.

Tahani Mohamed Al Imam

**To: Judge Mr. Christopher R. Cooper**

I am Hesham Bin-Omran owner of the supermarket that Mustafa works in , so I am his manager. Mustafa was honest and loyal. A normal person… working so hard in two shifts… In the morning he worked in my shop, and afternoon, he worked in his small shop…

I gave him all the authorities in my supermarket to buy, sell, and dealing with the Distributors & Suppliers, cause of – I said before- his honesty & loyalty.

Our customers love him, because he is funny & gentleman. I remember when he got sick once, and didn't come to work, our customers worried and felt so sad for him. This is give a prove that my customers love him and Mustafa is a very peaceful kind man.

He is a big fan of local Libyan football team called "Al-Naser", and I am a big fan of football team called "Al-Ahly". These two team in Benghazi are the most famous in the city.  They are like Barcelona & Real Madrid in Spain. We used to have an argument & jokes when one of our favorite team loses the match. Also, we used to play football together. We went many times to panics in the sea & took beautiful memorial photos.

I am really shocked when I heard that he had been accused as a criminal terrorist. Those charges are not true I am so sure of that.

I am asking you Mr. Christopher please understand that Mustafa is a very normal, simple and kind man. He is innocent; please release him as soon as possible.

Sincerely,

**To: Judge Mr. Christopher R. Cooper**

I am Mahmoud Faraj Abd-Alslam and Mustafa is my cousin's son.

Mustafa is normal man, humble and highly moral.  We used to come to their house a lot to play and watch football matches. He owns a small supermarket, and everyone –like neighbors & relatives- loves Mustafa.

**To: Judge Mr. Christopher R. Cooper**

I am Amal Youssef Mohamed, I am Mustafa's neighbor. We hope that mercy will take you with him. He is a person of high morals, peaceful, and he was serving his mother as a very great man. He has no problems with anyone here.

Thank you

**To: Judge Mr. Christopher R. Cooper**

My name is  Amer Ebrahim Alhasi

I am Mustafa's neighbor.

Mustafa was my neighbor since we were little kids. He is a dear friend, a good neighbor and very decent man. He likes to play football, and he always like to participate in football league in the neighborhood. He is working in small supermarket in the neighborhood. He is so friendly with all of us.

**To: Judge Mr. Christopher R. Cooper**

I am Salah Yousef Al-draat

I am Mustafa's neighbor.

I know Mustafa since we were a little kid. He is a normal guy, with good manners. Our hobby is playing football. Mustafa is the owner of a supermarket for a long time, and he does not possess hatred or chase on anyone. He is a very interesting person.