Case 1:17-cr-00213-CRC   Document 305-1   Filed 11/09/20   Page 1 of 72



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 18, 2017

BY FEDERAL EXPRESS

Matthew Peed, Esq.
1840 Peabody Dr.
Falls Church, VA 22043

Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)

Dear Counsel:

We write to provide you with unclassified discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

In that regard, enclosed is a hard drive comprising of over 37,000 files of material. To assist in your review, those files have been divided into over 200 folders, and certain of those materials have been catalogued into logs. Among others, those materials include both the government's admitted and unadmitted exhibits from the recent trial in United States v. Ahmed Abu Khatallah, 14-cr-141 (CRC).

Other than the exhibits formally admitted at trial,[1] these materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

---

[1]      Please note that the autopsy photos admitted at trial are also subject to the protective order given their limited public availability outside the trial presentation.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

_____/s/_____

By:    Michael DiLorenzo
Julieanne Himelstein
Opher Shweiki
John Crabb, Jr.
(202) 252-7695

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 16, 2018

BY FEDERAL EXPRESS

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)

Dear Counsel:

We write to provide you with additional discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include: 1) the paperwork authorizing the search of the phone recovered during the capture of your client (SW_00001-00049), and 2) the results of that search, including photos of the referenced phone (PHOTO_000001-16), extractions reports (EXT REPORT_000001-000336), screen shots (PHOTO_000017-000356), and extracted raw data.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.  In addition, given that these materials also relate to matters placed under sealed by the Court, they area subject to the protections of limited unsealing orders entered on February 2, 2018.  Those limited unsealing orders are enclosed.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____/s/_____

By:    Michael DiLorenzo
       Julieanne Himelstein
       Opher Shweiki
       (202) 252-7695

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



United States v. Mustafa Al-Imam
CR 17-0213 CRC

Unclassified Discovery Production
Search Warrant Material
February 15, 2018
DISC 1

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 20, 2018

BY SECURE EMAIL

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>

Dear Counsel:

    We write to provide you with additional discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include: 1) interview notes and advice of rights related to your client's custodial statements (FBI-302_00014(MA)-00025(MA), 2) additional FBI 302s related to your client's capture and presentment (FBI-302_00026(MA)-00042(MA), and 3) MPD arrest packet USAO_000001(MA)-000019(MA).

    These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:      _____/s/_____
         Michael DiLorenzo
         Julieanne Himelstein
         Opher Shweiki
         (202) 252-7695

2
SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 19, 2018

BY SECURE EMAIL

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)

Dear Counsel:

 We write to provide you with additional discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include portions of the trial transcripts pertaining to witness Ali Majrisi and are bates labeled USAO-000001-226.

 These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____/s/_____

By:   Michael DiLorenzo
      Julieanne Himelstein
      Opher Shweiki
      (202) 252-7695

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

_Judiciary Center_
_555 Fourth St., N.W._
_Washington, D.C.   20530_

May 3, 2018

BY COURIER

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)

Dear Counsel:

We write to provide you with additional discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. These discovery materials include one disc with FBI photos and logs from the U.S. naval vessels and are bates labeled FBI-PHOTO-000001 through FBI-PHOTO-000190.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

By:     Michael DiLorenzo
        Julieanne Himelstein
        Opher Shweiki
        (202) 252-7695

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 17, 2018

BY EMAIL

Matthew Peed, Esq.
Clinton Brook & Peed
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

        Re:    *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
                Ali Majrisi Materials

Dear Counsel:

      As part of our ongoing discovery obligation, the government is providing you with the following information, which we plan to elicit from Ali Majrisi at the upcoming deposition.

      From approximately late 2012 through June 2014, Majrisi got to know Ahmed Abu Khatallah and many of his associates, to include your client, Mustafa Al-Imam.  During this time period, Majrisi witnessed two conversations involving your client that related to the Attack on the Mission, and more specifically, your client's inability to travel outside of Libya.  Majrisi testified about the first incident in the trial of *U.S. v. Khattalah* (*See* Transcript at 4987-88, USAO-000060-6)  These conversations are described in more detail below:

      (1)    The conversation occurred at Khatallah's home in the al-Laithi neighborhood of Benghazi.  Khatallah was speaking to your client and other members of Ubaydah bin Jarrah ("UBJ").  He was explaining that the Americans were after him for what had occurred at the American Embassy.  In this context, Al-Imam expressed concern that his image was captured and was on the internet.  Khatallah chastised your client for letting his image get captured.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

(2)     The conversation took place at the home of Wanis Sharif (phonetic).  Khatallah traveled to the home to meet with Sharif (phonetic).  Majrisi, your client, and others accompanied Khatallah.  While Khatallah was meeting with Sharif inside the home, Majrisi, your client, and the others remained just outside the home.  Your client explained that he was having problems with his teeth and advised that he could not find a dentist in Libya to fix the problem.  Majrisi offered to provide assistance to your client in getting dental treatment outside of Libya.  Your client said that he could not leave Libya because the FBI had his image on the internet.

Also, during this time period, Majrisi witnessed the following three incidents:

(1)     In 2013, Khatallah called Majrisi and asked him to accompany him to his garage, which was located in Benghazi.  It was a location where Khatallah stored various weapons and ammunition.  When they arrived at the garage, Majrisi saw your client and other members of UBJ.  They were loading weapons and ammunition into a vehicle, at Khatallah's request.  The weapons and ammunition  were to be transported to another storage location.  Your client supervised this event on behalf of Khatallah.  Majrisi testified about the weapons which were stored at the garage at the trial of *U.S. v. Khatallah* (*See* Transcript at 4985-86, USAO-000058-59).

(2)     In 2013, Khatallah had been accused of murdering a Libyan colonel.  He was fearful that the colonel's tribe would exact revenge on him, so he called upon his men for protection.  Your client responded to the call.  Majrisi observed your client outside Khatallah's home armed with an assault rifle and ammunition, providing protection to Khatallah.

(3)     Majrisi observed your client arrive at Khatallah's house in a vehicle.  He exited the passenger side of the vehicle and walked over to Khatallah to speak with him.  Majrisi observed the same assault rifle in the passenger seat.

If you have any question, please do not hesitate to contact us by phone or email.


Sincerely,

JESSIE K.LIU
United States Attorney


_____/s/_____

By:     Michael DiLorenzo
        Julieanne Himelstein
        Assistant U.S. Attorneys


SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 14, 2018

BY COURIER

Matthew Peed, Esq.
Clinton Brook & Peed
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

        Re:    <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213(CRC)
                Video of Deposition Hearing

Dear Counsel:

    Please find enclosed a disc containing the video recording of the deposition proceeding conducted before the court on 5/24/2018.

    If you have any question, please do not hesitate to contact us by phone or email.

                Sincerely,

                JESSIE K.LIU
                United States Attorney


                _____/s/_____
        By:    Michael DiLorenzo
               Julieanne Himelstein
               Assistant U.S. Attorneys

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 6, 2018

BY COURIER

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
Unclassified Discovery Production

Dear Counsel:

We write to provide you with additional discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. These discovery materials are bates labeled USAO-AI-000001-32 (Agreed Stipulations in U.S. v. Ahmed Salim Faraj Abu Khatallah); USAO-AI-33-190 (transcript of deposition of Khalid Abdullah on 7/28/17 in U.S. v. Khatallah); and USAO-AI-191-243 (Al Imam jail calls log). Lastly, there are 1,229 recorded jail calls from 11-3-17 through 3-9-18.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

_____/s/_____

By:   Michael DiLorenzo
Assistant United States Attorney
(202) 252-7938
Opher Shweiki
Assistant United States Attorney
(202) 252-5807

2



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 29, 2019

BY COURIER

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
Discovery Production

Dear Counsel:



These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

      /s/

By:   Michael DiLorenzo
      Assistant United States Attorney
      (202) 252-7938
      Opher Shweiki
      Assistant United States Attorney
      (202) 252-5807

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 13, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

      Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
          Discovery Production

Dear Counsel:

     We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include one disc with documents bates stamped USAO-AI-000244 through USAO-AI-000327.

     These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____ /s/_____

By:    Michael DiLorenzo
       Assistant United States Attorney
       (202) 252-7938
       Opher Shweiki
       Assistant United States Attorney
       (202) 252-5807
       Karen Siefert
       Assistant U.S. Attorney
       (202) 252-7527
       John Cummings
       Assistant U.S. Attorney
       (202) 252-7271

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 8, 2019

<u>BY ELECTRONIC MAIL</u>

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

                Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
                    Discovery Production

Dear Counsel:

      We write to follow up on one of the issues discussed in our meeting of March 6, 2019.
Following the filing of your Opposition to the government's Rule 404(b) notice, we conducted
additional investigation regarding V-1's statement in which he names your client, provided to
you on February 13, 2019 (USAO-AI-300-08). On March 5, 2019, an FBI computer forensic
examiner reviewed V-1's computer  and identified a document entitled "17 Feb" (attached hereto
as bates USAO-AI-000381 -- 388), which appears to be substantially similar to the document
previously produced  to you in discovery. The "17 Feb" document was imaged and a screenshot
taken of its properties (attached hereto as bates USAO-AI-000389). A report is forthcoming.

      These materials are subject to the protective order entered by the Court in this case on
November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL


As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____  /s/_____

By:   Karen P. Seifert
      Assistant U.S. Attorney
      (202) 252-7527
      John Cummings
      Assistant U.S. Attorney
      (202) 252-7271

2
SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 11, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

      Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
         Discovery Production

Dear Counsel:

      We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include documents titled:

- "**CART Exam**" (Bates labeled USAO-AI-000390)
- "**CD Attachment**" (Bates labeled USAO-AI-000391-000403)—These documents were provided to the FBI by the individual previously identified as V-1.
- "**Consent Form**" (Bates labeled USAO-AI-000404)
- Excel spreadsheet titled "**Copy of Libyana_Phone_Records_Bates_#_USAO-AI-000405**"— This document was previously produced to you on December 18, 2017, as Exhibit 1100.
- "**FD1023,0214**" (Bates labeled USAO-AI-00406-000407)
- "**Redacted Notes**" (Bates labeled USAO-AI-000408-000438) —These notes relate to FBI reports you previously received on February 13, 2019 (see Bates USAO-AI-000309-000327).

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

At your convenience we can discuss your questions regarding the metadata for the Excel spreadsheet titled "Copy of Libyana_Phone_Records_Bates_#_USAO-AI-000405."

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

_____/s/_____

By:     MICHAEL DILORENZO
        JOHN CUMMINGS
        KAREN P.W. SEIFERT
        Assistant U.S. Attorneys
        (202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 18, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

      Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
           Discovery Production

Dear Counsel:

      We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include the following documents:

- Redacted summary translations of documents received from V-1 (USAO-AI-000441 through USAO-AI-000482); and
- Redacted summary translations of the audio and video files from V-1 (USAO-AI-000483 through USAO-AI-000484)

      We note that some certain documents may have previously been provided to you in classified discovery. These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL


As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:   _____/s/_____
       Michael DiLorenzo
       John Cummings
       Karen P. Seifert
       Assistant United States Attorneys
       (202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 18, 2019

BY EMAIL

Matthew Peed, Esq.
Clinton Brook & Peed
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re:      *United States v. Mustafa Al-Imam*, Cr. No. 17-213(CRC)

Dear Counsel:

In anticipation of tomorrow's evidentiary hearing, we wanted to provide you with three documents we have recently received, and additional information that we have gathered during preparation for the hearing.

Attached please find: 1) an English version of the Geneva Convention Article III protections that were translated for the defendant; 2) a clearer copy of the Article III warnings in Arabic – these warnings are visible in the photographs that were previously provided to you (FBI-PHOTO-0060-61); and 3) templates that the physician on the naval vessel used during his examinations of the defendant.

With respect to item 3, the physician reports that during his examination of the defendant, he would note responses on the template, then immediately after the examination was completed he would generate a final report based on the template. The physician did not retain the templates that he had marked during the examinations. The physician also identified two errors in his reports. On both his report of 10/30/17 at 1932z and 10/31/2017 at 1930z, the defendant reported that he was "sad," but the physician failed to note that on the "PSYCH" section of the report, although he did note the information in the self-reported history at the beginning of each of those reports.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL


With respect to the declassified agent notes marked as FBI-302-000004-000005, these notes were jointly created by FBI agents Goad and Kath, both of whom the government expects to call at the evidentiary hearing.

Also, please note that the photographs labeled as FBI-PHOTO-000109-000165 were taken by members of the Department of Defense, and were later provided to the FBI.

The government has also completed its *Giglio* review of all of the witnesses it intends to call during the evidentiary hearing, and there is no information to disclose.

Finally, and unrelated to the hearing testimony, attached also please find information that you had previously asked the government to provide to you for the sole purpose of assisting your medical expert. The government is providing this information to you for that limited purpose only. The information is highly-sensitive and subject to the Court's protective order. The information in this form is not a statement of the government, and the government reserves its right to oppose the admission of this information at this or any future proceeding.

As always, please let us know if you have any questions.

Sincerely,

JESSIE K.LIU
United States Attorney


_____/s/_____

By:   Michael DiLorenzo
      John Cummings
      Karen Seifert
      Assistant United States Attorneys


SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 4, 2019

BY FEDEX

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

    Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
      Discovery Production

Dear Counsel:

   You asked us to confirm that you had received the entire discovery set of materials produced in *United States v. Abu Khatallah*. We have electronically compared our records in both cases. While on the whole you received the same set of discovery as in the *Khatallah* case, we discovered certain documents that may have not been produced to you in unclassified discovery or were produced in a different form. Except as noted, we do not intend to use these records at trial. However, out of an abundance of caution and because you have asked to have the same discovery in the Khatallah case, we are producing these records as follows:

*Disc 1*[1]

 A. **18 U.S.C. § 3500 Material** (Bates nos. USAO-AI-001177 through USAO-AI-02613) – Contains 3500 material for witnesses in the *Khatallah* case. Many of these documents were produced to you in classified discovery in an unredacted form (see Classified Disc 1, produced March 2018). Relevant to trial in this case, please find included material for David Ubben, Scott Wickland, Alexander Henderson, Chad Campanell, and W-61. For these witnesses, the 3500 material primarily contains the handwritten notes of their

_____

[1] Bates numbers referenced herein are on the left bottom corner of the page.  Bates numbers on the right side of the page are those used in the *Abu Khatallah* case.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

interviews with FBI special agents (*i.e.*, FBI 1As). The FBI 302s for these witnesses were previously produced.

B. **Media** (Bates nos. USAO-AI-02614 through USAO-AI-02631, as reflected in name of file) – Contains 18 videos provided by witnesses or obtained through open source searches.

C. **Photos** (Bates nos. USAO-AI-00798 through USAO-AI-01176) – Contains 9 sets of photos provided by or shown to witnesses.

D. **Miscellaneous** (Bates nos. USAO-AI-00485 through USAO-AI-00797, USAO-AI-02632 through USAO-AI-02721) – Contains other materials, mainly FBI 302s of interviews conducted by FBI during the early stages of the investigation and notes of the same. Many of these materials were produced in classified discovery in an unredacted form (see Classified Disc 1, produced March 2018). Also included are copies of the search warrants executed on Khatallah's phones. Relevant to trial in this case, please find a report of the metadata for the Libyana phone records of Abu Khatallah (Ex. 1100)

***Disc 2*** (Bates nos. DOS-0000001 through DOS-0008868, DOS-0008873 through DOS-0008874)
This disc contains documents produced by the State Department to the House Oversight and Government Reform (HOGR). You previously received these documents in classified discovery (see Classified Disc 2, produced March 2018). A declassified, redacted version of some of the documents was produced in the *Khatallah* case, and we are now producing to you the same declassified set.

Finally, we note that the government produced in the *Khatallah* case various documents from the FBI Quantico laboratory detailing how the model of the U.S. Special Mission (Ex. 800) was created. Because the model was authenticated by an eyewitnesses to the attack (DSS Special Agent Wickland), we do not believe these documents are relevant to the case. Nonetheless we are happy to produce them if you would like to receive a copy thereof. We also note that the government produced in the *Khatallah* case materials related to Khatallah's capture and detention while en route to the United States. We have only produced to you the relevant portions of those materials (*i.e.*, copies of Khatallah's statements).

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

_____/s/_____
By:   John Cummings
      Karen P. Seifert
      Assistant United States Attorneys
      (202) 252-7527

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 11, 2019

<u>BY EMAIL</u>

Matthew Peed, Esq.
CLINTON and PEED
777 6th Street, NW
11th Floor
Washington, DC 20001

Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
Discovery Production

Dear Counsel:

This letter memorializes the discovery production that you received on April 10, 2019, by hand delivery, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Specifically, you received the following documents:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Government's Exhibit 658, an exhibit from *United States v. Ahmed Abu Khatallah* (No. 14-cr-141) (on disc)
- A letter issued in *Khatallah* on 9/27/17 (Bates labeled USAO-AI-002632-2633). (hard copy)

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

Sincerely,

JESSIE K. LIU
United States Attorney

<u>/s/</u>_____

By:   John Cummings
     Assistant U.S. Attorney
     (202) 252-7271
     Karen P. Seifert
     Assistant U.S. Attorney
     (202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 17, 2019

BY EMAIL

Matthew Peed, Esq.
CLINTON and PEED
777 6th Street, NW
11th Floor
Washington, DC 20001

Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
Discovery Production

Dear Counsel:

We write to provide you with unclassified discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and our obligations under *Giglio v. United States*.

**I.      Information Provided in *Khatallah***

You previously asked us to ensure that you had the same discovery as provided in the *United States v. Abu Khatallah* case. Our review of correspondence between the parties in the *Khatallah* case indicates that defense counsel in that matter sought the identities of various individuals. Although we do not believe we are obligated to make these disclosures, because the information was provided in *Khatallah*, given your request, and out of an abundance of caution, we will also provide the same to you. You may have already received some of this information previously in discovery or from the *Khatallah* defense team.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

## II.     Information About Testifying Witnesses



3

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



### _Witness Payments_

The government previously provided you with trial exhibits documenting payments made to witnesses testifying at the _Khatallah_ trial. We are updating the payment amounts and will provide them to you as soon as we receive updated information from our law enforcement partners.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

 /s/_____

By:   John Cummings
Assistant U.S. Attorney
(202) 252-7271
Karen P. Seifert
Assistant U.S. Attorney
(202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 26, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

     Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
      Discovery Production

Dear Counsel:

  We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include the following documents:

- Additional 302s (USAO-AI-002634 through USAO-AI-002644)

  These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL


As always, if you have any questions, please feel free to contact us.

                    Sincerely,

                    JESSIE K. LIU
                    United States Attorney



                    _____/s/_____
          By:   John Cummings
                    Karen P. Seifert
                    Assistant United States Attorneys
                    (202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 26, 2019

BY EMAIL

Matthew Peed, Esq.
CLINTON and PEED
777 6th Street, NW
Washington, DC 20001

       Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)
           Discovery Production

Dear Counsel:

      We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure and *Giglio v. United States*.

      Attached please find spreadsheets detailing payments made to witnesses ███████ ███████████. These spreadsheets will substitute for similar exhibits used in the *United States v. Abu Khatallah* case.

      Additionally, please note the following information regarding the immigration status for these witnesses:

███████████████████████████████████████████████████████████

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



As always, if you have any questions, please feel free to contact us.


Sincerely,

JESSIE K. LIU
United States Attorney

/s/_____

By:   John Cummings
      Assistant U.S. Attorney
      (202) 252-7271
      Karen P. Seifert
      Assistant U.S. Attorney
      (202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 29, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

    Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
      Discovery Production

Dear Counsel:

  In response to your request for copies of postings of FBI's social media postings about your client, please find enclosed documents bates numbered **USAO-AI-002645 (Facebook, 4/7/14), USAO-AI-002646 (FBI Poster, 6/12/13),** and **USAO-AI-02647 (FBI Poster, 8/3/13).**

  Also, as previously provided, attached are the two reports that discuss the ballistics expert's observations regarding the content of the Mission and Annex videos, bates numbered **USAO-AI-2648-2654**.  Please note that during trial preparations FBI Examiner Ed Knapp noted that his report regarding the attack on the Annex failed to note a mortar strike on an exterior wall of the Annex at 5:15:56 which is visible in the NW Corner Facing East camera view, as well as ISR footage that he viewed after completing his reports.

  These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:     _____/s/_____
        John Cummings
        Karen P. Seifert
        Assistant United States Attorneys
        (202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 2, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

> Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
>      Discovery Production

Dear Counsel:

We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. These discovery materials include the following documents:

- Additional 302s, notes, and reports (USAO-AI-002655 through USAO-AI-002673)
- Declassified Jukebox Lotus AAR Page referenced in your CIPA § 5 Notice (USAO-AI-002674)
- Radiographs (USAO-AI-2675-2683)
- Expense Reports (USAO-AI-26842688)

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

/s/

By:    John Cummings
       Karen P. Seifert
       Assistant United States Attorneys
       (202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 5, 2019

BY EMAIL

Matthew Peed, Esq.
CLINTON and PEED
777 6th Street, NW
11th Floor
Washington, DC 20001

Re: <u>United States v. Mustafa Al-Imam</u>, Cr. No. 17-213 (CRC)

Dear Counsel:

We write to provide you with unclassified discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and our obligations under *Giglio v. United States*. The following information is unclassified and follows our oral disclosure to you regarding this issue on May 3, 2019.



SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

/s/

By:   John Cummings
Assistant U.S. Attorney
(202) 252-7271
Karen P. Seifert
Assistant U.S. Attorney
(202) 252-7527

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 12, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)
    Discovery Production

Dear Counsel:

        We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, the following is being provided:

- Declassified documents discussed in your CIPA § 5 Notice (USAO-AI-2689-2691).
- Jencks material for FBI Analyst Jamie Jackson (USAO-AI-2695-2698).
- Unredacted 302s for the individual previously identified as W-113, containing the last known contact information for that individual, in response to your May 3, 2019 request for the information (USAO-AI-2699-2711).
- Previously produced Jencks material for the witness previously identified as V-1, ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████
- Updated report of FBI expenses for ██████████████ (USAO-AI-2714).
- Updated report of FBI expenses for Bilal Al-Ubyudi (USAO-AI-2715).

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

Please also note that, consistent with GSA guidelines, the government has arranged for and provided for travel expenses related to witness conferences and trial testimony for all of its witnesses, with the exception of FBI employees. These travel guidelines are the same as those applicable for defense witnesses.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


          /s/
By:   John Cummings
       Karen P. Seifert
       Assistant United States Attorneys
       (202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 17, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

      Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)
            Discovery Production

Dear Counsel:

      We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the following is being provided:

- Notes of April 18, 2019 meeting with ████ (USAO-AI-2716-2718).
- Translation for header of phone records (USAO-AI-2719-2720).

As always, if you have any questions, please feel free to contact us with questions.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

Sincerely,

JESSIE K. LIU
United States Attorney

_____/s/_____

By:   John Cummings
Karen P. Seifert
Assistant United States Attorneys
(202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 23, 2019

<u>BY ELECTRONIC MAIL</u>

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

      Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
           Discovery Production

Dear Counsel:

    We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, the following is being provided:

- 5/1/2019 ▮▮▮▮ Meeting Notes  (USAO-AI-2719-2722)
- ▮▮▮▮▮▮ Expense Report (USAO-AI-2723)
- Translations of Documents Provided by ▮▮▮▮ (USAO-AI-2724-27)

    These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:   _____/s/_____
      John Cummings
      Karen P. Seifert
      Assistant United States Attorneys
      (202) 252-7271

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 23, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

    Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
      Discovery Production

Dear Counsel:

   We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.



SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

_____/s/_____

By:   John Cummings
Karen P. Seifert
Assistant United States Attorneys
(202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 30, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

        Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)
           Discovery Production

Dear Counsel:

     We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and to document our prior conversations about the following issue.

     In the government's letter of April 26, 2019, the government stated that



SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

████████████████████████████████████████████████

████████████████████████████████████████████

These disclosures are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:     _____/s/_____
        John Cummings
        Karen P. Seifert
        Assistant United States Attorneys
        (202) 252-7271

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 31, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

        Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
            Discovery Production

Dear Counsel:

    We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Specifically, the following is being provided:

- Declassified 302s for Ali Majrisi (USAO-AI-2728-2733)
  (**Note- these were previously provided in** ▮▮▮▮▮▮▮▮▮▮ **on 5/24/19**)

    These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL


As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:    /s/

John Cummings
Karen P. Seifert
Assistant United States Attorneys
(202) 252-7271

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 3, 2018

BY COURIER

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: *United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)

Dear Counsel:

We write to provide you with additional discovery in the above-captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. These discovery materials include one disc with FBI photos and logs from the U.S. naval vessels and are bates labeled FBI-PHOTO-000001 through FBI-PHOTO-000190.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____/s/_____

By:     Michael DiLorenzo
        Julieanne Himelstein
        Opher Shweiki
        (202) 252-7695

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 23, 2018

BY EMAIL

Matthew Peed, Esq.
Clinton Brook & Peed
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

        Re:    *United States v. Mustafa Al-Imam*, Cr. No. 17-213(CRC)
               Ali Majrisi Materials

Dear Counsel:

    Please find enclosed a disc containing all of the exhibits the government intends to use at the deposition of Ali Majrisi on 5/24/2018.

    If you have any question, please do not hesitate to contact us by phone or email.

                      Sincerely,

                      JESSIE K.LIU
                      United States Attorney

                      _____/s/_____
        By:    Michael DiLorenzo
               Julieanne Himelstein
               Assistant U.S. Attorneys

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 21, 2019

<u>BY ELECTRONIC MAIL</u>

Matthew Peed, Esq.
CLINTON BROOK and PEED
1455 Pennsylvania Avenue NW
Suite 400
Washington DC 20004

Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)
Discovery Production

Dear Counsel:

We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  These discovery materials include the following documents:

- Materials obtained from Libya related to prisoners at Abu Salim prison (USAO-AI-000328 through USAO-AI-000331); and
- Materials related to FBI 302 of W-1 Interview on April 4, 2018 (USAO-AI-000332 through USAO-AI-000378);
- Notes of FBI Special Agent John Kath (USAO-AI-000379 through USAO-AI-000380).

Please note that the FBI has not received other records related to Abu Salim prison.

Additionally, regarding the materials previously produced to you in anticipation of the government's Rule 404(b) Notice, please note that the FBI inquired as to whether the victim's (V-1's) family reported his kidnapping to the ████████████ in Benghazi, Libya, in or around

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

September 2012. ████████████████████████████
████████████████████████ .

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


By:     _____ /s/ _____
        Michael DiLorenzo
        Assistant United States Attorney
        (202) 252-7938
        John Cummings
        Assistant U.S. Attorney
        (202) 252-7271
        Karen P. Seifert
        Assistant U.S. Attorney
        (202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 16, 2019

BY EMAIL

Matthew Peed, Esq.
CLINTON and PEED
777 6th Street, NW
11th Floor
Washington, DC 20001

Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
Discovery Production

Dear Counsel:

    This letter contains additional disclosable information that the government has identified. First, we have reviewed disclosure letters that the government provided to the defense in the *Khatallah* case. You may have already received these letters from the *Khatallah* defense team, however, out of an abundance of caution, we wanted to provide this information to you. Second, we have added additional disclosures that have recently come to the government's attention.

**Review of Correspondence**

November 24, 2015:

    This letter also serves as notice that, at this time, (1) the government does not intend to call W-68 and W-185 as witnesses at trial; and (2) that both witnesses are legally in the United States, however, their status is subject to change. We do not believe that these witnesses provide any exculpatory information; we are, however, providing their identities and phone numbers. W-68 is a ███████ national, and ███ name is ███████████
██████████████ phone number is ████████████. W-185 is also a █████ national, and

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

███ name is ███████ ███. phone numbers are ███████ and ███. Both individuals reside in ███████. If you request, we can provide assistance in attempting to facilitate contact with either of these individuals.

February 2, 2016:

Additionally, we believe that that W-68 and W-185 are currently in the ███████. They, however, have ███████████. We expect that steps may be taken to remove these individuals ███████████████. ███.

March 1, 2016:

On June 24, 2013, an individual stated that, in Mali, it was widely believed that Ansar al-Sharia carried out the attack on the United States Mission in Benghazi, Libya. One of the attackers was identified as ███. According to the individual, ███ bragged about his participation in the attack on the Mission. The individual described ███ as follows: ███████ ██████████████████████ no identifying marks on his face. ███ was originally from Benghazi. ███

April 15, 2016:

We are writing in response to your letter dated March 2, 2016, in which you requested the following: (1) the identity of the source of the information about ███ which was provided to you on March 1, 2016; (2) contact information for that individual; (3) information regarding the individual 's veracity; and (4) information regarding the individual's relationship to the government.

The information provided to you regarding ███ was not, as you state, exculpatory. It is, in fact, inculpatory, as your client has admitted an association with ███ (FBI-302_02458), and we have previously advised you of evidence indicating that ███ participated in the attack on the Mission in association with your client. (FBI-302_02479). ]

September 25, 2017:

We are writing regarding W-199.

W-199 stated that he believes that your client is guilty, but - based on what he has seen on television – W-199 does not believe that your client was the mastermind of the attack on September 11, 2012.

September 25, 2017:

First, in addition to what we have already reported to you, W-199 stated that others were involved in the attack, that your client belongs in jail, and that he is a criminal. To reiterate, W-199 made it clear that he has no firsthand knowledge regarding your client's

2

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

role and that his opinion on this topic is based on watching television. Second, W-199 is represented by ████████████████████████████ You should contact ████████ directly regarding your request to meet with W-199.

September 28, 2017:

November 6, 2017:

We are writing to provide additional information regarding Ali Majrisi.

Ali has identified an individual on the Mission surveillance video as ████████████ ████ Another person has identified that individual differently. That person is not available; if you wish, we will stipulate to that other person's identification.

November 12, 2017:

In late October and early November 2017, an individual, who identified himself as ████████████████ and provided a telephone number of ████████████, contacted the United States government. He stated the following: ████████████████ ████████████████ and ████████████████ participated in the attack on the U.S. Special Mission in Benghazi, Libya, on September 11-12, 2-12.

**Additional Disclosures**

In March 2017, the government spoke with an attorney for V-1, ████████████████

3

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

[REDACTED]

Former [REDACTED] stated that he did not believe that Ahmed Abu Khatallah was the mastermind of the attack on the U.S. Mission in Benghazi on September 11-12, 2012. [REDACTED] stated his opinion was developed based on his own internet research conducted after the trial.

The government previously provided you with trial exhibits documenting payments made to witnesses testifying at the *Khatallah* trial. We are updating the payment amounts and will provide them to you as soon as we receive updated information from our law enforcement partners.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney

/s/
By:   John Cummings
      Assistant U.S. Attorney
      (202) 252-7271
      Karen P. Seifert
      Assistant U.S. Attorney
      (202) 252-7527

4

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 5, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

            Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)
                Information related to ATF Expert Chad Campanell

Dear Counsel:

        As you know, the government intends to call Bureau of Alcohol, Tobacco, Firearms, and
Explosives ("ATF") Examiner Chad Campanell to testify in the trial in this matter. On December
18, 2017, you received a copy of Campanell's report regarding the fires at the U.S. Mission in
Benghazi, Libya on September 11-12, 2012 (Ex. 701).

        In the report, Campanell discusses the fires set in Villa C, including a fire in the room
demarcated as "Room O." *See* Ex. 701 ¶¶ 1510-1539. Campanell's conclusions about the timing
of the fire in Room O were based on DSS SA Scott Wickland's statement and an assumption that
all the doors to the sleeping bedrooms in Villa C were open at the time of the fire. Campanell
deduced that a fire would have been able to be seen by SA Scott Wickland. *See* Ex. 701 ¶ 1510.
Thus, Campanell opined that the fire in Room O occurred after the initiation of the other fires in
Villa C, and could have occurred during the subsequent period of vandalism to Villa C. *Id.* ¶
1510.

        On April 27 & April 29, 2019, Campanell learned information that informed his
conclusions regarding the timing of the fire in Room O. First, SA David Ubben stated that he
remembered finding one of the doors (either Room O or Room L) locked during his search on

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

September 11, 2012, and that he thought at the time that it was the Ambassador's room (Room L), but was not certain. Second, SA Alec Henderson stated that, on September 11, 2012, he had locked the door to his room (which he identified as Room O). After reviewing this information, Campanell stated that the fire in Room O may have been burning behind the closed door at the same time as the fires in Room F and Room J, undetected by SA Wickland and masked by the fires in Room F and Room J.

Additionally, please find attached a summary chart produced by Campanell of his findings regarding the fires at the Mission, which is derived from Ex. 701 (as noted in the chart). Please also find a map produced by Campanell of the fires at the Mission that are discussed in his report.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16).

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____/s/_____
By:    John Cummings
       Karen P. Seifert
       Assistant United States Attorneys
       (202) 252-7271

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 31, 2019

BY ELECTRONIC MAIL

Matthew Peed, Esq.
Timothy Clinton, Esq.
CLINTON & PEED
777 6th St. NW, 11th Floor
Washington, DC 20001

      Re: <u>*United States v. Mustafa Al-Imam*, Cr. No. 17-213 (CRC)</u>
          Discovery Production

Dear Counsel:

      We write to provide you with additional discovery in the above captioned matter, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government submits that the following information that has become publicly available since 2015 obviates the need for any use of the information in the government's September 29, 2015 letter (disclosed to you on April 10, 2019).

      We have reviewed the cellular phone records for the phone number 218926390532 (admitted at trial as Gov. Ex. 1100). Based on publicly available information,[1] we have determined that the Location Area Code ("LAC") 9250, which is listed in these records, is located in the general geographic area of Mr. Ahmed Abu Khatallah's residence. The records show that cellular towers with ID numbers 25023 and 18053 (noted in columns "Cell_A" and "Cell_B") are located within LAC 9250. Additionally, the usage displayed in the records show that the cellular towers with ID numbers 25023 and 18053 are the towers with the highest usage for the phone number, and the government thus agrees that the towers are located in the vicinity of Mr. Khatallah's residence. Consistent with this information, the government does not object to any arguments that the cellular phone was in the range of these towers and thus vicinity of Mr. Khatallah's residence

---

[1] *See* https://www.Opencellid.org; https://www.cellmapper.net.

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL

at any times when it is utilizing the two aforementioned towers, including during the time period of 2:17:49 am to 11:11:38 am on September 12, 2012.

Please let us know what language you would propose for a stipulation based on this information.

These materials are subject to the protective order entered by the Court in this case on November 15, 2017 (ECF No. 16), given their sensitive nature.

As always, if you have any questions, please feel free to contact us.

Sincerely,

JESSIE K. LIU
United States Attorney


_____/s/_____

By:    John Cummings
       Karen P. Seifert
       Assistant United States Attorneys
       (202) 252-7271

2



U.S. Department of Justice

Michael A. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 6, 2020

BY EMAIL

Matthew Peed, Esq.
Clinton Brook & Peed
1455 Pennsylvania Avenue NW
Suite 400
Washington, D.C. 20004

Re: <u>*United States v. Mustafa Al-Imam*</u>, Cr. No. 17-213 (CRC)

Dear Counsel:

This letter is to memorialize, as reflected in the Court's transcript, that on May 22, 2019 (Tr. at 2422), you received in classified discovery the name of a witness that you were seeking relevant to the testimony of government witness Ali Al Majrisi.

As always, if you have any questions, please feel free to contact us.

Sincerely,

MICHAEL A. SHERWIN
Acting United States Attorney

_____/s/_____

By:    John Cummings
       Karen P. Seifert
       (202) 252-7527

SUBJECT TO PROTECTIVE ORDER FOR UNCLASSIFIED MATERIAL